# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>LMCHH PCP, LLC *et. al*<br><br>      DEBTORS | \*   CASE NO. 17-10353<br>\*<br>\*   (JOINT ADMINISTRATION)[1]<br>\*<br>\*   CHAPTER 11<br>\*<br>\*   SECTION "B" |

## JONES WALKER'S STATEMENT PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, a partner of Jones Walker LLP ("**Jones Walker**" or the "**Firm**"), pursuant to Bankruptcy Rule 2016(b), states as follows:.

1. Compensation agreed to be paid by the Debtors[2] to Jones Walker will be for legal services rendered in connection with the Chapter 11 Cases. The Debtors have agreed to pay Jones Walker at the Firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with these Chapter 11 Cases by Jones Walker's various attorneys and paralegals. The Debtors have also agreed to reimburse Jones Walker for its actual, necessary, and reasonable expenses incurred in connection with these Chapter 11 Cases.

2. Jones Walker was retained by the Debtors pursuant to an engagement agreement effective as of February 8, 2017.

3. Before filing these Chapter 11 Cases, the Debtors engaged both Alston & Bird, LLP and the Delaware firm of Young, Conaway, Stargatt & Taylor ("**Young Conaway**"). In

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

[2] Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the Debtors' *Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Jones Walker LLP as Co-Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "**Application**").

connection with that representation, Young Conaway was paid retainer in the approximate amount of $105,441.20, which constitute a general retainer as security for post-petition services and expenses (the "Retainer") [Delaware Court Docket 55]. After Young Conaway concludes its representation, the Debtors have agreed that Young Conaway will transfer any unusual portion of the Retainer to Jones Walker. The Retainer will constitute a general retainer as security for Jones Walker's services and expenses.

4. Except as stated above, Jones Walker received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with the Chapter 11 Cases.

5. Jones Walker will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable Orders of the Court.

6. All filing fees in the Chapter 11 Cases have been paid in full.

7. The services to be rendered include all those services set forth in the Application.

8. Jones Walker states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Jones Walker, or (b) any compensation another person or party has received or may receive.

9. The source of future payments to the Firm is the Debtors' funds.

10. Jones Walker is not aware of anyone who objects to the Firm's employment.

New Orleans, Louisiana
February 16, 2017

                                          /*s/ Elizabeth J. Futrell*
                                        R. PATRICK VANCE (LA Bar No. 13008)
                                        ELIZABETH J. FUTRELL (LA Bar No. 05863)
                                        MARK A. MINTZ (LA Bar No. 31878)
                                        Jones Walker LLP
                                        201 St. Charles Avenue, 49th Floor
                                        New Orleans, Louisiana 70170-5100
                                        Telephone (504) 582-836800
                                        Telefax (504) 589-8368011
                                        Email: efutrell@joneswalker.com
                                                            mmintz@joneswalker.com

                                        **Proposed attorneys for the Debtors and Debtors-in-Possession**

### CERTIFICATE

    I do hereby certify that on February 16, 2017, a true and correct copy of the foregoing pleading was served, by U.S. Mail, on (a) the Office of the U.S. Trustee for the Eastern District of Louisiana, (b) counsel for the Unsecured Creditors' Committee, William H. Patrick, (c) the Internal Revenue Service, (d) MedCare, (e) Midcap, (f) CCG, and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002.

                                        */s/ Elizabeth J. Futrell*
                                        ELIZABETH J. FUTRELL