UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10353 |
| | ) | |
| | ) | Section "B" |
| Debtors. | ) | |
| | ) | Jointly Administered with |
| | ) | Case No. 17-10354 |

**ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 2014 AUTHORIZING THE RETENTION
AND EMPLOYMENT OF ALSTON & BIRD LLP AS ATTORNEYS
FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the application (the "**Application**") [P-54] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for the entry of an order pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 authorizing the Debtors to retain and employ the law firm of Alston & Bird LLP ("**Alston & Bird**") as their bankruptcy attorneys, and the Declarations of Grant T. Stein in support thereof (collectively, the "**Stein Declaration**"); and the Court being satisfied based on the representations made in the Application and the Stein Declaration that said attorneys represent no interest adverse to the Debtors' estates, with respect to matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b), and that their employment is necessary and in the best interests of the Debtors' estates; and after due deliberation and sufficient cause appearing therefore,

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for both of the Debtors is 64030 Highway 434, Lacombe, LA 70445.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with section 327(a) of the Bankruptcy Code, the Debtors, as debtors and debtors in possession, are hereby authorized to retain the firm of Alston & Bird LLP as their bankruptcy counsel on the terms set forth in the Application and the Stein Declaration, effective *nunc pro tunc* to the Petition Date.

3. The remainder of the retainer received by Alston & Bird shall be held as security for post-petition fees and expenses.

4. Alston & Bird shall be compensated in accordance with the procedures set forth in Bankruptcy Code Sections 330 and 331, and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

5. Austin & Bird shall comply with all of the U.S. Trustee's Fee Guidelines for Attorneys in Larger Chapter 11 cases and comply with requests by the Office of the U.S. Trustee for information and additional disclosures.

6. The Court specifically reserves its right to review the reasonableness of all fees, including the hourly rate and time involved,

7. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

8. Counsel shall serve this Order on the required parties pursuant to this Court's Order Limiting Notice [P-136], and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 6, 2017.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge