**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **LMCHH PCP LLC,** *et al.*,[1] | ) | Case No. 17-10353 |
| | ) | |
| | ) | Section "B" |
| **Debtors.** | ) | |
| | ) | Jointly Administered with |
| | ) | Case No. 17-10354 |

**ORDER AUTHORIZING SALE AND LEASE
OF CERTAIN PHYSICIAN PRACTICE ASSETS**

Upon the Motion[2] [**P-227**] for entry of an order in accordance with Sections 105 and, 363(b) of the Bankruptcy Code and Rules 2002 and 6004 of the Bankruptcy Rules authorizing a sale of the Physician Practice Assets by the Debtors, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Office of the United States Trustee, counsel to the Creditors' Committee, all secured creditors and others who may have an interest in the Physician Practice Assets, and all parties who have filed notices of appearance in the Debtors' Chapter 11 cases, in accordance with Bankruptcy Rule 2002; and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors, the

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for both of the Debtors is 64030 Highway 434, Lacombe, LA 70445.

[2] Any capitalized terms not herein defined shall have the meaning ascribed to them in the Motion.

{N3385572.1}

estates and creditors; and the Court having reviewed the Motion and having held a hearing thereon; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing on the Motion establish just cause for the relief granted herein; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED that:**

1. The relief requested in the Motion is hereby GRANTED.

2. The Debtors may sell the Physician Practice Assets and transfer the medical records in accordance with the Physician Practice Assets Purchase Agreements and related record transfer agreements free and clear of all liens, claims, interests, and encumbrances, with such liens, claims, interests, and encumbrances attaching to the proceeds of sale in their lawful rank and priority.

3. The Debtors may lease certain of the Physician Practice Assets in accordance with the Physician Practice Lease Agreements free and clear of all liens, claims, interests, and encumbrances, with such liens, claims, interests, and encumbrances attaching to the proceeds of such lease.

4. The purchasers under the Physician Practice Assets Purchase Agreements have proceeded in good faith and are entitled to the protections afforded under Section 363(m) of the Bankruptcy Code.

5. The provision in Bankruptcy Rule 6004(g) staying an order authorizing the use, sale, or lease of property until the expiration of ten days after entry of the order is hereby waived in respect of the sale of the Physician Practice Assets.

6. This Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

8. Counsel shall serve this Order on the required parties pursuant to this Court's Order Limiting Notice [P-136], and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 27, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge