# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**   Mr. Neil F. Luria
Louisiana Medical Center
c/o SOLIC Capital
1603 Orrington Avenue
Suite 1600
Evanston, Illinois 60201

05/09/2017

File No. 075772.1001

For Professional Services Rendered For:

Bill No. 40402244

**Louisiana Medical Center and Heart Hospital, LLC**
**Billing Period Through February 17, 2017[1]**

Total Fees ...........................................................................................$    100,151.00
Total Expenses ................................................................................    3,176.71

Total ...........................................................................$    103,327.71

---

[1] Includes expenses posted after February 17, 2017 that were incurred on or before February 17, 2017.

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **075772.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 23.60 | 9,896.00 |
| B002 | Court Hearings | 45.80 | 28,348.00 |
| B003 | Cash Collateral/DIP Financing | 14.90 | 8,773.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 6.80 | 3,207.00 |
| B005 | Lease/Executory Contract Issues | 2.90 | 1,248.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 1.20 | 656.00 |
| B008 | Meetings | 3.80 | 2,166.00 |
| B010 | Reclamation Claims and Adversaries | 0.40 | 228.00 |
| B011 | Other Adversary Proceedings | 53.40 | 32,533.00 |
| B013 | Creditor Inquiries | 1.30 | 745.00 |
| B017 | Retention of Professionals/Fee Issues | 23.70 | 12,135.00 |
| B020 | Utility Services | 0.90 | 216.00 |
| | Totals | 178.70 | $ 100,151.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Debbie Laskin | Paralegal | 2.00 | x $ | 270.00 | = | 540.00 |
| Joel A. Waite | Partner | 4.10 | x $ | 890.00 | = | 3,649.00 |
| Kenneth Enos | Partner | 3.30 | x $ | 570.00 | = | 1,881.00 |
| Michelle Smith | Paralegal | 12.00 | x $ | 240.00 | = | 2,880.00 |
| Travis G. Buchanan | Associate | 2.20 | x $ | 430.00 | = | 946.00 |
| | Totals: | 23.60 | | | $ | 9,896.00 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Joel A. Waite | Partner | 15.20 | x $ | 890.00 | = | 13,528.00 |
| Kenneth Enos | Partner | 21.10 | x $ | 570.00 | = | 12,027.00 |
| Michelle Smith | Paralegal | 6.80 | x $ | 240.00 | = | 1,632.00 |
| Travis G. Buchanan | Associate | 2.70 | x $ | 430.00 | = | 1,161.00 |
| | Totals: | 45.80 | | | $ | 28,348.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

**Task B003**
**Cash Collateral/DIP Financing**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Joel A. Waite | Partner | 5.00 | x $ | 890.00 | = | 4,450.00 |
| Kenneth Enos | Partner | 5.90 | x $ | 570.00 | = | 3,363.00 |
| Michelle Smith | Paralegal | 4.00 | x $ | 240.00 | = | 960.00 |
| | Totals: | 14.90 | | | $ | 8,773.00 |

**Task B004**
**Schedules & Statements, U.S. Trustee Reports**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Partner | 4.60 | x $ | 570.00 | = | 2,622.00 |
| Michelle Smith | Paralegal | 1.90 | x $ | 240.00 | = | 456.00 |
| Travis G. Buchanan | Associate | 0.30 | x $ | 430.00 | = | 129.00 |
| | Totals: | 6.80 | | | $ | 3,207.00 |

**Task B005**
**Lease/Executory Contract Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Partner | 1.50 | x $ | 570.00 | = | 855.00 |
| Michelle Smith | Paralegal | 1.10 | x $ | 240.00 | = | 264.00 |
| Travis G. Buchanan | Associate | 0.30 | x $ | 430.00 | = | 129.00 |
| | Totals: | 2.90 | | | $ | 1,248.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

**Task B006**
**Use, Sale or Lease of Property (363 issues)**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Partner | 1.00 | x $ | 570.00 | = | 570.00 |
| Travis G. Buchanan | Associate | 0.20 | x $ | 430.00 | = | 86.00 |
| | Totals: | 1.20 | | | $ | 656.00 |

**Task B008**
**Meetings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Partner | 3.80 | x $ | 570.00 | = | 2,166.00 |
| | Totals: | 3.80 | | | $ | 2,166.00 |

**Task B010**
**Reclamation Claims and Adversaries**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Partner | 0.40 | x $ | 570.00 | = | 228.00 |
| | Totals: | 0.40 | | | $ | 228.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

**Task B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Joel A. Waite | Partner | 6.60 | x $ | 890.00 | = | 5,874.00 |
| John T. Dorsey | Partner | 9.10 | x $ | 850.00 | = | 7,735.00 |
| Kenneth Enos | Partner | 20.60 | x $ | 570.00 | = | 11,742.00 |
| Michelle Smith | Paralegal | 0.90 | x $ | 240.00 | = | 216.00 |
| Travis G. Buchanan | Associate | 16.20 | x $ | 430.00 | = | 6,966.00 |
| | Totals: | 53.40 | | | $ | 32,533.00 |

**Task B013**
**Creditor Inquiries**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Joel A. Waite | Partner | 0.10 | x $ | 890.00 | = | 89.00 |
| Kenneth Enos | Partner | 1.00 | x $ | 570.00 | = | 570.00 |
| Travis G. Buchanan | Associate | 0.20 | x $ | 430.00 | = | 86.00 |
| | Totals: | 1.30 | | | $ | 745.00 |

