# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Louisiana Medical Center and Heart Hospital, LLC
Billing Period Through February 17, 2017

**AGGREGATE ITEMIZED DISBURSEMENTS**

| Description | Amount |
|---|---|
| Reproduction Charges | 411.80 |
| Federal Express | 36.14 |
| Filing Fee | 75.00 |
| Deposition/Transcript | 935.25 |
| Conference – meeting room rental charge to Del. State Bar Association for the committee formation meeting | 600.00 |
| Delivery / Courier | 144.75 |
| Car/Bus/Subway Travel | 162.50 |
| Working Meals | 519.02 |
| Teleconference / Video Conference | 203.43 |
| Postage | 1.19 |
| Computerized Legal Research | 34.13 |
| Docket Retrieval / Search | 53.50 |
| Total Disbursements: | $3,176.71 |

01:21848206.2

75772.1001
Invoice 40402244

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 1/27/2017 | Waite, Joel A. | 904 | Teleconference / Video Conf | 10.58 | Teleconference - Payee: Soundpath Confer Services, LLC |
| 1/31/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 7.50 | Delivery / Courier - From: YCST - To: Judge Silverstein's Courtroom |
| 1/31/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 7.50 | Delivery / Courier - From: YCST - To: Office of the U.S. Trustee |
| 1/31/2017 | Waite, Joel A. | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0148 |
| 1/31/2017 | Maista, Marlene | S001 | Photocopy Charges | 12.50 | Photocopy Charges Duplication BW 0182 |
| 1/31/2017 | Morgan, Pauline K. | 53 | Delivery / Courier | 5.00 | Delivery / Courier - From: Bankruptcy Court - To: YCST |
| 1/31/2017 | Laskin, Debbie | S001 | Photocopy Charges | 3.50 | Photocopy Charges Duplication BW 0531 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 37.70 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 8.10 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 161.50 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.80 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.80 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.40 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 3.80 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.20 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.30 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.20 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.90 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.70 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S001 | Photocopy Charges | 12.50 | Photocopy Charges Duplication BW 0766 |
| 1/31/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 5.00 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 1/31/2017 | Buchanan, Travis G. | S001 | Photocopy Charges | 7.90 | Photocopy Charges Duplication BW Review list of 1042 |
| 1/31/2017 | Buchanan, Travis G. | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW Review list of 1042 |
| 2/1/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 17.50 | Delivery / Courier - From: YCST - To: Judge Selber Silverstein's Courtroom |
| 2/1/2017 | Waite, Joel A. | S001 | Photocopy Charges | 0.70 | Photocopy Charges Duplication BW 0148 |
| 2/1/2017 | Waite, Joel A. | S001 | Photocopy Charges | 3.40 | Photocopy Charges Duplication BW 0148 |
| 2/1/2017 | Waite, Joel A. | S001 | Photocopy Charges | 0.70 | Photocopy Charges Duplication BW 0148 |
| 2/1/2017 | Waite, Joel A. | S001 | Photocopy Charges | 0.70 | Photocopy Charges Duplication BW 0148 |
| 2/1/2017 | Waite, Joel A. | 904 | Teleconference / Video Conf | 9.34 | Teleconference - Payee: Soundpath Confer Services, LLC |
| 2/1/2017 | Maista, Marlene | S001 | Photocopy Charges | 3.20 | Photocopy Charges Duplication BW 0182 |
| 2/1/2017 | Enos, Kenneth J. | S001SCN | Scanning Charges | 0.50 | Scanning Charges 0732 |
| 2/1/2017 | Enos, Kenneth J. | S001SCN | Scanning Charges | 0.50 | Scanning Charges 0732 |
| 2/1/2017 | Buchanan, Travis G. | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW Review list of 1042 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 0.80 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.30 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.70 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.70 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 2.00 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.30 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 0.70 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 2.00 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 3.20 | Photocopy Charges Duplication BW 0732 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.80 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 3.50 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.00 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.80 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.20 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.00 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.50 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |

| Date | Name | Code1 | Code2 | Amount | Description |
|---|---|---|---|---|---|
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.00 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |
| 2/2/2017 | Smith, Michelle | S001C | Color Photocopy Charges | 4.00 | Color Photocopy Charges Duplication Color 0766 |
| 2/2/2017 | Smith, Michelle | S001C | Color Photocopy Charges | 2.00 | Color Photocopy Charges Duplication Color 0766 |
| 2/2/2017 | Smith, Michelle | S001C | Color Photocopy Charges | 2.00 | Color Photocopy Charges Duplication Color 0766 |
| 2/2/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 0.20 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/3/2017 | Waite, Joel A. | 96 | Working Meals | 160.00 | Working Meals from LaFia on 2/3/17 for J. Waite, K. Enos, G. Stein, S. Sigler and N. Luria |
| 2/3/2017 | Waite, Joel A. | 096D | Working Meals - Delivery | 17.50 | Working Meals - Delivery |
| 2/3/2017 | Waite, Joel A. | S904 | Teleconference / Video Conf | 86.00 | Case Num:17-10201 / CCID 8123738 Appr Atty: David A. Wender CourtCall0217.xls Court Call |
| 2/3/2017 | Waite, Joel A. | S904 | Teleconference / Video Conf | 93.00 | Case Num:17-10201 / CCID 8128858 Appr Atty: Alessandra Backus CourtCall0217.xls Court Call |
| 2/3/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.90 | Photocopy Charges Duplication BW 0732 |
| 2/3/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 1.90 | Photocopy Charges Duplication BW 0732 |
| 2/3/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 14.40 | Photocopy Charges Duplication BW 0732 |
| 2/3/2017 | Smith, Michelle | S001 | Photocopy Charges | 12.40 | Photocopy Charges Duplication BW 0766 |
| 2/3/2017 | Smith, Michelle | S001 | Photocopy Charges | 8.00 | Photocopy Charges Duplication BW 0766 |
| 2/3/2017 | Smith, Michelle | S001 | Photocopy Charges | 20.00 | Photocopy Charges Duplication BW 0766 |
| 2/3/2017 | Smith, Michelle | S001 | Photocopy Charges | 3.80 | Photocopy Charges Duplication BW 0766 |
| 2/3/2017 | Smith, Michelle | S001C | Color Photocopy Charges | 2.00 | Color Photocopy Charges Duplication Color 0766 |
| 2/3/2017 | Smith, Michelle | S001 | Photocopy Charges | 4.60 | Photocopy Charges Duplication BW Review motion t 1042 |
| 2/6/2017 | Buchanan, Travis G. | 53 | Delivery / Courier | 17.50 | Delivery / Courier - From: YCST - To: Drinker Biddle |
| 2/6/2017 | Patton Jr, James L. | 904 | Teleconference / Video Conf | 4.51 | Teleconference - Payee: Soundpath Confer Services, LLC |
| 2/6/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |
| 2/6/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |
| 2/6/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 18.40 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/6/2017 | Buchanan, Travis G. | S063 | Computerized Legal Research | 14.21 | WestLaw Invoice - 835705329 Dated 03/01/17 WestLaw Search by |
| 2/6/2017 | Buchanan, Travis G. | S063I | Computerized Legal Research | 0.48 | Lexis Legal Services - La Document Access Lexis Search by Buchanan, Travis |
| 2/6/2017 | Buchanan, Travis G. | S102 | Docket Retrieval / Search | 9.40 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/7/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 18.00 | Delivery / Courier - From: YCST - To: Drinker Biddle |
| 2/7/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.00 | Photocopy Charges Duplication BW 0766 |
| 2/7/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 1.80 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/8/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 17.50 | Delivery / Courier - From: YCST - To: Office of the U.S. Trustee |
| 2/8/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 2.60 | Photocopy Charges Duplication BW 0732 |
| 2/8/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.40 | Photocopy Charges Duplication BW 0766 |
| 2/8/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 3.90 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/8/2017 | Buchanan, Travis G. | S001 | Photocopy Charges | 2.60 | Photocopy Charges Duplication BW Review draft of 1042 |
| 2/8/2017 | Buchanan, Travis G. | S063I | Computerized Legal Research | 18.96 | Lexis Advance - La Access Charge Lexis Search by Buchanan, Travis |
| 2/8/2017 | Buchanan, Travis G. | S063I | Computerized Legal Research | 0.48 | Lexis Legal Services - La Document Access Lexis Search by Buchanan, Travis |
| 2/9/2017 | Enos, Kenneth J. | S001 | Photocopy Charges | 2.20 | Photocopy Charges Duplication BW 0732 |
| 2/9/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 1.50 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/10/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 18.00 | Delivery / Courier - From: YCST - To: Drinker Biddle |
| 2/10/2017 | Dorsey, John | S001 | Photocopy Charges | 1.30 | Photocopy Charges Duplication BW 0731 |
| 2/10/2017 | Dorsey, John | S001 | Photocopy Charges | 2.90 | Photocopy Charges Duplication BW 0731 |
| 2/10/2017 | Buchanan, Travis G. | S102 | Docket Retrieval / Search | 4.90 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/13/2017 | Morgan, Pauline K. | 53 | Delivery / Courier | 18.75 | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Multiple Inner City Deliveries |
| 2/13/2017 | Smith, Michelle | S001 | Photocopy Charges | 4.60 | Photocopy Charges Duplication BW 0766 |
| 2/13/2017 | Smith, Michelle | S001 | Photocopy Charges | 2.80 | Photocopy Charges Duplication BW 0766 |
| 2/13/2017 | Smith, Michelle | 4 | Federal Express | 16.89 | Federal Express -- FEDERAL EXPRESS - WILLIAM H. PATRICK, iii, eSQ. NEW ORLEANS, LA |
| 2/13/2017 | Smith, Michelle | 4 | Federal Express | 19.25 | Federal Express -- FEDERAL EXPRESS - JEFFREY K. GARFINKLE, ESQ. IRVINE, CA |
| 2/13/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 3.20 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/14/2017 | Patton Jr, James L. | 53 | Delivery / Courier | 17.50 | Delivery / Courier - From: YCST - To: Judge Silverstein's Courtroom |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.80 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.60 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 1.60 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.50 | Photocopy Charges Duplication BW 0766 |