**Task B017**
**Retention of Professionals/Fee Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Joel A. Waite | Partner | 3.40 | x $ | 890.00 | = | 3,026.00 |
| Kenneth Enos | Partner | 7.60 | x $ | 570.00 | = | 4,332.00 |
| Michelle Smith | Paralegal | 3.60 | x $ | 240.00 | = | 864.00 |
| Travis G. Buchanan | Associate | 9.10 | x $ | 430.00 | = | 3,913.00 |
| | Totals: | 23.70 | | | $ | 12,135.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

| **Task B020**<br>**Utility Services** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Michelle Smith | Paralegal | 0.90 | x $ | 240.00 | = | 216.00 |
| | Totals: | 0.90 | | $ | | 216.00 |
| | Aggregate Total: | 178.70 | | $ | | 100,151.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| JWAIT | Joel A. Waite, Partner, member DE Bar since 1990 | 34.40 | $ | 890.00 | = | 30,616.00 |
| JDORS | John T. Dorsey, Partner, member DE Bar since 1991 | 9.10 | $ | 850.00 | = | 7,735.00 |
| KENOS | Kenneth Enos, Partner, member DE Bar since 2004 | 70.80 | $ | 570.00 | = | 40,356.00 |
| TBUCH | Travis G. Buchanan, Associate, member DE Bar since 2011 | 31.20 | $ | 430.00 | = | 13,416.00 |
| DLASK | Debbie Laskin, Paralegal | 2.00 | $ | 270.00 | = | 540.00 |
| MSMIT | Michelle Smith, Paralegal | 31.20 | $ | 240.00 | = | 7,488.00 |
|  | Total: | 178.70 | | | $ | 100,151.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 01/30/17 | File petitions and 1st day motions | MSMIT | B001 | 2.00 |
| 01/30/17 | Finalize first-day pleadings and coordinate filing and service of same | TBUCH | B001 | 1.10 |
| 01/31/17 | Assist in preparation of First Day Pleadings and Binders | DLASK | B001 | 2.00 |
| 01/31/17 | Email court re: hearing dates | JWAIT | B001 | 0.10 |
| 01/31/17 | Email from UST re: first day comments and analyze | JWAIT | B001 | 0.40 |
| 01/31/17 | Emails from and to G. Stein and S. Sigler re: UST comments and responses; scheduling | JWAIT | B001 | 0.30 |
| 01/31/17 | Telephone conference with Bankruptcy Court re: first day hearing | JWAIT | B001 | 0.10 |
| 01/31/17 | Finalize letter and binders to court for first day hearing | JWAIT | B001 | 0.10 |
| 01/31/17 | Emails to and from H. McCullom re: first days and judge assignment | JWAIT | B001 | 0.10 |
| 01/31/17 | Emails with court re: first day binder and scheduling | JWAIT | B001 | 0.10 |
| 01/31/17 | Conferences with K. Enos re: second days; scheduling | JWAIT | B001 | 0.30 |
| 01/31/17 | Telephone conference with H. McCollum re: first day comments | JWAIT | B001 | 0.20 |
| 01/31/17 | Telephone conference with K. Enos and S. Sigler re: UST first day comments | JWAIT | B001 | 0.30 |
| 01/31/17 | Continue to file 1st day motions (.9); prepare binders of first day pleadings for submission to court and US Trustee (1.0) | MSMIT | B001 | 1.90 |
| 01/31/17 | Finalize first-day pleadings and coordinate filing and service of same | TBUCH | B001 | 1.10 |
| 02/01/17 | Draft response to UST re: first day questions and send to co-counsel | JWAIT | B001 | 0.60 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/01/17 | Emails from and to G. Stein and S. Sigler re: response to UST questions | JWAIT | B001 | 0.20 |
| 02/01/17 | Further emails with S. Sigler re: UST questions | JWAIT | B001 | 0.20 |
| 02/01/17 | Revise response to UST re: first day questions | JWAIT | B001 | 0.30 |
| 02/01/17 | Emails from and to H. McCullom and Alston team re: first day issues and resolutions | JWAIT | B001 | 0.40 |
| 02/01/17 | Email from court and to G. Stein re: hearing dates | JWAIT | B001 | 0.10 |
| 02/01/17 | Conference with K. Enos re: first day order revisions | JWAIT | B001 | 0.20 |
| 02/01/17 | Multiple correspondence regarding creditor matrix (.2); file same (.5) | MSMIT | B001 | 0.70 |
| 02/01/17 | Correspondence from and to Garden City Group regarding service of 1st day hearing agenda | MSMIT | B001 | 0.20 |
| 02/01/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.20 |
| 02/02/17 | Conference with K. Enos re: first day orders status | JWAIT | B001 | 0.10 |
| 02/02/17 | Exchange emails with co-counsel re: creditor matrix redactions | KENOS | B001 | 0.10 |
| 02/02/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/03/17 | Draft notice of commencement | MSMIT | B001 | 0.30 |
| 02/03/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/06/17 | Review various second day hearing notices and notice of commencement | KENOS | B001 | 0.40 |
| 02/06/17 | Exchange emails with co-counsel re: status of various second day pleadings | KENOS | B001 | 0.20 |
| 02/06/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/06/17 | Revise, finalize for filing and coordinate service of notice of commencement (.6); multiple correspondence regarding same (.2) | MSMIT | B001 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001                Invoice No. 40402244                05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/06/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/07/17 | Review and comment on stipulated order re: Medical Ombudsman | KENOS | B001 | 0.30 |
| 02/07/17 | Research re: proposed PCO | KENOS | B001 | 0.20 |
| 02/07/17 | Exchange emails with co-counsel, client, and US Trustee re: redacted creditor matrix | KENOS | B001 | 0.30 |
| 02/07/17 | File revised list of creditors; correspondence regarding same | MSMIT | B001 | 0.40 |
| 02/07/17 | Prepare initial critical dates memorandum | MSMIT | B001 | 4.20 |
| 02/07/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/08/17 | Teleconference with G. Stein and J. Dorsey re: current case issues | KENOS | B001 | 0.40 |
| 02/08/17 | Exchange emails with S. Goodman (PCO) re: current case issues | KENOS | B001 | 0.20 |