| Date | Name | Code | Category | Amount | Description |
|---|---|---|---|---|---|
| 2/14/2017 | Smith, Michelle | S001 | Photocopy Charges | 0.40 | Photocopy Charges Duplication BW 0766 |
| 2/14/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 1.10 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 2/17/2017 | Smith, Michelle | S002 | Postage | 1.19 | Postage 0766 |
| 2/22/2017 | Waite, Joel A. | 96 | Working Meals | 229.60 | Working Meals on 2/2/17 - Payee: TTG, Inc. (Toscana) Working Meal - JWAIT; KENOS; G. Stein; S. Siegler; N. Luria; G. Hagood Working Meal - JWAIT; KENOS; G. Stein; S. Siegler; N. Juria; G. Hagood |
| 2/22/2017 | Waite, Joel A. | 30 | Deposition/Transcript | 935.25 | Deposition/Transcript - Payee: Reliable Wilmington Hourly Transcript - Original Hourly Transcript - Original |
| 2/23/2017 | Waite, Joel A. | 96 | Working Meals | 111.92 | Working Meals on 2/3/17 - Payee: Lady Liberty Restaurant Group, LLC Working Meal - JWAIT; KENOS; G. Stein; S. Siegler; N. Luria; G. Hagood Working Meal - JWAIT; KENOS; G. Stein; S. Siegler; N. Juria; G. Hargood |
| 2/23/2017 | Smith, Michelle | S102 | Docket Retrieval / Search | 4.10 | Docket Retrieval / Search - Payee: Pacer Service Center Pacer |
| 3/3/2017 | Waite, Joel A. | 11 | Filing Fee | 75.00 | Filing Fee - Payee: American Express (MAIN) 02/02/17-Pro Hac Motions |
| 3/17/2017 | Waite, Joel A. | 87 | Car/Bus/Subway Travel | 162.50 | Car/Bus/Subway Travel - Payee: The Limo Exchange, Inc. Drive Grant Stein to PHL Car for Grant Stein to PHL on 2/3/17 |
| 3/20/2017 | Enos, Kenneth J. | 52 | Conference | 600.00 | Meeting room rental charge to Del. State Bar Association for the committee formation meeting on 2/10/17 |
| | | | | 3,176.71 | |