| 02/08/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/09/17 | Teleconference with S. Goodman re: case status/PCO related concerns (.4) and follow up related to same (.3) | KENOS | B001 | 0.70 |
| 02/09/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/10/17 | Exchange emails with client and co-counsel re: committee and formation meeting issues | KENOS | B001 | 0.20 |
| 02/10/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.10 |
| 02/13/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.30 |
| 02/14/17 | Review and evaluate incoming pleadings for distribution to co-counsel and client | MSMIT | B001 | 0.20 |
| 02/15/17 | Exchange emails with PCO re: next steps | KENOS | B001 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/16/17 | Exchange emails with S. Goodman and S. Sigler re: PCO Notice | KENOS | B001 | 0.10 |
| | Sub Total | | | 23.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/31/17 | Review agenda and notice of first day hearing | KENOS | B002 | 0.30 |
| 01/31/17 | Assist co-counsel with preparation of Second Day Pleadings and Second Day Hearing Preparations | KENOS | B002 | 0.90 |
| 01/31/17 | Teleconference with co-counsel and J. Waite re: DIP Issues and First Day Hearing Preparations | KENOS | B002 | 0.50 |
| 01/31/17 | Review and consider US Trustee Comments to First Day Orders (.3) and teleconference with J. Waite and S. Sigler re: same (.3) | KENOS | B002 | 0.60 |
| 01/31/17 | Assist co-counsel with preparation for First Day Hearing | KENOS | B002 | 0.40 |
| 01/31/17 | Work with M. Smith re: finalizing and filing first day pleadings | KENOS | B002 | 0.80 |
| 02/01/17 | Call with UST, K. Enos and A&B team re: first day issues; scheduling | JWAIT | B002 | 0.50 |
| 02/01/17 | Exchange emails with co-counsel re: first day hearing preparations | KENOS | B002 | 0.20 |
| 02/01/17 | Meet with J. Waite re: First Day Hearing Preparations and UST Comments re: first day orders | KENOS | B002 | 0.30 |
| 02/01/17 | Review and comment of first day hearing agenda | KENOS | B002 | 0.20 |
| 02/01/17 | Call with co-counsel and US Trustee re: First Day Hearing Issues and comments to First Day Orders | KENOS | B002 | 0.50 |
| 02/01/17 | Review and finalize various Orders for First Day Hearing | KENOS | B002 | 1.10 |
| 02/01/17 | Finalize for filing and coordinate service of agenda for 1st day hearing | MSMIT | B002 | 0.60 |
| 02/01/17 | Register D. Wenger for 1st day hearing | MSMIT | B002 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/02/17 | Telephone conference with Bankruptcy Court re: status update for 2/3/17 hearing | JWAIT | B002 | 0.10 |
| 02/02/17 | Review pleadings and notice and prepare for first day hearing | JWAIT | B002 | 1.20 |
| 02/02/17 | Email from K. Enos and to H. McCullom re: first day orders; cash collateral status; review orders | JWAIT | B002 | 0.20 |
| 02/02/17 | Meet with client and co-counsel to prepare for first day hearing, including discussions with Midcorp on cash collateral/DIP | JWAIT | B002 | 3.00 |
| 02/02/17 | Assist co-counsel and client with preparations for First Day Hearing | KENOS | B002 | 2.70 |
| 02/02/17 | Meet with T. Buchanan (.3) and M. Smith (.2) re: preparations for First Day Hearing | KENOS | B002 | 0.50 |
| 02/02/17 | Prepare for First Day Hearing | KENOS | B002 | 1.20 |
| 02/02/17 | Assist with preparations for 1st day hearing | MSMIT | B002 | 1.20 |
| 02/02/17 | Prepare proposed orders, blacklines, and other materials re: first-day hearing | TBUCH | B002 | 2.40 |
| 02/03/17 | Preparation for hearing, including prepare notes and meetings with client and co-counsel | JWAIT | B002 | 2.00 |
| 02/03/17 | Attend court for first day hearings, including breaks to meet with co-counsel and counsel for lenders | JWAIT | B002 | 7.50 |
| 02/03/17 | Attend and assist with First Day Hearing | KENOS | B002 | 6.00 |
| 02/03/17 | Assist co-counsel with preparations for first day hearing | KENOS | B002 | 2.30 |
| 02/03/17 | Work with co-counsel and lender counsel during hearing breaks re: cash collateral/DIP issues | KENOS | B002 | 1.60 |
| 02/03/17 | Assist with preparations for February 3, 2017 1st day hearing (2.2); download and circulate 1st day orders (.4) | MSMIT | B002 | 2.60 |
| 02/03/17 | Register A. Backus for 1st day hearing | MSMIT | B002 | 0.10 |
| 02/03/17 | Prepare proposed orders, blacklines, and other materials re: first-day hearing | TBUCH | B002 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/07/17 | Correspondence from court reporter attaching 1st day transcript; circulate same | MSMIT | B002 | 0.10 |
| 02/08/17 | Exchange emails with N. Luria re: Venue Motion Hearing Preparations | KENOS | B002 | 0.20 |
| 02/09/17 | Review first day hearing transcript re: venue motion hearing/briefing preparations | KENOS | B002 | 0.30 |
| 02/13/17 | Conference with K. Enos re: statement on venue motion; agenda for 2/15 | JWAIT | B002 | 0.20 |
| 02/13/17 | Review, revise and finalize hearing agenda re: Venue Motion | KENOS | B002 | 0.20 |
| 02/13/17 | Exchange emails with Committee Counsel re: Venue Transfer Hearing | KENOS | B002 | 0.10 |
| 02/13/17 | Revise agenda for February 15, 2017 hearing (.2); finalize for filing and coordinate service of same (.6) | MSMIT | B002 | 0.80 |
| 02/14/17 | Conference with K. Enos re: venue order; hearing cancellation and notice | JWAIT | B002 | 0.10 |
| 02/14/17 | Telephone conference with G. Stein re: 2/15 hearing; update; transition | JWAIT | B002 | 0.40 |
| 02/14/17 | Review and comment on revised Hearing Agenda | KENOS | B002 | 0.20 |
| 02/14/17 | Prepare amended agenda (.2); finalize for filing and coordinate service of same (.5) | MSMIT | B002 | 0.70 |
| 02/14/17 | Prepare 2nd amended agenda (.1); finalize for filing and coordinate service of same (.5) | MSMIT | B002 | 0.60 |
| | Sub Total | | | 45.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/31/17 | Telephone conference with G. Stein re: DIP revisions; first day issues | JWAIT | B003 | 0.30 |
| 01/31/17 | Review DIP motion, order and budget | JWAIT | B003 | 1.80 |
| 01/31/17 | Email G. Stein re: DIP order/budget | JWAIT | B003 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                          05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/31/17 | Call with G. Stein, S. Sigler and K. Enos re: cash collateral/DIP issues; open items, first day hearing | JWAIT | B003 | 0.50 |
| 01/31/17 | Review as-filed version of DIP Order, Budget and Credit Agreement (.6) and discuss same with J. Waite (.2) | KENOS | B003 | 0.80 |
| 02/01/17 | Telephone conference with G. Stein re: DIP revisions; hearing preparations | JWAIT | B003 | 0.20 |
| 02/01/17 | Teleconference (.2) with counsel to MedTronic re: reclamation and lien issues and follow up related to same (.4) | KENOS | B003 | 0.60 |
| 02/02/17 | Emails from and to G. Stein re: cash collateral | JWAIT | B003 | 0.10 |
| 02/02/17 | Emails from and to G. Stein and review rules re: cash collateral hearing testimony | JWAIT | B003 | 0.40 |
| 02/02/17 | Telephone conference with G. Stein re: cash collateral update and hearing preparation | JWAIT | B003 | 0.30 |
| 02/02/17 | Telephone conference with P. Jackson re: cash collateral | JWAIT | B003 | 0.20 |
| 02/02/17 | Review Midcorp objection to use of cash collateral | JWAIT | B003 | 0.40 |
| 02/02/17 | Teleconferences (2x) with client, J. Waite, co-counsel and lenders re: proposed DIP and Cash Collateral Order | KENOS | B003 | 0.70 |
| 02/02/17 | Review and consider MidCap Limited Objection to Cash Collateral Order | KENOS | B003 | 0.40 |
| 02/03/17 | Email DIP budget to court and call with clerk's office | JWAIT | B003 | 0.20 |
| 02/03/17 | Exchange emails with US Trustee re: revised Interim DIP/Cash Collateral Order | KENOS | B003 | 0.10 |
| 02/03/17 | Exchange emails with counsel to Medtronic re: comments to interim DIP Order | KENOS | B003 | 0.20 |
| 02/03/17 | Exchange emails with counsel to MidCap re: Interim DIP Order | KENOS | B003 | 0.10 |
| 02/03/17 | Draft notice of entry of interim order and final hearing re DIP | MSMIT | B003 | 0.30 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/06/17 | Review (.3) and finalize for service (.1) Midcap Document Requests | KENOS | B003 | 0.40 |
| 02/06/17 | Teleconference with G. Stein re: DIP and Cash Collateral-related discovery | KENOS | B003 | 0.20 |
| 02/06/17 | Review and comment on Deposition Notices re: DIP | KENOS | B003 | 0.50 |
| 02/06/17 | Exchange emails with G. Stein re: MidCap Discovery | KENOS | B003 | 0.20 |
| 02/06/17 | Finalize for filing and coordinate service of notice of entry of interim order and final hearing regarding DIP motion | MSMIT | B003 | 0.60 |
| 02/06/17 | Prepare, file and coordinate service of notice of service regarding debtors' 1st document requests | MSMIT | B003 | 0.50 |
| 02/06/17 | Finalize for filing and coordinate service of notice of deposition of Salus Valuation Group | MSMIT | B003 | 0.50 |
| 02/06/17 | Finalize for filing and coordinate service of notice of 30(b)(6)deposition | MSMIT | B003 | 0.50 |
| 02/07/17 | Multiple correspondence with co-counsel and Garden City regarding supplemental service of final DIP hearing notice | MSMIT | B003 | 0.30 |
| 02/08/17 | Emails from and to K. Enos re: venue objection issues; Midcap settlement discussions | JWAIT | B003 | 0.20 |
| 02/08/17 | Review MidCap Discovery Requests | KENOS | B003 | 0.50 |
| 02/10/17 | Review and comment on Responses to MidCap Discovery | KENOS | B003 | 0.30 |
| 02/10/17 | Review and comment on MidCap Cash Collateral Stipulation | KENOS | B003 | 0.40 |
| 02/10/17 | Coordinate service of Debtors' responses to MidCap 1st document requests | MSMIT | B003 | 0.40 |
| 02/10/17 | Prepare agenda for February 15, 2017 hearing | MSMIT | B003 | 0.30 |
| 02/14/17 | Email from and to R. Raupnich re: DIP extension request | JWAIT | B003 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/14/17 | Review and comment on Cash Collateral Stipulation (.2), exchange emails with G. Stein and P. Jackson re: same (.2) and finalize for filing (.1) | KENOS | B003 | 0.50 |
| 02/14/17 | Finalize for filing and coordinate service of stipulation with MidCap re final DIP order (.5); coordinate delivery of same to chambers (.1) | MSMIT | B003 | 0.60 |
| | Sub Total | | | 14.90 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/01/17 | Review US Trustee Information Requests and exchange emails with co-counsel re: same | KENOS | B004 | 0.30 |
| 02/01/17 | Review and comment on Schedules and SOFAs Motion | KENOS | B004 | 0.40 |
| 02/06/17 | Finalize for filing and coordinate service of motion to extend deadline to file schedules & SOFAs | MSMIT | B004 | 0.60 |
| 02/07/17 | Assist co-counsel with preparation of IOR and preparations for IDI | KENOS | B004 | 0.70 |
| 02/07/17 | Teleconference with A. Baccias re: IDI Materials | KENOS | B004 | 0.20 |
| 02/07/17 | Exchange emails with US Trustee, client and co-counsel re: IDI | KENOS | B004 | 0.10 |
| 02/07/17 | Prepare materials requested by U.S. Trustee for use re: initial debtor interview | TBUCH | B004 | 0.10 |
| 02/08/17 | Teleconference with US Trustee re: PCO and Committee Issues | KENOS | B004 | 0.20 |
| 02/08/17 | Review IDI Letter | KENOS | B004 | 0.10 |
| 02/08/17 | Exchange emails with co-counsel, client and US Trustee re: IDI Scheduling | KENOS | B004 | 0.20 |
| 02/08/17 | Assemble IDI materials and prepare CD for US Trustee (.6); prepare letter and coordinate delivery of same (.2) | MSMIT | B004 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244          05-09-2017

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/08/17 | Prepare materials requested by U.S. Trustee for use re: initial debtor interview | TBUCH | B004 | 0.20 |
| 02/13/17 | Review and comment on Initial Operating Report | KENOS | B004 | 0.30 |
| 02/13/17 | Assist co-counsel with preparation of IOR | KENOS | B004 | 0.50 |
| 02/13/17 | Prepare for IDI and assist client with same | KENOS | B004 | 0.60 |
| 02/13/17 | Exchange emails with H. McCollum, co-counsel and client re: IDI | KENOS | B004 | 0.20 |
| 02/14/17 | Teleconference and emails with US Trustee and client/co-counsel re: IDI | KENOS | B004 | 0.30 |
| 02/14/17 | Revise and finalize Initial Operating Report | KENOS | B004 | 0.40 |
| 02/14/17 | Exchange emails with co-counsel and N. Luria re: initial operating report | KENOS | B004 | 0.10 |
| 02/14/17 | Finalize for filing and coordinate service of initial MOR | MSMIT | B004 | 0.50 |
| | Sub Total | | | 6.80 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 01/31/17 | Prepare amended exhibit re: first rejection motion (.2); work with M. Smith and co-counsel re: preparing, filing, and serving same (.2); and follow up call with S. Sigler re: same (.2) | KENOS | B005 | 0.60 |
| 02/06/17 | Exchange emails with co-counsel, US Trustee, and counsel to HHS re: amended MSO Order | KENOS | B005 | 0.20 |
| 02/06/17 | Review and comment on amended MSO Order | KENOS | B005 | 0.20 |
| 02/06/17 | Prepare, finalize for filing and coordinate service of notice of rejection motion | MSMIT | B005 | 0.60 |
| 02/07/17 | Review and comment on certification and revised order re: MSO | KENOS | B005 | 0.40 |
| 02/07/17 | Follow up emails with E. Slights re: MSO Order | KENOS | B005 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/07/17 | Finalize for filing and coordinate delivery to chambers of certification of counsel regarding MSO motion | MSMIT | B005 | 0.50 |
| 02/07/17 | Draft certificate of counsel re: motion to enter into physician agreements | TBUCH | B005 | 0.30 |
| | Sub Total | | | 2.90 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/01/17 | Exchange emails with co-counsel re: insurance motion | KENOS | B006 | 0.20 |
| 02/01/17 | Assist co-counsel with preparation of Insurance Motion | KENOS | B006 | 0.40 |
| 02/09/17 | Teleconference with B. Grodsky re: Case Issues/Asset Disposition | KENOS | B006 | 0.20 |
| 02/10/17 | Exchange emails with co-counsel re: AFCO Inquiry | KENOS | B006 | 0.20 |
| 02/13/17 | Review and respond to inquiry regarding asset disposition | TBUCH | B006 | 0.20 |
| | Sub Total | | | 1.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/08/17 | Exchange emails with co-counsel and client re: formation meeting | KENOS | B008 | 0.20 |
| 02/09/17 | Prepare for Formation Meeting | KENOS | B008 | 0.70 |
| 02/09/17 | Exchange emails with US Trustee, client and co-counsel re: Formation Meeting Preparations | KENOS | B008 | 0.20 |
| 02/10/17 | Prepare for (.9) and attend Formation Meeting (1.6) | KENOS | B008 | 2.50 |
| 02/10/17 | Teleconference with N. Luria and G. Stein re: Formation Meeting | KENOS | B008 | 0.20 |
| | Sub Total | | | 3.80 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001                    Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/01/17 | Exchange emails with co-counsel and counsel to Medtronic re: Medtronic Reclamation Claims | KENOS | B010 | 0.20 |
| 02/02/17 | Exchange emails with counsel to Medtronic re: reclamation claim | KENOS | B010 | 0.20 |
| | Sub Total | | | 0.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/02/17 | Review motion to transfer venue and motion to shorten from McKesson | JWAIT | B011 | 1.30 |
| 02/02/17 | Telephone conference with G. Stein re: motion to transfer venue; 2/3 hearing | JWAIT | B011 | 0.20 |
| 02/02/17 | Research/analyze McKesson and contract | JWAIT | B011 | 0.40 |
| 02/02/17 | Review and consider motion to transfer venue and related motion to shorten (.6) and multiple discussions with J. Waite (.5) regarding same | KENOS | B011 | 1.10 |
| 02/03/17 | Call with KENOS and JWAIT re: venue motion (.4); review and consider motion to change venue and cited cases (1.9) | JDORS | B011 | 2.30 |
| 02/03/17 | Meetings with CRO and counsel re: hearing follow-up; venue motion | JWAIT | B011 | 1.00 |
| 02/03/17 | Call with K. Enos, J. Dorsey re: venue motion and strategy for response | JWAIT | B011 | 0.40 |
| 02/03/17 | Meet with J. Waite, . Dorsey, and T. Buchanan re: Motion to Transfer Venue | KENOS | B011 | 0.40 |
| 02/03/17 | Review motion to transfer venue | TBUCH | B011 | 0.40 |
| 02/05/17 | Various emails re: venue motion | JDORS | B011 | 0.40 |
| 02/05/17 | Consider issues/research re: objection to motion to transfer venue | KENOS | B011 | 0.90 |
| 02/06/17 | Consider evidence for hearing on motion to change venue | JDORS | B011 | 1.80 |
| 02/06/17 | Call with client re: motion to change venue | JDORS | B011 | 0.50 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                          05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/06/17 | Meet with J. Dorsey and T. Buchanan re: venue transfer dispute (.6) (and follow up with T. Buchanan re: same (.1)) | KENOS | B011 | 0.70 |
| 02/06/17 | Teleconference with J. Dorsey and N. Luria re: venue transfer motion | KENOS | B011 | 0.50 |
| 02/06/17 | Prepare Objection to Motion to Transfer Venue | KENOS | B011 | 1.40 |
| 02/06/17 | Download and circulate sample venue transfer pleadings at the request of K. Enos | MSMIT | B011 | 0.30 |
| 02/06/17 | Draft argument insert re: objection to motion to transfer venue (3.4); prepare for and meet with J. Dorsey and K. Enos re: same (.6) | TBUCH | B011 | 4.00 |
| 02/07/17 | Emails to and from K. Enos re: venue objection and update | JWAIT | B011 | 0.10 |
| 02/07/17 | Draft Objection to Motion to Transfer Venue | KENOS | B011 | 4.80 |
| 02/07/17 | Draft objection to motion to transfer venue | TBUCH | B011 | 3.90 |
| 02/08/17 | Review and comment on draft response to motion to transfer venue | JDORS | B011 | 1.80 |
| 02/08/17 | Various emails re: venue motion and related evidence | JDORS | B011 | 0.30 |
| 02/08/17 | Conference with KENOS re: venue motion and related evidentiary issues | JDORS | B011 | 0.30 |
| 02/08/17 | Meet with T. Buchanan re: venue transfer motion | KENOS | B011 | 0.20 |
| 02/08/17 | Attention to hearing preparations re: venue transfer motion | KENOS | B011 | 0.40 |
| 02/08/17 | Review and revise Objection to Venue Transfer Motion | KENOS | B011 | 2.10 |
| 02/08/17 | Exchange emails with GCG (.2) re: creditor information and review same (.2) | KENOS | B011 | 0.40 |
| 02/08/17 | Review and revise objection to motion to transfer venue | TBUCH | B011 | 3.80 |
| 02/09/17 | Review and comment on revised draft response to venue motion | JDORS | B011 | 1.20 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001         Invoice No. 40402244         05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/09/17 | Emails from and to K. Enos re: venue objection and preparation for 2/15 hearing | JWAIT | B011 | 0.20 |
| 02/09/17 | Further review and revise Objection to Motion to Transfer Venue | KENOS | B011 | 1.70 |
| 02/09/17 | Exchange emails with client re: objection to venue transfer motion | KENOS | B011 | 0.20 |
| 02/09/17 | Review comments to objection to motion to transfer venue | TBUCH | B011 | 0.20 |
| 02/10/17 | Numerous emails re: venue motion | JDORS | B011 | 0.50 |
| 02/10/17 | Review Louisiana Health Department joinder to venue motion | JWAIT | B011 | 0.20 |
| 02/10/17 | Emails to and from K. Enos re: venue response issues | JWAIT | B011 | 0.20 |
| 02/10/17 | Various emails to and from K. Enos re: committee formation; counsel position on venue motion | JWAIT | B011 | 0.20 |
| 02/10/17 | Telephone conference with K. Enos re: response to venue motion; committee positions | JWAIT | B011 | 0.20 |
| 02/10/17 | Revise Objection to Venue Motion re: N. Luria Comments | KENOS | B011 | 0.50 |
| 02/10/17 | Prepare statement re: Venue Motion | KENOS | B011 | 0.80 |
| 02/10/17 | Teleconference with N. Luria re: Venue Motion and hearing preparations | KENOS | B011 | 0.30 |
| 02/10/17 | Review revised version of Venue Motion Objection (re: filed joinders) | KENOS | B011 | 0.30 |
| 02/10/17 | Review and revise objection to motion to transfer venue | TBUCH | B011 | 3.50 |
| 02/11/17 | Review draft response to venue motion and G. Stein and N. Luria comments on same | JWAIT | B011 | 0.50 |
| 02/11/17 | Email to team re: comments on response to venue motion | JWAIT | B011 | 0.20 |
| 02/11/17 | Teleconference with G. Stein and N. Luria re: case issues and venue transfer | KENOS | B011 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244                    05-09-2017

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/11/17 | Further revise statement re: motion to transfer venue (comments of co-counsel and client) | KENOS | B011 | 0.70 |
| 02/11/17 | Exchange emails with co-counsel re: Statement regarding Venue Motion | KENOS | B011 | 0.20 |
| 02/11/17 | Review co-counsel and client comments re: Venue Motion Statement | KENOS | B011 | 0.30 |
| 02/12/17 | Various emails with G. Stein, N. Luria and K. Enos re: venue response and revisions | JWAIT | B011 | 0.40 |
| 02/12/17 | Email from and to G. Stein re: venue response deadline; 2/15 agenda | JWAIT | B011 | 0.10 |
| 02/12/17 | Review Committee Comments to Venue Motion Statement (multiple times) (.3) and exchange emails with co-counsel regarding same (.2) | KENOS | B011 | 0.50 |
| 02/13/17 | Email from G. Stein re: committee on venue motion | JWAIT | B011 | 0.10 |
| 02/13/17 | Review committee joinder to venue motion | JWAIT | B011 | 0.30 |
| 02/13/17 | Review WARN claimants response to venue motion | JWAIT | B011 | 0.10 |
| 02/13/17 | Email from Jason Powell and to Grant Stein re: venue order | JWAIT | B011 | 0.10 |
| 02/13/17 | Review, revise and finalize Statement re: Venue Motion (includes emails with co-counsel and client regarding same) | KENOS | B011 | 0.40 |
| 02/13/17 | Review and comment on proposed form of order re: Venue Motion | KENOS | B011 | 0.20 |
| 02/13/17 | Finalize for filing and coordinate service of Debtors' response to McKesson venue transfer motion | MSMIT | B011 | 0.60 |
| 02/13/17 | Review Debtors' statement regarding motion to transfer venue | TBUCH | B011 | 0.30 |
| 02/14/17 | Review venue order from Jason Powell | JWAIT | B011 | 0.10 |
| 02/14/17 | Emails from and to Grant Stein re: venue order | JWAIT | B011 | 0.10 |
| 02/14/17 | Review Deitz and Logan joinders to venue motion | JWAIT | B011 | 0.20 |

01:21848206.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244          05-09-2017

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/14/17 | Review additional joinders re: venue transfer motion | KENOS | B011 | 0.20 |
| 02/14/17 | Review and comment on WARN Action Venue Transfer Order (.2) and exchange emails with C. Liozides and G. Stein re: same (.2) | KENOS | B011 | 0.40 |
| 02/14/17 | Teleconference with counsel to McKesson (.2) and follow up with M. Smith re: Venue Transfer Motion (.1) | KENOS | B011 | 0.30 |
| 02/14/17 | Exchange emails with co-counsel re: WARN Litigation Issues | KENOS | B011 | 0.20 |
| 02/14/17 | Review order transferring venue | TBUCH | B011 | 0.10 |
| 02/15/17 | Exchange emails with S. Sigler re: venue transfer | KENOS | B011 | 0.10 |
| | Sub Total | | | 53.40 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/06/17 | Respond to creditor inquiry re: case status | TBUCH | B013 | 0.10 |
| 02/10/17 | Exchange emails with counsel to Conifer re: case status | KENOS | B013 | 0.20 |
| 02/13/17 | Email from and to Sherri West re: creditor inquiry | JWAIT | B013 | 0.10 |
| 02/13/17 | Teleconference with counsel to Conifer re: chapter 11 cases | KENOS | B013 | 0.40 |
| 02/13/17 | Teleconference with N. Luria re: call with counsel to Conifer | KENOS | B013 | 0.20 |
| 02/13/17 | Exchange emails with N. Luria and B Grodsky re: physician inquiry | KENOS | B013 | 0.10 |
| 02/14/17 | Exchange emails with counsel to Conifer re: status of chapter 11 cases | KENOS | B013 | 0.10 |
| 02/17/17 | Review and respond to creditor inquiry re: claim status | TBUCH | B013 | 0.10 |
| | Sub Total | | | 1.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001          Invoice No. 40402244            05-09-2017

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 01/31/17 | Assist co-counsel and CRO with retention issues | KENOS | B017 | 0.50 |
| 01/31/17 | Draft application to retain YCST (2.6); research parties in interest for connections and disclosures re: same (3.1) | TBUCH | B017 | 5.70 |
| 02/01/17 | Review and edit YCST retention application | JWAIT | B017 | 0.80 |
| 02/01/17 | Review and edit retention affidavit and disclosures, including review of reports | JWAIT | B017 | 1.80 |
| 02/01/17 | Review and comment on YCST Retention Application (includes review of conflict report) | KENOS | B017 | 1.40 |
| 02/01/17 | Meet with J. Waite re: YCST Retention Application | KENOS | B017 | 0.20 |
| 02/01/17 | Review and comment on GCG 327 Retention Application | KENOS | B017 | 0.60 |
| 02/01/17 | Research parties in interest for connections and disclosures re: application to retain YCST | TBUCH | B017 | 1.90 |
| 02/02/17 | Review further revised YCST retention application and affidavit | JWAIT | B017 | 0.80 |
| 02/02/17 | Meetings (2x) with J. Waite re: YCST Retention Application | KENOS | B017 | 0.20 |
| 02/02/17 | Review and revise application to retain YCST | TBUCH | B017 | 0.30 |
| 02/03/17 | Review and revise proposed order re: retention of Solic (.3); review and revise motion re: interim compensation of professionals (.6) | TBUCH | B017 | 0.90 |
| 02/04/17 | Consider and revise proposed form of order re: Solic Retention | KENOS | B017 | 0.40 |
| 02/06/17 | Review and revise Interim Compensation Motion and Order | KENOS | B017 | 0.40 |
| 02/06/17 | Review, revise and finalize YCST Retention Application | KENOS | B017 | 0.70 |
| 02/06/17 | Review, revise and finalize Alston Retention Application | KENOS | B017 | 0.60 |
| 02/06/17 | Review and comment on OCP Motion | KENOS | B017 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
File No. 075772.1001        Invoice No. 40402244             05-09-2017

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/06/17 | Additional attention to issues re: Solic Retention Application (further comments/considerations) | KENOS | B017 | 0.70 |
| 02/06/17 | Teleconference with N. Luria re: revisions to Solic Retention Order | KENOS | B017 | 0.40 |
| 02/06/17 | Finalize for filing and coordinate service of Alston & Bird retention | MSMIT | B017 | 0.60 |
| 02/06/17 | Finalize for filing and coordinate service of YCST retention | MSMIT | B017 | 0.60 |
| 02/06/17 | Finalize for filing and coordinate service of Garden City retention | MSMIT | B017 | 0.60 |
| 02/06/17 | Finalize for filing and coordinate service of interim compensation motion | MSMIT | B017 | 0.60 |
| 02/06/17 | Finalize for filing and coordinate service of motion to employ ordinary course professionals | MSMIT | B017 | 0.60 |
| 02/06/17 | Review and comment on motion to retain ordinary course professionals | TBUCH | B017 | 0.30 |
| 02/07/17 | Teleconference with N. Luria re: Solic Retention Application | KENOS | B017 | 0.30 |
| 02/07/17 | Review, revise and finalize CRO Retention Application | KENOS | B017 | 0.70 |
| 02/07/17 | Finalize for filing and coordinate service of motion to retain SOLIC Capital | MSMIT | B017 | 0.60 |
| | Sub Total | | | 23.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/03/17 | Draft notice of entry of interim order and final hearing re utilities | MSMIT | B020 | 0.30 |
| 02/06/17 | Finalize for filing and coordinate service of notice of entry of interim order and final hearing regarding utilities motion | MSMIT | B020 | 0.60 |
| | Sub Total | | | 0.90 |