## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10353 |
| | ) | |
| | ) | Section "B" |
| Debtors. | ) | |
| | ) | Jointly Administered with |
| | ) | Case No. 17-10354 |

## SUMMARY COVER SHEET FOR SECOND APPLICATION OF ALSTON & BIRD LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Alston & Bird LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc Pro Tunc* to January 30, 2017 (Order entered March 6, 2017) |
| Period for Which Compensation Sought: | June 1, 2017 through September 30, 2017 |
| Amount of Interim Compensation Sought as actual, reasonable and necessary: | $1,084,026.00 ($1,119,382.00 less Non-Working Travel Time of $32,392.50, less adjustment for persons with less than 2.7 hours of $2,963.50) |
| Amount of Interim Expense Reimbursement Sought as actual, reasonable and necessary: | $26,611.84 |
| Total amount of Interim Compensation and Expenses sought as actual, reasonable and necessary: | $1,110,637.84 |
| Current Retainer Balance | $0 |
| This is an:   __X__  interim   ____  final application | |

**Prior applications**:  $1,490,993.50 in fees and $47,770.15 in expenses for the period from January 30, 2017 to May 31, 2017, for initial interim compensation and expense reimbursement in the aggregate of $1,538,763.65, was allowed by Order entered on August 3, 2017 (Docket No. 478).

This Second Application for Interim Compensation includes 53.6 hours and $34,660.50 in fees incurred in connection with the preparation of Fee Applications and interim compensation summaries authorized under the March 7, 2017 Administrative Order, Docket No. 234.

---

[1]    The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298).  The mailing address for both of the Debtors is 64030 Highway 434, Lacombe, LA  70445.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10353 |
| | ) | |
| | ) | Section "B" |
| Debtors. | ) | |
| | ) | Jointly Administered with |
| | ) | Case No. 17-10354 |

**SECOND APPLICATION OF ALSTON & BIRD LLP**
**AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**
**FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES INCURRED FOR THE INTERIM PERIOD**
**FROM JUNE 1, 2017 THROUGH SEPTEMBER 30, 2017**

Pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and consistent with the U.S. Trustee Guidelines and Local Rule 2016-1, the law firm of Alston & Bird LLP (hereinafter "**Alston & Bird**") hereby requests that this Court authorize interim compensation for professional legal services rendered as counsel to LMCHH PCP LLC and Louisiana Medical Center and heart Hospital, LLC, the debtors and debtors-in-possession in the above-captioned bankruptcy cases (together, the "**Debtors**"), in the amount of $1,084,026.00[2] together with reimbursement for actual and necessary expenses incurred in the amount of $26.611.84 for the period **June 1, 2017 through and including September 30, 2017** (the

---

[1]     The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298).  The mailing address for both of the Debtors is 64030 Highway 434, Lacombe, LA  70445.

[2]     This amount reflects a reduction of $32,392.50 from time recorded for non-working travel time, and an additional reduction for persons with less than 2.7 hours of $2,963.50.  While non-working travel time is recorded, and is compensable, compensation for it is not being sought by Alston & Bird, and no sums paid to Alston & Bird under the March 7, 2017 Administrative Order, Docket No. 234 (the "**Administrative Order**") as interim compensation are attributable to non-working travel time.

"**Interim Compensation Period**"). Previously, Alston & Bird has been awarded interim compensation in the amount of $1,490,993.50 in fees and $47,770.15 in expenses for the period from January 30, 2017 to May 31, 2017, for total interim compensation and expense reimbursement of $1,538,763.65. August 3, 2017 Order (Docket No. 478). In support of its Second Application for Interim Compensation, Alston & Bird respectfully represents as follows:

This Court has jurisdiction over this case and this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue of this case and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408, 1409.

The Debtors filed voluntary petitions for relief under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. On February 14, 2017, the Debtors' bankruptcy cases were transferred to this court. No trustee was appointed in either of the Debtors' cases, and the Debtor therefore continued as debtors-in-possession over the operation of their business and in management of their property pursuant to 11 U.S.C. §§1107 and 1108. On October 2, 2017, an Order was entered confirming a plan in these cases [Doc. Nos. 566, 567], and on November 1, 2017, the Effective Date occurred and the Plan Administrator was put in place.

Alston & Bird was employed under a general retainer to represent the Debtors as restructuring counsel in connection with these Chapter 11 cases effective as of January 30, 2017, pursuant to the *Order Pursuant To Section 327(A) Of The Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention and Employment of Alston & Bird LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* entered by this Court on March 6, 2017 (the "**Retention Order**") [Doc. No. 229]. The Retention Order authorized Alston & Bird to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

All services for which compensation is requested by Alston & Bird were performed for or on behalf of the Debtors and not for any third party. This is Alston & Bird's second interim compensation request submitted in this case.

## I. BACKGROUND OF CASE

Attached as Exhibit A hereto is a detailed statement of time and fees during the Interim Compensation Period showing the amount of $1,119,382.00 incurred for legal fees, which has been reduced to $1,084,026.00 in this request for interim compensation. Pursuant to the March 7, 2017 Administrative Order [Doc. No. 234], these fees have been paid to Alston & Bird with 20% being reserved pending approval by the Court as part of the instant request for approval of interim compensation.

The services rendered by Alston & Bird during the Interim Compensation Period are grouped into the categories set forth in Exhibit A. The exhibits attached to this Application contain a detailed description of the attorneys and paralegals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category. The legal services provided during the Interim Compensation Period covered several subjects, with most of the time focused in the following substantive areas:

**1.** *The Joint Plan and Disclosure Statement*

Alston & Bird worked closely with the Committee in a collaborative plan drafting process that led to the filing of the Joint Plan and Disclosure Statement on June 29, 2017 [Doc. Nos. 416, 417], and subsequently submission of a revised Disclosure Statement and confirmation of the Amended Joint Plan after an evidentiary hearing on September 25, 2017 [Doc. Nos. 468, 470, 484, 507, 527, 557, 560, 566, 567]. As noted in Alston & Bird's First Request for Interim Compensation, while Alston & Bird served as the primary drafter of the Joint Plan and Disclosure

Statement, the Committee, its Chair, and its Professionals were key to resolving outstanding disputes that would impact the Debtors' ability to confirm a plan, and the result of the combined efforts of several parties led to very strong voting in favor of the Amended Joint Plan and acceptance of the Employee Settlement.[3]  The Debtors believed the inclusion of the compromise

---

[3]      The Ballot Certification by Craig Johnson of the Garden City Group [Doc. No. 535] reflected the following:

| CLASS | ACCEPT THE JOINT PLAN | | REJECT THE JOINT PLAN | |
|---|---|---|---|---|
| | Dollar Amount Voted / Percentage of Total Dollar Amount | Number of Votes / Percentage of Number of Votes | Dollar Amount Voted / Percentage of Total Dollar Amount | Number of Votes / Percentage of Number of Votes |
| 5 / CCG Unsecured Claim | **$175,592,443.00 / 100.00%** | **1 / 100.00%** | **$0.00 / 0.00%** | **0 / 0.00%** |
| 6 / Unsecured Employee Claims (Sub Classes of Unsecured Employee Claims) | **$1,436,354.88 / 69.90%** | **299 / 74.75%** | **$618,656.89 / 30.10%** | **101 / 25.25%** |
| 7 / General Unsecured Claims | **$9,000,246.27 / 97.26%** | **90 / 95.74%** | **$253,991.00 / 2.74%** | **4 / 4.26%** |

| SUMMARY OF CLASS 6 VOTING CREDITORS OPT-OUT ELECTIONS | |
|---|---|
| Number of Class 6 Voting Creditors that Returned a Ballot | 401 |
| Number of Class 6 Voting Creditors that Returned a Ballot Not Electing Opt-Out | 298 |
| Number of Class 6 Voting Creditors that Returned a Ballot Electing Opt-Out | 103 |
| Number of Class 6 Voting Creditors that Did Not Return a Ballot [Pursuant to the Solicitation Procedures Order, Doc. No. 484, "[i]f a Holder of an Employee Claim does not submit a Ballot, such Holder's Ballot will be treated and counted as an acceptance of the Employee Settlement." Solicitation Procedures Order ¶ 17(i).] | 373 |

and settlement of the WARN Act claims and the resolution with CCG in the confirmed Amended

Joint Plan provided substantial savings to the Debtors' estates and benefits to creditors.

### 2. *WARN Act and Related Litigation*

The Debtors have addressed the substance of the WARN Act claims through the Employee

Settlement in the confirmed Amended Joint Plan.[4]  The GCG Ballot Certification noted in footnote

3 above indicates that of 774 total former employees, 671 or 87% accepted the Employee

Settlement.  The time spent in the Interim Compensation Period relates to responding to the

defective and untimely request for Certification filed in the Kusnick/Delaney Adversary,[5] and a

wasteful interlocutory appeal sought to be taken by the Kusnick/Delaney Plaintiffs of continuance

| | |
|---|---|
| Number of Class 6 Voting Creditors Accepting the Employee Settlement | 671 |
| Total Class 6 Voting Creditors | 774 |

[4]      The Warn Act Claims refer to the two separate lawsuits filed by Plaintiffs Barbara Kusnick and Rose H. Delaney on behalf of themselves and a putative class of others similarly situated, in the action entitled *Kusnick, et al. v. LMCHH PCP, LLC, et al.* (Adv. Proc. No. 17-01021) (the "**Kusnick/Delaney Adversary**"), and Plaintiffs Terry King, April Eschete, Leonida Galloway, Marvette Leblanc-Clarkston, John Fayard, III, Bambilynn Jordan, Lou Ann Lea, Monica Smith, and Marlena Ross (collectively, with Barbara Kusnick and Rose Delaney, the "**WARN Act Plaintiffs**"), on behalf of themselves and a putative class of others similarly situated, in the action entitled *King et al., v. LMCHH PCP, LLC, et al.*  (Adv. Pro. No. 17-01024) (together, with Adv. Pro. No. 17-01021, the "**WARN Act Cases**")

[5]      It is defective and untimely because of the failure to comply with District Court Local Rule 23.1(B) which provides: "Within 91 days after filing of a complaint in a class action or filing of a notice of removal of the class action from state court, whichever is later, plaintiff must move for class certification under FRCP 23(c)(1), unless this period is extended upon motion for good cause and order by the court." Thus, even using the later February 17, 2017 date, when the Kusnick/Delaney Plaintiffs filed their amended complaint in the Bankruptcy Court (the "**Amended Kusnick/Delaney Complaint**") [Kusnick/Delaney Adversary Doc. No. 10], the deadline for the Kusnick/Delaney Plaintiffs to file a certification motion expired on May 19, 2017.  Any attempt to seek an extension of the deadline would be futile and none has been requested.  *See, e.g.*, *Restreppo v. Al-Mona, Inc.,* 2012 WL 1941926, *2 (E.D. La. May 29, 2012) (citing and relying on *Buckley v. Donohue Industries, Inc.,* 100 F.App'x. 275, 278 (5th Cir. 2004) in denying an untimely request to extend the District Court Local Rule 23.1 deadline); *Thigpen v. Florida Gas Transmission Co.*, 2015 WL 1292821, *2 (E.D. La. Mar. 23, 2015).

of the hearing on their untimely request for Certification until after the voting and confirmation hearing on the Amended Joint Plan. In addition, Rose Hunter Delaney engaged in false and misleading communications related to the Amended Joint Plan which forced the Creditors Committee and the Debtors to file suit against Ms. Delaney and to seek entry of a Temporary Restraining Order to reduce the spread of the misinformation she was providing other employee claimants. *See LMCHH PCP LLC, Louisiana Medical Center and Heart Hospital, LLC, and the Official Committee of Unsecured Creditors v. Rose Delaney, et. al.,* Bankr. Adv. Proc. No. 17-01048 (E.D. La.), Doc. Nos. 1, 2, 3, 4, and 5 (the "**Delaney Adv. Proc.**"). Acknowledging that the Delaney Posts were false and misleading statements, Rose Delaney and the other defendants agreed to the entry of an injunction as follows [Delaney Adv. Proc. Doc. No. 10] (the "**Delaney Injunction**"):

1. Within one (1) business day of the entry of this Order, Ms. Delaney shall post the following statement on any Facebook Page related to the Debtors on which she is able to post:

> I wish to further correct misstatements I made regarding the Employee Settlement. CCG will NOT recover $20 million. Instead, CCG will recover between 0.9% and 2.8% of its approximately $175 million claim and unsecured creditors (which may include a number of employees) will receive half of the amount left over.
>
> In addition, my statement that CCG proposed the Employee Settlement was incorrect. The Employee Settlement was proposed by the Debtors (acting through an independent Chief Restructuring Officer) and the Official Unsecured Creditors Committee (which has no ties to CCG). While CCG was involved in the negotiations so too were Bankruptcy Judge Summerhays acting as mediator, so to were other parties, including the Creditors Committee, the Debtors (acting through their independent Chief Restructuring Officer), and the Bruno & Bruno firm.
>
> Finally, I wanted to clarify my statement concerning opting out. If you opt out of the Employee Settlement, you are not guaranteed success. Instead, you will be able to pursue your claim through litigation. This litigation may or may not be part of a class action.

To fully understand the proposed Employee Settlement, you should read the Bankruptcy Court approved Disclosure Statement that you receive in the mail or at http://docket_pdfs.gcg.net/LHH/17-10353/468_10353.pdf

If you have questions you should contact your own lawyer, the lawyers from one or both of these firms listed on the front page, or the lawyers representing the employees in the Kusnick/Delaney action whether or not you have retained them as your counsel. The lawyer for the Debtors, David Wender, is available to answer any questions and to provide supplemental information. He can be contacted at 404-881-7354. Please note, Mr. Wender has no ties to CCG.

\*\*\*

5. Within one (1) business day of the entry of this Order, counsel to Ms. Delaney, Outten & Golden LLP, shall advise its clients to immediately cease and desist from engaging or otherwise participating in any communications relating to the Disclosure Statement, the Joint Plan, or the Proposed Employee Settlement set forth in the Disclosure Statement that are false, factually incorrect, includes mischaracterizations, or are otherwise misleading.

### 3.  *Weems Litigation*

In addition to the litigation described above, Alston & Bird, working with Jones Walker, obtained approved of a compromise and settlement of the litigation against Dr. Weems and others resulting in a gross recovery of $550,000 for the bankruptcy estate.

## II.  <u>SUMMARY OF SERVICES RENDERED</u>

The descriptions of the time spent in the several categories of legal services set forth in <u>Exhibit A</u>, and Alston & Bird's detailed monthly billing statements which are attached as <u>Exhibits B</u>, <u>C</u>, <u>D</u>, and <u>E</u> hereto, are self-explanatory and reflect the concentrated effort dealing with the Plan, the WARN Act Litigation, and the Weems litigation, described above. The monthly fee statements were reviewed and approved by the Debtors each month. These monthly billing statements contain summaries of the time spent by each professional working on a specific category in addition to the detailed time entries. The monthly expense information is presented in <u>Exhibit F</u> attached hereto. Alston & Bird notes that it has not requested compensation for any non-working travel time.

### III.     <u>FACTORS SUPPORTING AWARD OF INTERIM COMPENSATION</u>

**1.**     *Standards for Allowance of Compensation*

Section 330(a)(1) of the Bankruptcy Code provides for the payment of compensation to a professional person employed under section 327 as follows:

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

In assessing the amount of reasonable compensation under section 330 of the Bankruptcy Code, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

| | |
|---|---|
| (A) | the time spent on such services; |
| (B) | the rates charged for such services; |
| (C) | whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; |
| (D) | whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; |
| (E) | with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and |
| (F) | whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." |

The Fifth Circuit explained in *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, 783 F.3d 266, 274 (5th Cir. 2015) that these statutory factors are consistent in many ways with those followed under the pre-1994 standards set out in *Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of Am.)*, 544 F.2d 1291, 1298-99 (5th Cir. 1977). These standards, sometimes known as the *Johnson Factors*, include:

      (1) The time and labor required; (2) The novelty and difficulty of

the questions; (3) The skill requisite to perform the legal service properly; (4) The preclusion of other employment by the attorney due to acceptance of the case; (5) The customary fee; (6) Whether the fee is fixed or contingent; (7) Time limitations imposed by the client or other circumstances; (8) The amount involved and the results obtained; (9) The experience, reputation, and ability of the attorneys; (10) The "undesirability" of the case; (11) The nature and length of the professional relationship with the client; (12) Awards in similar cases.

In considering the reasonableness of attorneys' fees, courts look to the reasonableness of legal services at the time they were rendered, without the benefit of hindsight. *In re Woerner*, 783 F.3d at 276. Thus, if a fee applicant can show that its services were either "necessary to the administration" of a bankruptcy case or "reasonably likely to benefit" a debtor's bankruptcy estate, evaluating the reasonableness at the time the services were rendered, then "the services are likely compensable." *Id.* Courts assessing whether legal services would benefit the estate, consider, among other factors, the probability of success at the time the services were rendered, the reasonable costs of pursuing the action, what services a reasonable lawyer or legal firm would have performed in the same circumstances . . . , and any potential benefits to the estate (rather than to the individual debtor)." *Id.* The details on the time spent are set forth in the attachments to this Application. In summary, Alston & Bird seeks interim compensation of $1,084,026.00 and reimbursement for expenses incurred in the amount of $26,611.84. During the Interim Compensation Period, Alston & Bird expended a total of approximately 1653.2 hours on this case.

### 2. *Alston & Bird's Fees are Reasonable and Compensable*

In this bankruptcy case, Alston & Bird has worked with SOLIC Capital and the Committee to advance the interests of the Debtors' estates. During the four months that are the subject of this Application, the most significant expenditures of time concerned filing of the plan of liquidation that ultimately was confirmed, and dealing with litigation issues related thereto. In support of this Application, Alston & Bird Respectfully shows as follows:

i.    **The Time and Labor Required**.  Exhibit A attached hereto and incorporated by reference herein reflects the time spent by Alston & Bird professionals and Exhibits B, C, D, and E provide descriptions of the services rendered.  Alston & Bird submits that the time spent is reasonable and was necessary and beneficial to the administration of the Debtors' bankruptcy cases at the time the work was performed.

ii.   **The rates charged for such services**.  Applicant believes its fees for services are within the standards for the legal community with respect to insolvency matters.

iii.  **Necessity to the administration of, or beneficial toward the completion of, a case under this title**.  Specifically, with respect to the Interim Application, the ultimate confirmation of the Amended Joint Plan and the overwhelmingly favorable vote for the plan and the acceptance of the Employee Settlement address and meet this standard.

iv.   **The Complexity, Importance, and Nature of the Problems, Issues, or Tasks Addressed/The Novelty and Difficulty of the Questions**.  With respect to the Interim Application, applying traditional bankruptcy resolution mechanisms to the novel and complex issues presented through the efficient and conclusive mechanism of confirmation of a plan and acceptance of a compromise and settlement, evidences the facts that address this standard for consideration of appropriate compensation.

v.    **Skill Requisite to Perform the Legal Services Provided**.  The attorneys and paralegals primarily working on this matter are experienced in bankruptcy practice, healthcare, and litigation.  Alston & Bird submits that the skill and experience of its attorneys, in combination with the efforts of the other professionals representing the diverse constituencies in this case, have led to efficient and successful actions and conclusions.  Alston & Bird's senior partner on the case, Grant T. Stein, has been practicing for over thirty years and has used this experience both in his own performance of services, and to guide the team of attorneys working on the Debtors behalf towards an efficient, successful outcome.

vi.   **Reasonableness of Compensation by Custom**.  Based on Alston & Bird's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

vii.  **The *Johnson* Factors Not Addressed Above –**

(4) *The preclusion of other employment by the attorney due to acceptance of the case* – The work performed in this case would preclude the same hours from being used to serve another client, but this case did not result in Alston & Bird having to turn away other clients;

(6) *Whether the fee is fixed or contingent* – the fee in this case is contingent from the perspective of the requirement of prior court approval for the payment of

compensation, and the question of the availability of liquid assets to pay compensation;

(7) *Time limitations imposed by the client or other circumstances* – the time limitations in this case are not unusual in the context of a chapter 11 case with litigation and deadlines in which to file a plan and disclosure statement;

(10) *The "undesirability" of the case* – this case was not undesirable in the sense of this standard in that it did not bring public scorn or contempt on Alston & Bird;

(11) *The nature and length of the professional relationship with the client* – Alston & Bird had no relationship with the Debtors in these cases prior to being retained in connection with these cases, and the remote connections that did exist are discussed in the Bankruptcy Rule 2014 Disclosures filed by Alston & Bird.

By submitting this Application, Alston & Bird seeks interim compensation for services rendered from June 1, 2017 to September 30, 2017, in the amount of $1,084,026.00 and reimbursement for expenses incurred in the amount of $26,611.84. During the Interim Compensation Period, Alston & Bird has expended a total of 1653.2 hours. The rates charged are Alston & Bird's normal billing rates in effect during the Interim Compensation Period, with a cap on rates of $700 per hour.

Alston & Bird represents that it has undertaken efforts to comply with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Guidelines adopted by the Executive Office for the United States Trustee. Alston & Bird has submitted budgets in connection with the fees that are the subject of the Interim Application and all interim bills were reviewed and approved by the Debtors prior to being paid in accordance with the Administrative Procedures Order. All legal services performed by Alston & Bird were performed for and on behalf of the Debtors and not on behalf of any other individual or entity. These services were rendered in discharge of Alston & Bird's professional responsibilities as counsel to the Debtors in these cases. Alston & Bird's services have been substantial, necessary, and beneficial to the Debtors and the estates and to the creditors.

## ATTORNEY'S STATEMENT PURSUANT TO APPENDIX B. GUIDELINES

The following is provided in response to the request for additional information set forth in ¶ C.5 of the Appendix B Guidelines.

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

*Response: Yes. An hourly rate cap of $700 was agreed to for this case.*

**Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

*Response: The fees sought in this Interim Application were within budget.*

**Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

*Response: No.*

**Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

*Response: No. The work done in this area was related to, and in anticipation of, submission of a fee application.*

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

*Response:* *There is no such time in the Interim Application as no time records have been redacted.*

**Question:** If the fee application includes any rate increases since retention: i. Did your client review and approve those rate increases in advance? ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

*Response:* *The Interim Application reflects no such rate increases.*

Alston & Bird submits that this Application and attached exhibits demonstrate that Alston & Bird spent its time economically and without unnecessary duplication of time. Additionally, adjustments to correct inefficiencies have been made as disclosed herein.

**3.** ***The Expenses are Reasonable and Should be Reimbursed.***

Alston & Bird has incurred out-of-pocket disbursements during the Interim Compensation Period in the amount of $26,611.84.[6] This disbursement sum is broken down into categories of charges, including, among other things, telephone conference services, copier charges, toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," while traveling and computerized research. A complete review by category of the expenses incurred for the Interim Compensation Period may be found in Exhibit F attached hereto.

---

[6] The expenses for which approval is sough herein have been adjusted for August, 2017, and do not include Working Meals of $59.25.

Costs incurred for computer assisted research are not included in Alston & Bird's normal hourly billing rates and, therefore, are itemized and included in Alston & Bird's disbursements.

## IV.    REQUEST FOR INTERIM COMPENSATION

WHEREFORE, Alston & Bird requests that allowance be made to it in the sum of $1,084,026.00 as compensation for actual and necessary professional services rendered to the Debtors for the Interim Compensation Period, the sum of $26,611.84 for reimbursement of actual necessary costs and expenses incurred during the Interim Compensation Period, that it be authorized to apply the balance of the funds it is holding under the Administrative Order in addition to the funds already applied, to the interim compensation and reimbursement of expenses allowed by the Court, and that the Court grant such other and further relief as is just and proper.

DATED:  November 13, 2017

**ALSTON & BIRD LLP**

   /s/  *Grant T. Stein*
Grant T. Stein (admitted *pro hac vice*)
David A. Wender (admitted *pro hac vice*)
Sage M. Sigler (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777

*Attorneys for the Debtors*

# EXHIBIT A

## INTERIM COMPENSATION BY INDIVIDUAL
### *Shaded and Italiczed Entries are Removed from Final Totals for Hours and Fees*

| Professional | Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Comp ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| **Grant Stein** | Partner, Bankruptcy | 700.00 | 456.7 | $ 319,690.00 |
| **David Wender** | Partner, Bankruptcy | 700.00 | 444.9 | $ 311,430.00 |
| **Sage Sigler** | Partner, Bankruptcy. | 665.00 | 62.1 | $ 41,296.50 |
| **Dawnmarie Matlock** | Partner, Health Care | 700.00 | 7.0 | $ 4,900.00 |
| ***Charles Morgan*** | *Partner, Labor and Employment* | *700.00* | *.8* | *$ 560.00* |
| ***Dennis Connolly*** | *Partner, Bankruptcy* | *700* | *.1* | *$ 70.00* |
| ***Brian Harvel*** | *Partner, Tax* | *680* | *1.1* | *$ 748.00* |
| **ASSOCIATES** | | | | |
| **Alessandra Backus** | Associate, Bankruptcy Practice Group | 525.00 | 180.7 | $ 94,867.50 |
| **Anthony Greene** | Associate, Bankruptcy Practice Group | 515.00 | 73.2 | $ 37,698.00 |
| **Aimee Sanders** | Associate, Bankruptcy Practice Group | 445 | 35.6 | $ 15,842.00 |
| **Eleanor DeGolian** | Associate, Labor and Employment | 485 | 7.5 | $ 3,637.50 |
| ***Isabella Lee*** | *Associate, Labor and Employment* | *625* | *1.5* | *$937.50* |
| ***Michael Senger*** | *Associate, Tax* | *405* | *1.6* | *$ 648* |
| **SENIOR ATTORNEY/ COUNSEL** | | | | |
| **William Hao** | Senior Attorney, Bankruptcy | 700 | 392 | $274,400.00 |
| **STAFF/PARALEGALS/ CASE ASSISTANT** | | | | |
| **Leslie Salcedo** | Paralegal, Bankruptcy | 355 | 22.8 | $ 8,094.00 |
| **Lina Locke Watson** | Paralegal, Labor and Employment | 285 | 4.2 | $1,197.00 |
| **Becky Blackwell** | Technology, Project Manager | 255 | 13.2 | $3,366.00 |
| **Subtotal:** | | | **1705** | **$ 1,119,382.00** |
| **Less Reduction for Non-Working Travel Time and Person Below 2.7 Hours** | | | **(51.8) (46.7+5.1 hours)** | **$ (35,356.00)** |
| **GRAND TOTAL** | | | 1653.20 | **$1,084,026.00** |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Asset Analysis and Recovery (A) | .3 | 210.00 |
| Asset Disposition (B) | 6.1 | 4,109.00 |
| Business Operations (C) | 12.2 | 8,064.00 |
| Case Administration (D) | 112.7 | 70,761.00 |
| Claims Administration (E) | 45.4 | 30,733.50 |
| Employee Benefits/Pensions (F) | 10.9 | 7,343.00 |
| Fee/Employment Applicants (G) | 53.6 | 34,660.50 |
| Fee/Employment Objections (H) | | |
| Financing (I) | 5.1 | 3,360.00 |
| Litigation (J) | 540.9 | 352,903.50 |
| Meeting of Creditors (K) | 6.1 | 4,207.00 |
| Plan and Disclosure Statement (L) | 860.2 | 567,730.50 |
| Relief from Stay Proceedings (M) | 6.2 | 4,196.50 |
| Accounting/Auditing (N) | 1.1 | 577.50 |
| Business Analysis (O) | 1.7 | 1,190.00 |
| Corporate Finance (P) | | |
| Data Analysis (Q) | 1.7 | 892.50 |
| Intellectual Property (R) | | |
| Litigation Consulting (S) | | |
| Reconstruction Accounting (T) | | |
| Tax Issues (U) | .8 | 544.00 |
| Valuation (V) | | |
| Non-Working Travel Time (Z) | (46.7) | ($32,392.50) |
| Adjustment for persons with less than 2.7 hours | (5.1) | ($2,963.50) |
| **TOTALS** | **1653.2** | **$1,084,026.00*** |

\*  This amount has been reduced by 100% of non-working travel time ($32,392.50).

# EXHIBIT B

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

July 11, 2017
Client:  065419
Matter:  486502
Invoice #:  10897948
STEVEN POTTLE

## INVOICE SUMMARY

Re:        Restructuring / Distressed Sale

| | |
|---|---|
| Services Billed | 296,282.50 |
| Other Charges | 6,537.72 |
| **Invoice Total** | **302,820.22  USD** |

TERMS:  DUE UPON RECEIPT

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia  30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, GA 30363<br>For the Account Of:  Alston & Bird LLP<br>ROUTING: ACH: 061000227     WIRE: 121000248<br>Account #:  2000016952111<br>Swift Code:  WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# ALSTON & BIRD

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

July 11, 2017
Client:  065419
Matter:  486502
Invoice #:  10897948
STEVEN POTTLE

Re:          Restructuring / Distressed Sale

For services rendered on the above-referenced matter:

### A - Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| 06/15/2017 | DAVID WENDER | 0.30 | 210.00 | Analysis of potential claims. |

**SUBTOTAL FOR A - Asset Analysis and Recovery**  **$210.00**

### B - Asset Disposition

| | | | | |
|---|---|---|---|---|
| 06/06/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Cryolife offer. |
| 06/07/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to asset disposition related to Cryolife consigned goods. |
| 06/07/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with George Koutsonicolis relative to potential sale of miscellaneous assets. |
| 06/09/2017 | SAGE SIGLER | 0.10 | 66.50 | Conferred with Alessandra Backus regarding inquiry from First Finance regarding sale proceeds. |
| 06/19/2017 | DAVID WENDER | 0.40 | 280.00 | Follow up concerning Cryolife materials. |
| 06/20/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up concerning Cryolife sale. |
| 06/26/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up concerning Cryolife sale. |
| 06/28/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to Cryolife sale. |
| 06/30/2017 | DAVID WENDER | 0.10 | 70.00 | Direction relative to Cryolife sale. |

**SUBTOTAL FOR B - Asset Disposition**  **$1,046.50**

### C - Business Operations

| | | | | |
|---|---|---|---|---|
| 06/06/2017 | SAGE SIGLER | 0.10 | 66.50 | Responded to inquiry from Leaf Financial regarding leased equipment. |
| 06/13/2017 | SAGE SIGLER | 0.20 | 133.00 | Reviewed worker's compensation audit information and email to Neil Luria regarding the same. |
| 06/15/2017 | SAGE SIGLER | 0.40 | 266.00 | Emails with Lisa Futrell and the Alston team regarding the rejection of executory contracts. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/16/2017 | DAWNMARIE MATLOCK | 0.50 | 350.00 | Redline revisions to CeloNova assignment agreement and same to N. Luria with note. |
| 06/16/2017 | DAWNMARIE MATLOCK | 0.30 | 210.00 | Work on pharmacy permit relinquishment and voicemail left for L. Peterson. |
| 06/20/2017 | SAGE SIGLER | 0.20 | 133.00 | Conferred with Alessandra Backus and Karen Holland regarding potential deposits on account of medical malpractice claims. |
| 06/21/2017 | SAGE SIGLER | 0.20 | 133.00 | Reviewed and analyzed rejected contracts and remaining contracts to be rejected. |
| 06/22/2017 | ALESSANDRA BACKUS | 2.50 | 1,312.50 | Review Louisiana law on Patient's Compensation Fund and requirements for deposit (1.0); Review history of debtors' certification with the PCF (.9); Call with PCF representative to discuss release of funds being held on deposit (.6). |
| 06/27/2017 | DAWNMARIE MATLOCK | 0.60 | 420.00 | Call with N. Luria, G. Stein, S. Sigler and A. Backus regarding MRO issues with eCW record access; emails with eCW's outside counsel regarding same; emails with S. Sigler and N. Luria regarding disposition of patient record requests directed to Garden State; review and revise proposed response of MRO to patients regarding delay in distribution of records to patients. |
| 06/28/2017 | DAWNMARIE MATLOCK | 0.40 | 280.00 | Call with N. Luria and MRO representatives regarding access to eCW records for production to patients. |

**SUBTOTAL FOR C - Business Operations**                                                    **$3,304.00**

## D - Case Administration

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with W. Hao to discuss information related to Weems matter. |
| 06/01/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Draft email responsive to collection attempts by vendors for use by debtors. |
| 06/01/2017 | DAVID WENDER | 0.10 | 70.00 | Prepare for meeting with the Committee |
| 06/01/2017 | GRANT STEIN | 0.60 | 420.00 | Prepare agenda for and conference with N. Luria regarding Plan terms and drafting status including discussion of WARN Act claims treatment and resolution, Section 351 Notices, and Weems case. |
| 06/01/2017 | GRANT STEIN | 0.50 | 350.00 | Work on finalization of Section 351 Notices and publication of same. |
| 06/02/2017 | ANTHONY GREENE | 2.50 | 1,287.50 | Input Will Hao comments and finalize Admin Bar Date motion for circulation to team. |
| 06/02/2017 | SAGE SIGLER | 0.20 | 133.00 | Conferred with Alessandra Backus and emails regarding status of 351 and bar date noticing. |
| 06/05/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Draft email to N. Luria explaining number of patients to be noticed with bar notice/351 patient letter, dates available for publication, and planned notice by piblication. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 06/05/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with G. Koutsonicolis to discuss advance invoice from GCG and related increase in number of parties to be noticed. |
| 06/05/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Research Louisiana law on severability of cable/internet comtracts for purposes of determining which postpetition bills to pay. |
| 06/06/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Email to S. Duhe regarding interest-bearing account and UST guidelines on the same. |
| 06/06/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Email and discussion with G, Koutsonicolis regarding creditor's proposed setoff of claims. |
| 06/06/2017 | DAVID WENDER | 0.20 | 140.00 | Review emails regarding notice of bar date. |
| 06/07/2017 | ALESSANDRA BACKUS | 0.10 | 52.50 | Revise email response to creditor seeking setoff for G. Koutsonicolis. |
| 06/07/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Review misc. sale order and coordinate with D, Wender & A. Greene the filing of quarterly report. |
| 06/08/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Draft response to Beckman Coulter counsel regarding machinery on site. |
| 06/09/2017 | BECKY BLACKWELL | 1.60 | 408.00 | Per attorney request, load eClinicalWorks production data to workspace. |
| 06/09/2017 | SAGE SIGLER | 0.20 | 133.00 | Addressed issues regarding bar date noticing. |
| 06/12/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Email I. Nickelsberg regarding possible solution to phone calls to J. Walker. |
| 06/12/2017 | BECKY BLACKWELL | 1.10 | 280.50 | Per attorney request, discuss with paralegal and attorney how production data was provided by opposing and processes performed to make the data fully searchable; create additional search indexes for filename and email from, to, ccc and bcc to facilitate searches. |
| 06/12/2017 | DAVID WENDER | 0.70 | 490.00 | Confer with Neil Luria concerning key open items (0.6); review emails relative to case status (0.1). |
| 06/12/2017 | GRANT STEIN | 0.30 | 210.00 | Respond to inquiry from First Financial regarding sources and use statement. |
| 06/12/2017 | GRANT STEIN | 0.40 | 280.00 | Internal status conference to address Plan, Disclosure Statement, Section 351 and Bar Date Notices, Weems case, and stay relief motion resolutions. |
| 06/13/2017 | DAVID WENDER | 0.10 | 70.00 | Review and provide comments to T. Manthey relative to investigation period. |
| 06/13/2017 | GRANT STEIN | 0.60 | 420.00 | Conference with L. Futrell regarding Plan structure and terms, WARN Act cases, Weems Case, and hearing dates. |
| 06/13/2017 | SAGE SIGLER | 0.50 | 332.50 | Reviewed and analyzed the FAQs for the bar date motion (.3); conferred with Neil Luria regarding the same (.2). |
| 06/14/2017 | BECKY BLACKWELL | 1.80 | 459.00 | Per attorney request, correct issues with eCW production data. |
| 06/14/2017 | DAVID WENDER | 0.90 | 630.00 | Conference call with Neil Luria regarding next steps. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/14/2017 | DAVID WENDER | 0.20 | 140.00 | Review emails regarding potential claims. |
| 06/15/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Communications with G. Stein regarding D&O policies of debtors. |
| 06/15/2017 | ALESSANDRA BACKUS | 0.10 | 52.50 | Respond to inquiry regarding 351 notice from Louisiana Department of Health. |
| 06/15/2017 | GRANT STEIN | 2.40 | 1,680.00 | Conference with W. Patrick regarding D&O Insurance and prepare memo to W. Patrick regarding same. |
| 06/16/2017 | ALESSANDRA BACKUS | 3.10 | 1,627.50 | Revise and edit disclosure statement. |
| 06/16/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with N. Luria regarding D&O insurance and address same in response to question from W. Patrick. |
| 06/19/2017 | DAVID WENDER | 0.20 | 140.00 | Analyze emails regarding case updates. |
| 06/19/2017 | GRANT STEIN | 0.40 | 280.00 | Respond to T. Manthey inquiry regarding D&O insurance expiration and conference with N. Luria regarding same. |
| 06/20/2017 | ALESSANDRA BACKUS | 2.00 | 1,050.00 | Review contracts potentially subject to rejection (,9); Review Debtors' Pledge Agreement to Louisiana Patient's Fund and implications it may have for excess medmal coverage or return of deposit. |
| 06/20/2017 | ALESSANDRA BACKUS | 1.90 | 997.50 | Review pledge agreement and LA law on patient's fund to determine if deposits therein constitute returnable property of the estate. |
| 06/21/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Draft and revise answer to amended complaint filed by Kusnick. |
| 06/21/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Email to parties requesting continued notice. |
| 06/21/2017 | DAVID WENDER | 0.40 | 280.00 | Confer with N. Luria and G. Stein relative to open matters. |
| 06/22/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of correspondence regarding case developments. |
| 06/22/2017 | GRANT STEIN | 0.30 | 210.00 | Prepare materials for the Committee on the contract rejection status and upcoming filing and conference with N. Luria re same. |
| 06/22/2017 | SAGE SIGLER | 2.20 | 1,463.00 | Finalized the administrative claims bar date motion and notices. |
| 06/22/2017 | SAGE SIGLER | 0.20 | 133.00 | Conferred with Karen Holland regarding PFC funds in connection with insurance coverage for medical malpractice claims. |
| 06/23/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Revise WARN Act answers. |
| 06/23/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Communication with S. Duhe, G. Koutsonicolis regarding pledge letter and CD account in name of Debtors as deposit for LA PCF. |
| 06/23/2017 | DAVID WENDER | 0.60 | 420.00 | Attention to Supplemental statements relative to class counsel (0.2); respond to inquiry concerning same. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/23/2017 | GRANT STEIN | 0.50 | 350.00 | Respond to N. Luria questions re CCG inquiries on the McKesson contract payments, payments to Dr. Finger, and the First Financial leases. |
| 06/23/2017 | SAGE SIGLER | 0.20 | 133.00 | Reviewed administrative bar date order and coordinated service of the related notices. |
| 06/26/2017 | GRANT STEIN | 0.40 | 280.00 | Preliminarily address the issue raised by MRO with respect to delay in recovery of patient medical records from the physician practices. |
| 06/27/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Call with G. Stein, D. Wender, N. Luria regarding issues with 351 records requests. |
| 06/27/2017 | GRANT STEIN | 0.80 | 560.00 | Conference with N. Luria and D. Matlock re the issue raised by MRO with respect to delay in recovery of patient medical records from the physician practices and prepare draft communication for MRO to give to patients, and review D. Matlock edits to same. |
| 06/27/2017 | SAGE SIGLER | 0.40 | 266.00 | Conferred with Grant Stein and Neil Luria regarding patient records with MRO and follow on emails regarding the same. |
| 06/29/2017 | SAGE SIGLER | 0.10 | 66.50 | Reviewed patient medical records requests and forwarded the same to MRO. |
| 06/30/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Review list of contracts to be rejected in fifth motion to reject and revise motion. |
| 06/30/2017 | DAVID WENDER | 0.10 | 70.00 | Review and respond to emails relative to case status and next steps. |

**SUBTOTAL FOR D - Case Administration**                                                   **$21,247.50**

**E - Claims Administration**

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | DAVID WENDER | 0.10 | 70.00 | Analyze purported materialmen liens. |
| 06/01/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and analyze medical malpractice litigation issues. |
| 06/01/2017 | WILLIAM HAO | 0.40 | 280.00 | Communicate w/ Backus re med mal and Weems issues. |
| 06/02/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Calls with G. Stein and various newspaper publishers regarding notice of 351 motion and bar date notice(.6); Discussions with S. Duhe, G. Koutsonicolis, and I. Greenberg regarding service of bar date notice and 351 patient letter (.8). |
| 06/02/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise admin and med mal bar date motion; Attend to emails re same. |
| 06/02/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re administrative claim and medical malpractice bar date issues. |
| 06/06/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Emails and discussions with GCG regarding availability of claims register. |
| 06/16/2017 | DAVID WENDER | 0.40 | 280.00 | Review correspondence relative to potential claims |
| 06/20/2017 | DAVID WENDER | 0.10 | 70.00 | Email correspondence with counsel to the Committee relative to executory contracts. |

# ALSTON & BIRD

| 06/21/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Emails to S. Sigler, G. Stein regarding publication notice and admin bar date related issues. |
| 06/21/2017 | ALESSANDRA BACKUS | 1.50 | 787.50 | Review pledge agreement between debtor and bank holding CD for PCF; research Louisiana law on PCF and duration of deposit retention by state gov. |
| 06/21/2017 | GRANT STEIN | 0.10 | 70.00 | Review and comment on administrative claim bar date motion. |
| 06/21/2017 | SAGE SIGLER | 2.40 | 1,596.00 | Revised the motion to set a bar date for administrative and medical malpractice claims (1.6); conferred with Garden City Group in connection with the same (.3); review of pending medical malpractice claims in connection with the same (.5). |
| 06/21/2017 | WILLIAM HAO | 0.40 | 280.00 | Attend to emails re med mal claim issues. |
| 06/22/2017 | GRANT STEIN | 0.40 | 280.00 | Address administrative expense bar date motion, timing, and terms of form proof of claim. |
| 06/22/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re admin claim bar date motion; Call w/ Sigler, Backus re same. |
| 06/23/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Call with G. Koutsonicolis to discuss requests for claims information. |

**SUBTOTAL FOR E - Claims Administration**                               **$7,178.50**

**F - Employee Benefits/Pensions**

| 06/05/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with N. Luria regarding Health Care claims administration. |
| 06/05/2017 | GRANT STEIN | 0.20 | 140.00 | Respond to N. Luria inquiry regarding IBNR estimate. |
| 06/16/2017 | GRANT STEIN | 1.20 | 840.00 | Conference with N. Luria regarding employee insurance payment and prepare notice of change of policy. |
| 06/19/2017 | GRANT STEIN | 2.00 | 1,400.00 | Supplemental edits to and finalize the notice of change in policy for medical claims and address related service issues and clear filing with the Committee and address service with N. Luria, L. Futrell, and T. Manthey with respect to suggested edits. |
| 06/20/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with N. Luria re and prepare statement for health insurance administrator to provide to employees with respect to interim claims denials. |
| 06/30/2017 | GRANT STEIN | 0.30 | 210.00 | Respond to W. Patrick inquiry re employee medical claims since the change in policy on payment. |

**SUBTOTAL FOR F - Employee Benefits/Pensions**                          **$2,940.00**

**G - Fee/Employment Applicants**

| 06/05/2017 | GRANT STEIN | 1.30 | 910.00 | Begin edits to May fees and expenses. |
| 06/05/2017 | GRANT STEIN | 0.90 | 630.00 | Finalization submission for April fees and expenses and conference with G. Koutsonicolos regarding reconciliation of same. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/05/2017 | GRANT STEIN | 0.50 | 350.00 | Address administrative issues with L. Futrell with respect to the upcoming interim compensation hearing and interim compensation requests. |
| 06/06/2017 | GRANT STEIN | 1.40 | 980.00 | Conclude edits to May fees and expenses. |
| 06/12/2017 | GRANT STEIN | 1.40 | 980.00 | Prepare and submit interim fee summary. |
| 06/13/2017 | DAVID WENDER | 0.10 | 70.00 | Analyze communciations relative to fee applications. |
| 06/13/2017 | GRANT STEIN | 0.60 | 420.00 | Address Change Healthcare conflict situation. |
| 06/14/2017 | GRANT STEIN | 3.80 | 2,660.00 | Preparation of supplemental Rule 2014 Disclosure regarding Change Healthcare. |
| 06/16/2017 | GRANT STEIN | 0.60 | 420.00 | Prepare conflict waiver for Change Healthcare. |
| 06/19/2017 | GRANT STEIN | 0.30 | 210.00 | Finalize supplemental Rule 2014 Disclosure for Change Healthcare. |
| 06/20/2017 | GRANT STEIN | 0.20 | 140.00 | Revise supplemental Rule 2014 Disclosure for Change Healthcare. |
| 06/20/2017 | GRANT STEIN | 2.70 | 1,890.00 | Revise draft application for interim compensation. |
| 06/21/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Review draft interim fee app with G. Stein. |
| 06/21/2017 | GRANT STEIN | 0.30 | 210.00 | Meet with A. Backus re economic presentation with the interim compensation application. |
| 06/21/2017 | GRANT STEIN | 1.80 | 1,260.00 | Revise draft of the request for interim compensation including to address the specific information related to the services performed. |
| 06/23/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Draft and revise first interim application for fees. |
| 06/24/2017 | ALESSANDRA BACKUS | 1.50 | 787.50 | Revise first interim fee application to address comments of D. Wender. |
| 06/24/2017 | ALESSANDRA BACKUS | 4.10 | 2,152.50 | Draft and revise first interim fee application to include summaries of categories of work, relevant case law, and invoice summaries. |
| 06/24/2017 | ALESSANDRA BACKUS | 1.30 | 682.50 | Create speadsheet containing all backup information from invoices for use in first interum fee application. |
| 06/25/2017 | ALESSANDRA BACKUS | 2.50 | 1,312.50 | Draft and revise first interim fee application. |
| 06/25/2017 | ALESSANDRA BACKUS | 1.70 | 892.50 | Revise first interim fee application. |
| 06/25/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Research legal standard for reasonableness of fees in Fifth Circuit and incorporate into first interim fee app. |
| 06/25/2017 | GRANT STEIN | 2.70 | 1,890.00 | Edit fee application. |
| 06/26/2017 | GRANT STEIN | 0.50 | 350.00 | Work on request for funding of interim compensation under the Administrative Procedure order. |
| 06/26/2017 | GRANT STEIN | 0.60 | 420.00 | Continue revisions to the fee application and review subsequent drafts and supporting materials. |
| 06/27/2017 | GRANT STEIN | 0.40 | 280.00 | Revise economic calculations for the Interim Compensation Request. |
| 06/29/2017 | GRANT STEIN | 0.70 | 490.00 | Conference with J. Waite re fee objection. |

Client: 065419
Matter: 486502

## ALSTON & BIRD

Page 9 of 27
Invoice #10897948
July 11, 2017

| | | | | |
|---|---|---|---|---|
| 06/30/2017 | GRANT STEIN | 2.90 | 2,030.00 | Revise the draft request for interim compensation. |

**SUBTOTAL FOR G - Fee/Employment Applicants**        **$24,307.50**

### I - Financing

| | | | | |
|---|---|---|---|---|
| 06/06/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Review MidCap claim reconciliation prepared by G. Koutsonicolis against prior estimates. |
| 06/06/2017 | DAVID WENDER | 0.30 | 210.00 | Analyze Midcap payoff amount. |
| 06/06/2017 | GRANT STEIN | 2.40 | 1,680.00 | Analyze MidCap debt calculation per request from N. Luria and provide response regarding same. |
| 06/07/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Review figures presented by MidCap against documentation on hand (.2); Collect and review closing documents for records retention (.3). |
| 06/13/2017 | GRANT STEIN | 0.70 | 490.00 | Analyze the impact of the second extension of the Committee Review Period on the MidCap loan and report regarding same to N. Luria. |
| 06/15/2017 | DAVID WENDER | 0.50 | 350.00 | Review Committee objection to Midcap Claim. |

**SUBTOTAL FOR I - Financing**        **$3,360.00**

### J - Litigation

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | DAVID WENDER | 0.60 | 420.00 | Analysis of Weems materials and related pleadings. |
| 06/01/2017 | SAGE SIGLER | 0.40 | 266.00 | Finalized objection to Saucier stay relief motion (.3); conferred with David Wender regarding the same (.1). |
| 06/01/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ Carlisle re Weems discovery issues. |
| 06/01/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ Futrell, Stein, Wender re Weems status conference issues. |
| 06/01/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |
| 06/02/2017 | SAGE SIGLER | 0.20 | 133.00 | Prepared for hearing on Saucier stay relief motion. |
| 06/02/2017 | WILLIAM HAO | 4.00 | 2,800.00 | Draft and revise documents in connection with summary judgment motion. |
| 06/02/2017 | WILLIAM HAO | 0.40 | 280.00 | Attend to emails re Weems litigation issues. |
| 06/05/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails re Weems litigation issues. |
| 06/05/2017 | WILLIAM HAO | 1.00 | 700.00 | Draft and revise summary judgment documents. |
| 06/06/2017 | ANTHONY GREENE | 0.80 | 412.00 | Confer with Will Hao regarding Weems issues; draft subpoena and send to Will Hao for review. |
| 06/06/2017 | WILLIAM HAO | 0.30 | 210.00 | Communicate w/ Greene re Weems litigation issues. |
| 06/06/2017 | WILLIAM HAO | 0.80 | 560.00 | Call w/ Carlisle re Weems discovery issues. |
| 06/06/2017 | WILLIAM HAO | 0.80 | 560.00 | Call w/ Futrell re Weems discovery issues. |
| 06/06/2017 | WILLIAM HAO | 0.70 | 490.00 | Attend to emails re Weems litigation issues. |
| 06/07/2017 | DAVID WENDER | 0.40 | 280.00 | Follow up with counsel relative to WARN Action. |
| 06/07/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of matters relative to Weems. |

# ALSTON & BIRD

| 06/07/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails re Weems litigation issues. |
| 06/07/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Carlisle, Pelleteri re Weems litigation issues. |
| 06/07/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ Spaniol re Weems litigation issues. |
| 06/07/2017 | WILLIAM HAO | 0.80 | 560.00 | Review and revise Carr Riggs subpoena. |
| 06/07/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider documents in connection with summary judgment motion. |
| 06/08/2017 | DAVID WENDER | 0.50 | 350.00 | Confer with counsel relative to WARN Act Stay |
| 06/08/2017 | DAVID WENDER | 0.30 | 210.00 | Analysis of WARN litigation matters. |
| 06/08/2017 | DAVID WENDER | 0.50 | 350.00 | Conference with G. Stein and N. Luria relative to litigation. |
| 06/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |
| 06/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to service of Carr Riggs subpoena; Attend to emails re same. |
| 06/08/2017 | WILLIAM HAO | 0.40 | 280.00 | Attend to emails re Weems expert issues. |
| 06/09/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up relative to mediation with WARN Claimants. |
| 06/09/2017 | LESLIE SALCEDO | 2.70 | 958.50 | Review chart of payments to Weems. |
| 06/09/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ E. Pelleteri re Weems litigation issues; Attend to emails re same. |
| 06/09/2017 | WILLIAM HAO | 0.50 | 350.00 | Calls w/ Salcedo re Weems document review issues. |
| 06/09/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise summary judgment papers. |
| 06/12/2017 | ANTHONY GREENE | 1.10 | 566.50 | Status conference and review of WARN claimants adversary proceedings and filings. |
| 06/12/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up with Rene Roupinian relative to WARN Answer deadline and related matters. |
| 06/12/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of Weems litigation. |
| 06/12/2017 | DAVID WENDER | 0.60 | 420.00 | Follow up call to Brent Barrier relative to answer deadline. |
| 06/12/2017 | LESLIE SALCEDO | 0.50 | 177.50 | Review order re motion to dismiss (.20); Updated pleadings folder (.30). |
| 06/12/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Blackwell re eCW production issues. |
| 06/12/2017 | WILLIAM HAO | 0.40 | 280.00 | Attend to emails re eCW production. |
| 06/12/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |
| 06/12/2017 | WILLIAM HAO | 1.00 | 700.00 | Review documents produced by eCW. |
| 06/13/2017 | ANTHONY GREENE | 3.60 | 1,854.00 | Draft Answers to WARN adversary complaints. Discuss same with Will Hao and Alesssandra Backus. |
| 06/13/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to WARN Act Adversary Proceeding stay. |
| 06/13/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to stay in adversary proceeding. |
| 06/13/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to LHH Answer to WARN Act. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/13/2017 | WILLIAM HAO | 0.50 | 350.00 | Meet w/ Greene re answers to WARN act complaints. |
| 06/13/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Review documents produced by eCW in connection with Weems litigation. |
| 06/13/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to communications re Weems expert issues. |
| 06/14/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Reviise answers to WARN Act adversary proceedings. |
| 06/14/2017 | DAVID WENDER | 1.50 | 1,050.00 | Attention to Warn Act Actions stay. |
| 06/14/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to answer to WARN Act complaints. |
| 06/14/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Weems litigation |
| 06/14/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with L. Futrell regarding Weems case resolution and her conversation with Weems' new counsel, and report to N. Luria and W. Hao regarding same. |
| 06/14/2017 | GRANT STEIN | 0.40 | 280.00 | Work on WARN Act lawsuit answers. |
| 06/14/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ Madison re Weems discovery issues. |
| 06/14/2017 | WILLIAM HAO | 0.50 | 350.00 | Communicate w/ Blackwell re eCW production issues. |
| 06/14/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to research re summary judgment issues. |
| 06/14/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re Weems litigation issues. |
| 06/15/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of correspondence relative to Weems litigation. |
| 06/15/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ Owens re Weems litigation issues; Attend to emails re same. |
| 06/15/2017 | WILLIAM HAO | 0.30 | 210.00 | Review eCW answer to crosslaims. |
| 06/15/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re Weems litigation issues. |
| 06/16/2017 | ALESSANDRA BACKUS | 2.40 | 1,260.00 | Draft and revise WARN Act answers for both adversary proceedings.. |
| 06/16/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of Weems litigation matters. |
| 06/16/2017 | GRANT STEIN | 0.80 | 560.00 | Review Dr. Weems' proposal and consider response to same in conference with N. Luria and prepare response. |
| 06/16/2017 | GRANT STEIN | 0.20 | 140.00 | Address retention of trial preparation consultant/expert in the Weems case. |
| 06/16/2017 | LESLIE SALCEDO | 0.40 | 142.00 | Review answers to cross claims. |
| 06/16/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails re Weems litigation issues. |
| 06/16/2017 | WILLIAM HAO | 0.50 | 350.00 | Draft and revise answer to Weems counterclaims. |
| 06/16/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider eCW answer to complaint, eCW answer to cross claims, Change answer to crosslaims. |
| 06/19/2017 | ALESSANDRA BACKUS | 2.70 | 1,417.50 | Draft and revise Debtors' second limited statement w/r/t appointment of interim WARN Act counsel. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/19/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of correspondence relative to Weems settlement. |
| 06/19/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of potential claims against Dr. Weems. |
| 06/19/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider amended NSC schedules. |
| 06/19/2017 | WILLIAM HAO | 0.40 | 280.00 | Call with Spaniol re Weems discovery issues. |
| 06/19/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails re Weems expert issues. |
| 06/19/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to drafting of summary judgment documents. |
| 06/20/2017 | DAVID WENDER | 0.80 | 560.00 | Review notice re lead counsel. |
| 06/20/2017 | GRANT STEIN | 1.90 | 1,330.00 | Edit drafts of the request for appointment of interim class counsel and conference with D. Wender re same, and respond to comments from CCG and the Committee re same. |
| 06/20/2017 | GRANT STEIN | 0.20 | 140.00 | Provide comments to trial preparation consultant retention agreement in the Weems case. |
| 06/20/2017 | LESLIE SALCEDO | 1.20 | 426.00 | Assist with review of recently filed answers. |
| 06/20/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and revise expert engagement letter. |
| 06/20/2017 | WILLIAM HAO | 0.90 | 630.00 | Participate in eCW system training. |
| 06/20/2017 | WILLIAM HAO | 0.50 | 350.00 | Draft and revise application for retention of expert. |
| 06/20/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |
| 06/20/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems expert issues. |
| 06/20/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re eCW system access issues. |
| 06/21/2017 | ANTHONY GREENE | 1.90 | 978.50 | Review Weems Counterclaims and draft Answer |
| 06/21/2017 | DAVID WENDER | 0.30 | 210.00 | Review draft answers to WARN Act Complaints. |
| 06/21/2017 | DAVID WENDER | 0.40 | 280.00 | Review Outten mark up to Supplemental Statement re Lead Counsel. |
| 06/21/2017 | GRANT STEIN | 1.20 | 840.00 | Edit WARN Act case affirmative defenses and provide comments re same. |
| 06/21/2017 | GRANT STEIN | 0.30 | 210.00 | Comment on and conference with N. Luria re new Weems settlement proposal and provide direction to counsel re same. |
| 06/21/2017 | GRANT STEIN | 0.20 | 140.00 | Comment on Kusnick edits to WARN Act adversary submission on selection of interim class counsel. |
| 06/21/2017 | GRANT STEIN | 0.20 | 140.00 | Review and comment on the motion to approve the retention of trial preparation consultants in the Weems case. |
| 06/21/2017 | WILLIAM HAO | 1.00 | 700.00 | Review eCW data and documents. |
| 06/21/2017 | WILLIAM HAO | 0.30 | 210.00 | Meet w/ Greene re answer to Weems counterclaims. |
| 06/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Draft and revise summary judgment documents for Weems litigation. |
| 06/21/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/22/2017 | ALESSANDRA BACKUS | 4.90 | 2,572.50 | Revise answers to both WARN Act adversary proceedings, including responses to factual allegations and inclusion of affirmative defenses. |
| 06/22/2017 | ANTHONY GREENE | 1.90 | 978.50 | Draft Answer to Weems coutnerclaims, discuss same with Will Hao. |
| 06/22/2017 | DAVID WENDER | 0.10 | 70.00 | Review Kusnick pleading. |
| 06/22/2017 | ISABELLA LEE | 1.50 | 937.50 | Review answer and affirmative defenses relating to WARN Act claims, and draft advice relating to the same. |
| 06/22/2017 | WILLIAM HAO | 0.50 | 350.00 | Call with Futrell re Weems litigation issues. |
| 06/22/2017 | WILLIAM HAO | 0.20 | 140.00 | Call with Futrell and Cazalot re Weems litigation issues. |
| 06/22/2017 | WILLIAM HAO | 0.20 | 140.00 | Communicate w/ Greene re answer to Weems counterclaims. |
| 06/22/2017 | WILLIAM HAO | 0.70 | 490.00 | Attend to emails re Weems litigation issues. |
| 06/22/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review eCW data and documents. |
| 06/23/2017 | ALESSANDRA BACKUS | 0.90 | 472.50 | Finalize Kusnick answer to complaint. |
| 06/23/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Finalize King answer to complaint in adversary proceeding. |
| 06/23/2017 | DAVID WENDER | 0.80 | 560.00 | Review Answer to King Complaint |
| 06/23/2017 | DAVID WENDER | 0.10 | 70.00 | Review answer to Kusnick complaint |
| 06/23/2017 | GRANT STEIN | 1.90 | 1,330.00 | Edit answer in the Kusnick WARN Act case. |
| 06/23/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems litigation issues. |
| 06/24/2017 | DAVID WENDER | 0.40 | 280.00 | Review Kusnick Answer. |
| 06/24/2017 | GRANT STEIN | 1.40 | 980.00 | Conclude edits to the answer in the Kusnick WARN Act case. |
| 06/24/2017 | GRANT STEIN | 1.10 | 770.00 | Edits to the answer in the King WARN Act case. |
| 06/25/2017 | ALESSANDRA BACKUS | 2.70 | 1,417.50 | Draft and revise answers to WARN Act adversary proceedings to conform to comments of G. Stein, D. Wender regarding formatting and answer style as well as include new information provided by Debtors. |
| 06/25/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Finalize answers to WARN Act adversary proceedings (.6); Draft and send email to N. Luria, S. Duhe, G. Koutsonicolis regarding the same (.2). |
| 06/25/2017 | DAVID WENDER | 0.50 | 350.00 | Review and revise Answers to WARN Complaints |
| 06/26/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Review and revise WARN Act complaint answers in light of comments from S. Duhe, G. Koutsonicolis. |
| 06/26/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Revsie WARN Act complaints. |
| 06/26/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with G. Koutsonicolis to discuss WARN Act complaints. |
| 06/26/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to WARN Act answers and affirmative defenses. |

Client: 065419
Matter: 486502

## ALSTON & BIRD

Page 14 of 27
Invoice #10897948
July 11, 2017

| | | | | |
|---|---|---|---|---|
| 06/26/2017 | WILLIAM HAO | 0.80 | 560.00 | Prepare for and call with counsel for Change re Weems litigation matters. |
| 06/26/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ C. Owens, J. Hayden re Weems litigation issues. |
| 06/26/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Cazalot re Weems litigation issues. |
| 06/26/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ S. Clayton, J. Walker re Weems litigation issues. |
| 06/26/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ D. Spaniol re Weems litigation issues. |
| 06/26/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise expert engagement documents; Attend to emails re same. |
| 06/26/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider documents produced in Weems litigation. |
| 06/27/2017 | ANTHONY GREENE | 0.80 | 412.00 | Review Weems documents and materials. |
| 06/27/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ C. Owens re Weems litigation issues. |
| 06/27/2017 | WILLIAM HAO | 0.50 | 350.00 | Review expert engagement letters re Weems litigation; Attend to emails re same. |
| 06/27/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Review and consider documents produced in Weems litigation. |
| 06/28/2017 | DAVID WENDER | 0.10 | 70.00 | Review emails relative to Weems litigation. |
| 06/28/2017 | GRANT STEIN | 1.10 | 770.00 | Review and comment on the draft answer to the Weems counterclaims and affirmative defenses. |
| 06/28/2017 | LESLIE SALCEDO | 0.60 | 213.00 | Assist W. Hao with preparing answer to counterclaims. |
| 06/28/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Draft and revise answer to Weems counterclaims. |
| 06/28/2017 | WILLIAM HAO | 1.20 | 840.00 | Attend to emails re Weems litigation issues. |
| 06/29/2017 | ANTHONY GREENE | 2.10 | 1,081.50 | Review Weems caselaw, research, and correspondence. Discuss same with Will Hao. |
| 06/29/2017 | DAVID WENDER | 1.10 | 770.00 | Review WARN Act Answers |
| 06/29/2017 | DAVID WENDER | 0.50 | 350.00 | Review Weems Answer. |
| 06/29/2017 | DAVID WENDER | 0.50 | 350.00 | Follow up with respect to pleadings. |
| 06/29/2017 | GRANT STEIN | 0.50 | 350.00 | Review Weems settlement proposal and strategy conference with W. Hao and D. Wender re same, and edit interim case report to N. Luria. |
| 06/29/2017 | GRANT STEIN | 0.20 | 140.00 | Review revised Weems expert retention agreement and litigation plan and respond to W. Hao re same. |
| 06/29/2017 | GRANT STEIN | 3.20 | 2,240.00 | Finalize the answer in the King WARN Act adversary. |
| 06/29/2017 | GRANT STEIN | 1.00 | 700.00 | Finalize the answer in the Kusnick WARN Act adversary. |
| 06/29/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Stein, Wender re Weems litigation issues. |
| 06/29/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re Weems litigation issues. |
| 06/29/2017 | WILLIAM HAO | 0.30 | 210.00 | Meet w/ Greene re Weems litigation issues. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 15 of 27
Invoice #10897948
July 11, 2017

| | | | | |
|---|---|---|---|---|
| 06/30/2017 | DAVID WENDER | 0.10 | 70.00 | Analyze pleadings in Weems litigation. |
| 06/30/2017 | GRANT STEIN | 0.70 | 490.00 | Review discovery request from King Plaintiffs and address strategic issues implicated by same. |
| 06/30/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ C. Owen re Weems litigation issues. |
| 06/30/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ Cazalot re Weems litigation issues. |
| 06/30/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to emails re Weems litigation issues. |

**SUBTOTAL FOR J - Litigation**      **$81,129.00**

**K - Meetings of Creditors**

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | GRANT STEIN | 1.50 | 1,050.00 | Conference call with the Committee to address the Plan, Section 351 Notices and Record Retention Contracts, Malpractice insurance issues including tail coverage, and related issues. |
| 06/01/2017 | SAGE SIGLER | 1.80 | 1,197.00 | Prepared for and participated in call with the committee regarding case status and next steps. |
| 06/15/2017 | GRANT STEIN | 0.60 | 420.00 | Supplement information for the response to T. Manthey regarding the status of rejection of executory contracts and conference with A. Backus regarding response to same. |
| 06/21/2017 | GRANT STEIN | 0.50 | 350.00 | Address contracts rejected, and to be rejected, per request from the Committee and conference with N. Luria re same. |
| 06/24/2017 | GRANT STEIN | 0.60 | 420.00 | Prepare four month professional fee budget as requested by the Creditors Committee. |
| 06/25/2017 | GRANT STEIN | 0.70 | 490.00 | Revise and submit professional fee budget requested by the Creditors Committee; address consolidated budget for all professionals. |
| 06/29/2017 | GRANT STEIN | 0.40 | 280.00 | Address Committee inquiry re physician tail insurance. |

**SUBTOTAL FOR K - Meetings of Creditors**      **$4,207.00**

**L - Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | ALESSANDRA BACKUS | 1.50 | 787.50 | Conference call with N. Luria, G. Stein, D. Wender, S. Sigler, and committee counsel regarding plan and disclosure statement. |
| 06/01/2017 | DAVID WENDER | 1.30 | 910.00 | Participate in call with the Committee relative to next steps and plan language. |
| 06/01/2017 | DAVID WENDER | 2.30 | 1,610.00 | Revise Plan |
| 06/01/2017 | SAGE SIGLER | 0.40 | 266.00 | Conferred with David Wender and Grant Stein regarding the plan and disclosure statement. |
| 06/02/2017 | ALESSANDRA BACKUS | 0.90 | 472.50 | Call with G. Stein, D. Wender, N. Luria to discuss draft chapter 11 plan. |
| 06/02/2017 | ALESSANDRA BACKUS | 3.40 | 1,785.00 | Review and revise debtors' chapter 11 plan in preparation for call with N. Luria. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/02/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Confer with D. Wender regarding treatment of classes and claims in draft chapter 11 plan. |
| 06/02/2017 | DAVID WENDER | 1.00 | 700.00 | Analyze Plan. |
| 06/02/2017 | GRANT STEIN | 1.20 | 840.00 | Prepare for and conference call with N. Luria and D. Wender regarding Plan. |
| 06/03/2017 | ALESSANDRA BACKUS | 2.20 | 1,155.00 | Revise plan, including definitions section and employee settlement proposal. |
| 06/04/2017 | SAGE SIGLER | 1.60 | 1,064.00 | Reviewed and revised the plan. |
| 06/05/2017 | ALESSANDRA BACKUS | 2.50 | 1,312.50 | Edit and revise plan, including new definitions to table of contents and revisions suggested in last round of edits. |
| 06/05/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with Alessandra Backus relative to Disclosure Statement draft. |
| 06/05/2017 | DAVID WENDER | 2.20 | 1,540.00 | Review revised plan of liquidation. |
| 06/05/2017 | GRANT STEIN | 3.10 | 2,170.00 | Supplemental plan analysis with comments and suggested edits. |
| 06/05/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with D. Wender regarding plan draft edits. |
| 06/05/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with N. Luria regarding plan structure and resolution of WARN Act claims. |
| 06/05/2017 | SAGE SIGLER | 1.10 | 731.50 | Reviewed and revised the plan. |
| 06/06/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Revise chapter 11 plan and revise edits of D. Wender, G. Stein. |
| 06/06/2017 | DAVID WENDER | 0.80 | 560.00 | Revise plan. |
| 06/06/2017 | GRANT STEIN | 3.20 | 2,240.00 | Supplemental edits and comments to D. Wender plan draft edits, review edits from N. Luria, and provide initial draft to W. Patrick and T. Manthey. |
| 06/06/2017 | SAGE SIGLER | 1.30 | 864.50 | Reviewed and analyzed changes to the plan. |
| 06/07/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Disclosure Statement provisions. |
| 06/08/2017 | DAVID WENDER | 0.10 | 70.00 | Review emails relative to Plan and Disclosure Statement timing. |
| 06/08/2017 | DAVID WENDER | 0.50 | 350.00 | Check in with Counsel to the Committee to discuss Plan. |
| 06/08/2017 | GRANT STEIN | 0.80 | 560.00 | Address Plan and WARN Act developments and strategy with W. Patrick and D. Wender and report to N. Luria regarding same. |
| 06/08/2017 | GRANT STEIN | 0.50 | 350.00 | Address mediation and WARN Act extension developments and conference call with N. Luria and D. Wender regarding same. |
| 06/09/2017 | ALESSANDRA BACKUS | 4.10 | 2,152.50 | Draft and revise disclosure statement. |
| 06/11/2017 | DAVID WENDER | 0.20 | 140.00 | Revise Plan |
| 06/11/2017 | GRANT STEIN | 0.40 | 280.00 | Review W. Patrick comments on the draft joint plan. |
| 06/12/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Call with committee to discuss joint plan of liquidation. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/12/2017 | DAVID WENDER | 0.90 | 630.00 | Analysis of potential class/plan settlement. |
| 06/12/2017 | DAVID WENDER | 2.00 | 1,400.00 | Participate in conference call with counsel to the Committee relative to Plan (1.6); revise Plan in follow up to same (.4). |
| 06/12/2017 | DAVID WENDER | 1.60 | 1,120.00 | Revise Plan based on comments from the Unsecured Creditors' Committee. |
| 06/12/2017 | GRANT STEIN | 1.50 | 1,050.00 | Conference call with W. Patrick, T. Manthey, and C. Nobles, and D. Wender regarding draft joint plan. |
| 06/12/2017 | GRANT STEIN | 1.20 | 840.00 | Conferences with B. Furr about settlement and mediation and reports and recommendations regarding same to N. Luria and D. Wender. |
| 06/12/2017 | GRANT STEIN | 2.10 | 1,470.00 | Prepare for status call with N. Luria and D. Wender to address WARN Act issues and settlement, and follow up discussions regarding same. |
| 06/12/2017 | GRANT STEIN | 1.80 | 1,260.00 | Prepare for conference call with W. Patrick regarding draft joint plan. |
| 06/12/2017 | SAGE SIGLER | 1.90 | 1,263.50 | Reviewed the committee's comments to the plan (.4); participated in call with the committee regarding the same (1.5). |
| 06/13/2017 | DAVID WENDER | 3.80 | 2,660.00 | Review and revise Plan. |
| 06/13/2017 | GRANT STEIN | 0.20 | 140.00 | Review L. Futrell plan edits. |
| 06/13/2017 | GRANT STEIN | 2.30 | 1,610.00 | Supplemental plan edits to address finality, allowance, and claims treatment and conference with D. Wender regarding same. |
| 06/13/2017 | GRANT STEIN | 0.90 | 630.00 | Review N. Luria comments regarding plan and conferences with N. Luria and D. Wender regarding same and further edits to address the WARN Act claims settlement provision. |
| 06/14/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Draft and revise introduction to disclosure statement. |
| 06/14/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Review edits to the plan for impact on statements in disclosure statement. |
| 06/14/2017 | DAVID WENDER | 1.20 | 840.00 | Revise Plan |
| 06/14/2017 | DAVID WENDER | 0.20 | 140.00 | Confer with GCG concerning balloting process. |
| 06/14/2017 | GRANT STEIN | 0.50 | 350.00 | Conferences with D. Wender regarding plan strategies. |
| 06/14/2017 | GRANT STEIN | 1.20 | 840.00 | Prepare agenda for and conference with N. Luria and D. Wender regarding plan strategies. |
| 06/14/2017 | GRANT STEIN | 0.20 | 140.00 | Review supplemental Plan edits. |
| 06/15/2017 | ALESSANDRA BACKUS | 3.40 | 1,785.00 | Draft and revise disclosure statement (3.2); Discuss the same with G. Stein (.2). |
| 06/15/2017 | ANTHONY GREENE | 1.50 | 772.50 | Review draft plan of reorganization, disclosure statement, and accompanying materials. |
| 06/15/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of issues related to revesting of plan assets. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/15/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Draft Plan Solicitation Motion and related attachments. |
| 06/15/2017 | DAVID WENDER | 2.70 | 1,890.00 | Revise Plan to incorporate comments from the Committee. |
| 06/15/2017 | DAVID WENDER | 0.20 | 140.00 | Review plan-related documents. |
| 06/15/2017 | GRANT STEIN | 0.40 | 280.00 | Address disclosure statement structure with A. Backus. |
| 06/15/2017 | GRANT STEIN | 0.70 | 490.00 | Consider W. Patrick edits to the Plan and related revisions and the issues it raises. |
| 06/16/2017 | DAVID WENDER | 0.20 | 140.00 | Prepare for telephonic conference concerning Plan revisions. |
| 06/16/2017 | DAVID WENDER | 1.70 | 1,190.00 | Participate in call relative to Committee Comments to Plan. |
| 06/16/2017 | DAVID WENDER | 0.30 | 210.00 | Revise Plan based on Cohen Reznick comments. |
| 06/16/2017 | GRANT STEIN | 0.60 | 420.00 | Revise memo to W. Patrick regarding D&O claims analysis as it affects the plan negotiations. |
| 06/16/2017 | GRANT STEIN | 0.20 | 140.00 | Address edits to the Plan from R. Probber (Committee financial advisor) including conference with D. Wender regarding same. |
| 06/16/2017 | GRANT STEIN | 2.40 | 1,680.00 | Draft Plan Administrator Agreement. |
| 06/16/2017 | GRANT STEIN | 1.70 | 1,190.00 | Conference call with W. Patrick and D. Wender regarding Plan terms. |
| 06/16/2017 | SAGE SIGLER | 2.40 | 1,596.00 | Reviewed plan revisions (.7); conferred with committee counsel regarding the plan and revisions to the same (1.7). |
| 06/17/2017 | DAVID WENDER | 0.90 | 630.00 | Revise Plan. |
| 06/19/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Draft and revise disclosure statement. |
| 06/19/2017 | ALESSANDRA BACKUS | 2.00 | 1,050.00 | Revise disclosure statement to include WARN Act settlement information and descriptions. |
| 06/19/2017 | ALESSANDRA BACKUS | 3.20 | 1,680.00 | Draft and revise disclosure statement. |
| 06/19/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Review plan edits as relevant to drafting of disclosure statement. |
| 06/19/2017 | DAVID WENDER | 0.20 | 140.00 | Review Plan Administrator Agreement. |
| 06/19/2017 | DAVID WENDER | 0.70 | 490.00 | Revise Plan Committee Agreement. |
| 06/19/2017 | DAVID WENDER | 1.00 | 700.00 | Revise and circulate plan. |
| 06/19/2017 | GRANT STEIN | 0.30 | 210.00 | Address plan structure with mutuality and substantive consolidation issues. |
| 06/19/2017 | GRANT STEIN | 2.40 | 1,680.00 | Draft Plan Committee Agreement and conference with D. Wender regarding same. |
| 06/19/2017 | GRANT STEIN | 1.30 | 910.00 | Review plan edits and provide strategic comments regarding final terms and approach to conclusion of settlement negotiations and plan filing, and conferences with N. Luria, L. Futrell, and D. Wender regarding same. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 06/19/2017 | GRANT STEIN | 3.10 | 2,170.00 | Revise draft Disclosure Statement. |
| 06/20/2017 | ALESSANDRA BACKUS | 2.90 | 1,522.50 | Draft and revise first interim fee application. |
| 06/20/2017 | ANTHONY GREENE | 2.10 | 1,081.50 | Draft Motion to Approve Disclosure Statement and Related Materials. |
| 06/20/2017 | DAVID WENDER | 0.40 | 280.00 | Confer with N. Luria relative to CCG Claim Settlement. |
| 06/20/2017 | DAVID WENDER | 0.60 | 420.00 | Telephone call to Brett Furr and Jan Hayden relative to CCG Settlement. |
| 06/20/2017 | DAVID WENDER | 3.40 | 2,380.00 | Review and revise disclosure statement |
| 06/20/2017 | DAVID WENDER | 0.10 | 70.00 | Email correspondence with Billy relative to Plan structure. |
| 06/20/2017 | DENNIS CONNOLLY | 0.10 | 70.00 | Conference with D. Wender and G. Stein relative to plan structuring issue involving tax and jurisdictional points. |
| 06/20/2017 | GRANT STEIN | 0.20 | 140.00 | Address setoff issues in the context of the Employee settlement and conference with D. Wender re same. |
| 06/20/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with D. Wender re structure of the plan settlements. |
| 06/20/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with N. Luria and D. Wender re plan settlement and resolution of WARN Act claims. |
| 06/20/2017 | GRANT STEIN | 3.80 | 2,660.00 | Revise draft Disclosure Statement and conference with D. Wender re same. |
| 06/21/2017 | DAVID WENDER | 2.60 | 1,820.00 | Revise Disclosure Statement. |
| 06/21/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of Employee Claim data. |
| 06/21/2017 | DAVID WENDER | 1.40 | 980.00 | Review proposed comments to Draft Plan. |
| 06/21/2017 | DAVID WENDER | 0.20 | 140.00 | Analyze spreadsheet of employee claims. |
| 06/21/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with B. Furr re CCG/MedCare plan comments and settlement. |
| 06/21/2017 | GRANT STEIN | 1.60 | 1,120.00 | Consider plan comments from MedCare, CCG, and the Committee, and address issues arising out of same with N. Luria and D. Wender. |
| 06/21/2017 | GRANT STEIN | 1.20 | 840.00 | Work on revisions to the Disclosure Statement with a focus on the WARN Act settlement and risks. |
| 06/22/2017 | ALESSANDRA BACKUS | 2.40 | 1,260.00 | Review and revise disclosure statement to include adjustments to WARN Act worksheet. |
| 06/22/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Redline disclosure statement edits related to L.R. 3016-1 for review by D. Wender, G. Stein. |
| 06/22/2017 | DAVID WENDER | 1.80 | 1,260.00 | Review DS Motion and related documents. |
| 06/22/2017 | DAVID WENDER | 0.20 | 140.00 | Prepare for call relative to Plan |
| 06/22/2017 | DAVID WENDER | 1.40 | 980.00 | Participate in call relative to Proposed Plan. |
| 06/22/2017 | DAVID WENDER | 2.80 | 1,960.00 | Revise Disclosure Statement |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/22/2017 | GRANT STEIN | 0.10 | 70.00 | Review B. Furr suggestions re release in the compromise and settlement and address same with D. Wender. |
| 06/22/2017 | GRANT STEIN | 1.40 | 980.00 | Participate in conference call with the Committee, CCG, and MedCare re the plan terms and post call discussion with N. Luria and D. Wender. |
| 06/22/2017 | SAGE SIGLER | 1.10 | 731.50 | Conferred with the LHH, Alston, CCG and Committee teams regarding the draft plan. |
| 06/23/2017 | ALESSANDRA BACKUS | 2.70 | 1,417.50 | Review and revise disclosure statement. |
| 06/23/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Call with G. Stein, D. Wender, N. Luria to discuss plan and disclosure statement. |
| 06/23/2017 | ALESSANDRA BACKUS | 1.00 | 525.00 | Call with D. Wender, G. Stein, N. Luria, S. Sigler to discuss plan and disclosure statement and comments from comittee regarding the same. |
| 06/23/2017 | DAVID WENDER | 0.70 | 490.00 | Revise Plan based on comments received. |
| 06/23/2017 | DAVID WENDER | 0.70 | 490.00 | Analyze issues relative to settlements and next steps in the plan process. |
| 06/23/2017 | DAVID WENDER | 4.60 | 3,220.00 | Draft and revise Motion to Approve Disclosure Statement and related documents. |
| 06/23/2017 | GRANT STEIN | 0.60 | 420.00 | Review interim plan edits by D. Wender following up the conference call with CCG, MedCare, and the Committee and provide internal comments re same and conference with D. Wender re same. |
| 06/23/2017 | GRANT STEIN | 2.50 | 1,750.00 | Work on scheduling logistics to get the August 3, 2017 Disclosure Statement hearing, and conference calls with N. Luria, D. Wender, and W. Patrick, and report to all parties (J. Hayden, B. Furr) re same. |
| 06/23/2017 | GRANT STEIN | 0.80 | 560.00 | Review Kusnick, King, and Committee responses to the supplement on the appointment of interim WARN Act counsel, and prepare analysis of the strategic issues implicated by same, and conference call with N. Luria re same. |
| 06/23/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with D. Wender re mediation final positions as impacts the Plan terms and negotiations. |
| 06/23/2017 | SAGE SIGLER | 1.00 | 665.00 | Call with Neil Luria and Billy Patrick regarding Plan and Disclosure Statement finalization. |
| 06/24/2017 | ALESSANDRA BACKUS | 2.20 | 1,155.00 | Review and revise plan, incorporating comments from G. Stein, D. Wender. |
| 06/24/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Disclosure Statement. |
| 06/24/2017 | GRANT STEIN | 4.80 | 3,360.00 | Edit disclosure statement. |
| 06/24/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with N. Luria re Disclosure Statement, liquidation analysis, plan projections, and plan structure, and written follow up re same. |
| 06/25/2017 | DAVID WENDER | 2.10 | 1,470.00 | Revise Disclosure Statement. |
| 06/25/2017 | GRANT STEIN | 0.70 | 490.00 | Review and comment on the motion to approve the disclosure statement and confirmation procedures, Order, and ballot forms. |

# ALSTON & BIRD

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/26/2017 | ALESSANDRA BACKUS | 0.90 | 472.50 | Call with N. Luria, G. Stein, D. Wender to discuss disclosure statement. |
| 06/26/2017 | ALESSANDRA BACKUS | 3.20 | 1,680.00 | Draft and revise first interim fee application to include time by individual timekeeper, time by category, and descriptions of work performed. |
| 06/26/2017 | DAVID WENDER | 0.60 | 420.00 | Participate in call relative to incorporation of proposed settlements in Plan. |
| 06/26/2017 | DAVID WENDER | 1.40 | 980.00 | Revise Disclosure Statement |
| 06/26/2017 | DAVID WENDER | 2.70 | 1,890.00 | Revise Plan. |
| 06/26/2017 | GRANT STEIN | 0.50 | 350.00 | Review plan edits from W. Patrick. J. Hayden, and M. Bair. |
| 06/26/2017 | GRANT STEIN | 0.30 | 210.00 | Address notice issues for the Plan for former patients not filing claims. |
| 06/26/2017 | GRANT STEIN | 1.10 | 770.00 | Review N. Luria Disclosure Statement comments and respond to same and address D. Wender questions re same. |
| 06/26/2017 | GRANT STEIN | 0.20 | 140.00 | Conference call with the CRO, Committee, and CCG/MedCare re final plan terms. |
| 06/26/2017 | GRANT STEIN | 0.30 | 210.00 | Conference call with N. Luria and D. Wender re finalization of plan and disclosure statement. |
| 06/26/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with G. Koutsonicolos re liquidation analysis and distribution chart for the disclosure statement, and provide Section 326 formula. |
| 06/26/2017 | SAGE SIGLER | 1.60 | 1,064.00 | Review and revisions to the plan and disclosure statement. |
| 06/27/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Call with N. Luria, G., Koutsonicolis, D. Wender, G. Stein regarding disclosure statement. |
| 06/27/2017 | DAVID WENDER | 0.50 | 350.00 | Conference call concerning Plan deadline and potential extension of exclusivity. |
| 06/27/2017 | DAVID WENDER | 0.70 | 490.00 | Revise Plan |
| 06/27/2017 | DAVID WENDER | 3.10 | 2,170.00 | Revise Disclosure Statement. |
| 06/27/2017 | DAVID WENDER | 0.90 | 630.00 | Call with Neil Luria relative to Plan documents. |
| 06/27/2017 | GRANT STEIN | 0.60 | 420.00 | Conference call with N. Luria, G. Koutsonicolos, and D. Wender re revisions to WARN Act portions of the Disclosure Statement. |
| 06/27/2017 | GRANT STEIN | 1.40 | 980.00 | Consider issues raised by the Committee with respect to delay in approval of the Plan and Disclosure Statement, and prepare for and conference calls with D. Wender and N. Luria re same, and follow up conference with W. Patrick re same. |
| 06/27/2017 | GRANT STEIN | 1.50 | 1,050.00 | Review SOLIC draft liquidation and distribution materials for the disclosure statement and provide comments re same. |
| 06/27/2017 | SAGE SIGLER | 1.80 | 1,197.00 | Participated in call regarding the plan (.5); review and revisions to the plan and disclosure statement and communications regarding the same (1.3). |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 06/28/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Review and revise draft disclosure statement. |
| 06/28/2017 | ALESSANDRA BACKUS | 1.30 | 682.50 | Draft and revise disclosure statement to account for modifications made to WARN settlement proposal. |
| 06/28/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Call with D. Wender, G. Stein, S. Sigler, G. Koutsonicioluis, N. Luria to discuss schedules to plan and disclosure statement. |
| 06/28/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Review edits made to disclosure statement by D. Wender (.6); Incorporate edits made by committee to the same (.8). |
| 06/28/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Revise disclosure statement and create headings for table of contents in the same. |
| 06/28/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Revise disclosure statement to include language from plan for distribution section. |
| 06/28/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Revise disclosure statement sections to incorporate comments of D. Wender, C. Nobles. |
| 06/28/2017 | DAVID WENDER | 1.70 | 1,190.00 | Revise Disclosure Statement. |
| 06/28/2017 | DAVID WENDER | 0.70 | 490.00 | Revise Plan |
| 06/28/2017 | DAVID WENDER | 1.10 | 770.00 | Call relative to Disclosure Statement. |
| 06/28/2017 | DAVID WENDER | 1.10 | 770.00 | Revise Motion to Approve Disclosure Statement and related solicitation procedures. |
| 06/28/2017 | GRANT STEIN | 0.70 | 490.00 | Conference with D. Wender re filing deadlines and prepare draft note to W. Patrick re same. |
| 06/28/2017 | GRANT STEIN | 0.40 | 280.00 | Review revised draft SOLIC liquidation and distribution analysis for the disclosure statement and provide comments re same. |
| 06/28/2017 | GRANT STEIN | 0.20 | 140.00 | Review committee edits to the disclosure statement and to the motion to approve the disclosure statement. |
| 06/28/2017 | SAGE SIGLER | 2.50 | 1,662.50 | Call with the Solic team regarding the disclosure statement (1.0); review and analysis of changes to plan and disclosure statement (1.1); emails regarding the foregoing (.4). |
| 06/29/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Revise disclosure statement and email the same to D. Wender. |
| 06/29/2017 | DAVID WENDER | 0.30 | 210.00 | Revise Motion to Approve Disclosure Statement. |
| 06/29/2017 | DAVID WENDER | 5.10 | 3,570.00 | Revise Disclosure Statement. |
| 06/29/2017 | DAVID WENDER | 0.30 | 210.00 | Revise Plan. |
| 06/29/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with D. Wender re strategy for the upcoming disclosure statement hearing. |
| 06/29/2017 | GRANT STEIN | 0.20 | 140.00 | Comment on the draft summary distribution chart for the disclosure statement. |
| 06/29/2017 | GRANT STEIN | 0.30 | 210.00 | Conferences with M. Mintz, and report to N. Luria, re plan and disclosure statement filing and service of notice of hearing. |
| 06/29/2017 | SAGE SIGLER | 2.60 | 1,729.00 | Review and revisions to disclosure statement. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 06/30/2017 | DAVID WENDER | 0.60 | 420.00 | Attention to solicitation procedures. |
| 06/30/2017 | DAVID WENDER | 0.70 | 490.00 | Conference call in respect of Disclosure Statement preparation |
| 06/30/2017 | DAVID WENDER | 0.30 | 210.00 | Analyze employee medical claims. |
| 06/30/2017 | GRANT STEIN | 1.30 | 910.00 | Prepare for and strategy conference with W. Hao and D. Wender re briefing in support of approval of the disclosure statement. |
| 06/30/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ Stein, Wender re disclosure statement matters. |

**SUBTOTAL FOR L - Plan and Disclosure Statement**                                **$139,113.50**

**M - Relief From Stay Proceedings**

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | WILLIAM HAO | 0.40 | 280.00 | Attend to emails re Saucier lift stay motion. |
| 06/06/2017 | SAGE SIGLER | 0.40 | 266.00 | Preparation for hearing on Saucier stay relief motion. |
| 06/07/2017 | SAGE SIGLER | 1.60 | 1,064.00 | Prepared for and attended hearing on Saucier stay relief motion (1.4); revised order granting stay relief (.1) and conferred with Neil Luria regarding the same (.1). |
| 06/09/2017 | SAGE SIGLER | 0.10 | 66.50 | Conferred with counsel for Cordes regarding a consent order. |
| 06/13/2017 | SAGE SIGLER | 0.50 | 332.50 | Drafted consent order regarding Cordes motion and emails to opposing cousnel and Neil Luria regarding the same (.3); finalized the same with opposing counsel (.2). |

**SUBTOTAL FOR M - Relief From Stay Proceedings**                                **$2,009.00**

**N - Accounting/Auditing**

| | | | | |
|---|---|---|---|---|
| 06/15/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Draft updated statement of affairs for MORs (.2); Review and file MORs for May 2017 for debtors. |

**SUBTOTAL FOR N - Accounting/Auditing**                                **$577.50**

**Z - Non-Working Travel Time**

| | | | | |
|---|---|---|---|---|
| 06/06/2017 | SAGE SIGLER | 4.00 | 2,660.00 | Travel to New Orleans for hearing on stay relief motion. |
| 06/07/2017 | SAGE SIGLER | 4.50 | 2,992.50 | Travel from New Orleans to Atlanta following hearing on stay relief. |

**SUBTOTAL FOR Z - Non-Working Travel Time**                                **$5,652.50**

TASK CODE SUMMARY:

| | | | |
|---|---|---|---|
| DAVID WENDER | 0.30 hours at 700/HR = | | 210.00 |
| **Sub-total Task:  A - Asset Analysis and Recovery** | | **0.30 hrs** | **210.00** |

Client: 065419
Matter: 486502

# ALSTON & BIRD

Page 24 of 27
Invoice #10897948
July 11, 2017

| | | |
|---|---|---:|
| DAVID WENDER | 1.40 hours at 700/HR = | 980.00 |
| SAGE SIGLER | 0.10 hours at 665/HR = | 66.50 |
| **Sub-total Task: B - Asset Disposition** | **1.50 hrs** | **1,046.50** |
| | | |
| DAWNMARIE MATLOCK | 1.80 hours at 700/HR = | 1,260.00 |
| SAGE SIGLER | 1.10 hours at 665/HR = | 731.50 |
| ALESSANDRA BACKUS | 2.50 hours at 525/HR = | 1,312.50 |
| **Sub-total Task: C - Business Operations** | **5.40 hrs** | **3,304.00** |
| | | |
| DAVID WENDER | 3.70 hours at 700/HR = | 2,590.00 |
| GRANT STEIN | 7.60 hours at 700/HR = | 5,320.00 |
| SAGE SIGLER | 4.00 hours at 665/HR = | 2,660.00 |
| ALESSANDRA BACKUS | 15.70 hours at 525/HR = | 8,242.50 |
| ANTHONY GREENE | 2.50 hours at 515/HR = | 1,287.50 |
| BECKY BLACKWELL | 4.50 hours at 255/HR = | 1,147.50 |
| **Sub-total Task: D - Case Administration** | **38.00 hrs** | **21,247.50** |
| | | |
| DAVID WENDER | 0.60 hours at 700/HR = | 420.00 |
| GRANT STEIN | 0.50 hours at 700/HR = | 350.00 |
| WILLIAM HAO | 3.80 hours at 700/HR = | 2,660.00 |
| SAGE SIGLER | 2.40 hours at 665/HR = | 1,596.00 |
| ALESSANDRA BACKUS | 4.10 hours at 525/HR = | 2,152.50 |
| **Sub-total Task: E - Claims Administration** | **11.40 hrs** | **7,178.50** |
| | | |
| GRANT STEIN | 4.20 hours at 700/HR = | 2,940.00 |
| **Sub-total Task: F - Employee Benefits/Pensions** | **4.20 hrs** | **2,940.00** |
| | | |
| DAVID WENDER | 0.10 hours at 700/HR = | 70.00 |
| GRANT STEIN | 23.60 hours at 700/HR = | 16,520.00 |
| ALESSANDRA BACKUS | 14.70 hours at 525/HR = | 7,717.50 |
| **Sub-total Task: G - Fee/Employment Applicants** | **38.40 hrs** | **24,307.50** |
| | | |
| DAVID WENDER | 0.80 hours at 700/HR = | 560.00 |
| GRANT STEIN | 3.10 hours at 700/HR = | 2,170.00 |
| ALESSANDRA BACKUS | 1.20 hours at 525/HR = | 630.00 |
| **Sub-total Task: I - Financing** | **5.10 hrs** | **3,360.00** |
| | | |
| DAVID WENDER | 12.40 hours at 700/HR = | 8,680.00 |
| GRANT STEIN | 16.80 hours at 700/HR = | 11,760.00 |
| WILLIAM HAO | 60.10 hours at 700/HR = | 42,070.00 |
| SAGE SIGLER | 0.60 hours at 665/HR = | 399.00 |
| ISABELLA LEE | 1.50 hours at 625/HR = | 937.50 |
| ALESSANDRA BACKUS | 17.30 hours at 525/HR = | 9,082.50 |
| ANTHONY GREENE | 12.20 hours at 515/HR = | 6,283.00 |
| LESLIE SALCEDO | 5.40 hours at 355/HR = | 1,917.00 |

# ALSTON & BIRD

| | | | |
|---|---|---|---|
| **Sub-total Task:  J - Litigation** | | **126.30 hrs** | **81,129.00** |
| | | | |
| GRANT STEIN | 4.30 hours at 700/HR = | | 3,010.00 |
| SAGE SIGLER | 1.80 hours at 665/HR = | | 1,197.00 |
| **Sub-total Task:  K - Meetings of Creditors** | | **6.10 hrs** | **4,207.00** |
| | | | |
| DAVID WENDER | 71.90 hours at 700/HR = | | 50,330.00 |
| DENNIS CONNOLLY | 0.10 hours at 700/HR = | | 70.00 |
| GRANT STEIN | 63.10 hours at 700/HR = | | 44,170.00 |
| WILLIAM HAO | 0.50 hours at 700/HR = | | 350.00 |
| SAGE SIGLER | 19.30 hours at 665/HR = | | 12,834.50 |
| ALESSANDRA BACKUS | 56.20 hours at 525/HR = | | 29,505.00 |
| ANTHONY GREENE | 3.60 hours at 515/HR = | | 1,854.00 |
| **Sub-total Task:  L - Plan and Disclosure Statement** | | **214.70 hrs** | **139,113.50** |
| | | | |
| WILLIAM HAO | 0.40 hours at 700/HR = | | 280.00 |
| SAGE SIGLER | 2.60 hours at 665/HR = | | 1,729.00 |
| **Sub-total Task:  M - Relief From Stay Proceedings** | | **3.00 hrs** | **2,009.00** |
| | | | |
| ALESSANDRA BACKUS | 1.10 hours at 525/HR = | | 577.50 |
| **Sub-total Task:  N - Accounting/Auditing** | | **1.10 hrs** | **577.50** |
| | | | |
| SAGE SIGLER | 8.50 hours at 665/HR = | | 5,652.50 |
| **Sub-total Task:  Z - Non-Working Travel Time** | | **8.50 hrs** | **5,652.50** |

SUMMARY OF SERVICES:

| Timekeeper | Title | Department | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DENNIS CONNOLLY | PARTNER | BANKRUPTCY | 0.10 | 700.00 | 70.00 |
| DAWNMARIE MATLOCK | PARTNER | HEALTH CARE | 1.80 | 700.00 | 1,260.00 |
| SAGE SIGLER | PARTNER | BANKRUPTCY | 40.40 | 665.00 | 26,866.00 |
| GRANT STEIN | PARTNER | BANKRUPTCY | 123.20 | 700.00 | 86,240.00 |
| DAVID WENDER | PARTNER | BANKRUPTCY | 91.20 | 700.00 | 63,840.00 |
| ALESSANDRA BACKUS | ASSOCIATE | BANKRUPTCY | 112.80 | 525.00 | 59,220.00 |
| ANTHONY GREENE | ASSOCIATE | BANKRUPTCY | 18.30 | 515.00 | 9,424.50 |
| ISABELLA LEE | ASSOCIATE | LABOR & EMPLOYMENT | 1.50 | 625.00 | 937.50 |
| LESLIE SALCEDO | PARALEGAL | BANKRUPTCY | 5.40 | 355.00 | 1,917.00 |
| BECKY BLACKWELL | CASE SUPPORT | ABSR Case Management | 4.50 | 255.00 | 1,147.50 |
| WILLIAM HAO | STAFF ATTY PG | BANKRUPTCY | 64.80 | 700.00 | 45,360.00 |
| **Totals** | | | **464.00** | | **296,282.50** |

Client: 065419
Matter: 486502

# ALSTON & BIRD

Subtotal Fees                                                       296,282.50

OTHER CHARGES:

| | |
|---|---:|
| Postage Charges | 2.76 |
| Document Production Charges | 81.84 |
| Travel (M&E) Expenses (IRS Code Sec 274(n)) | 734.88 |
| Travel (Non M&E) Expenses | 4,879.56 |
| Lexis Research | 114.80 |
| Westlaw Research | 39.60 |
| Conference Calling Services | 101.58 |
| Practice Support - Relativity Data Hosting | 100.50 |
| Practice Support - Relativity License Fee | 280.00 |
| Practice Support - Relativity Data Processing | 145.00 |
| Pacer Service Center | 57.20 |

Subtotal Other Charges                                               6,537.72

**Total This Invoice**                                 **302,820.22  USD**

# EXHIBIT C

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SAN FRANCISCO**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

August 14, 2017
Client:  065419
Matter:  486502
Invoice #:  10905891
STEVEN POTTLE

## INVOICE SUMMARY

| Re: | Restructuring / Distressed Sale |
|-----|---------------------------------|

| | |
|---|---|
| Services Billed | 286,476.50 |
| Other Charges | 8,418.17 |
| **Invoice Total** | **294,894.67  USD** |

TERMS:  DUE UPON RECEIPT

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia  30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, GA 30363**<br>**For the Account Of:  Alston & Bird LLP**<br>ROUTING: ACH: 061000227     WIRE: 121000248<br>Account #:  2000016952111<br>Swift Code:  WFBIUS6S<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# ALSTON & BIRD

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

August 14, 2017
Client:  065419
Matter:  486502
Invoice #:  10905891
STEVEN POTTLE

Re:          Restructuring / Distressed Sale

For services rendered on the above-referenced matter:

## B - Asset Disposition

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/04/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Draft and revise notice of sale of miscellaneous goods to CryoLife. |
| 07/05/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Prepare and finalize notice of sale for miscellaneous goods of de minimis value. |
| 07/05/2017 | DAVID WENDER | 0.20 | 140.00 | .Attention to Cryolife sale. |
| 07/07/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up concerning Cryolife sale. |
| 07/09/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Cryolife sale. |
| 07/10/2017 | DAVID WENDER | 0.10 | 70.00 | Email with J. Francis relative to Cryolife sale. |
| 07/11/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Medtronic reclamation demand. |
| 07/12/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up with A. Crouse relative to Cryolife. |
| 07/20/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up relative to Stego asset return. |
| 07/20/2017 | DAVID WENDER | 0.40 | 280.00 | Follow up on Medtronic inventory. |

**SUBTOTAL FOR B - Asset Disposition** **$1,522.50**

## C - Business Operations

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/2017 | DAWNMARIE MATLOCK | 0.10 | 70.00 | Call with MRO regarding access to eCW records. |
| 07/12/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to medical records. |
| 07/12/2017 | DAWNMARIE MATLOCK | 0.50 | 350.00 | Locate and email to D. Wender all documents and correspondence sent to state regarding closure of ED and hospital. |
| 07/12/2017 | DAWNMARIE MATLOCK | 0.20 | 140.00 | Emails with N. Luria and D. Wender regarding CeloNova research agreement and process to transfer records. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/13/2017 | DAWNMARIE MATLOCK | 0.60 | 420.00 | Calls with Louisiana Board of Pharmacy regarding closure of hospital pharamacy, confirmation no futher action is required and email to N. Luria regarding same. |
| 07/13/2017 | DAWNMARIE MATLOCK | 0.30 | 210.00 | Emails with L. Peterson regarding DEA related information. |
| 07/15/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to potential settlement. |
| 07/17/2017 | DAWNMARIE MATLOCK | 0.20 | 140.00 | Emails with N. Luria and J. Maloney regarding eCW migration issues. |
| 07/18/2017 | DAWNMARIE MATLOCK | 0.40 | 280.00 | Emails and call with B. Schwartz regarding continuing issues with eCW data migration and email to N. Luria regarding same. |
| 07/19/2017 | DAWNMARIE MATLOCK | 0.50 | 350.00 | Call with N. Luria and eCW outside counsel regarding issues related to migration of data. |

**SUBTOTAL FOR C - Business Operations**                                          **$2,380.00**

## D - Case Administration

| | | | | |
|---|---|---|---|---|
| 07/05/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Call with PCF officer to inquire about funds on deposit potentially available for Debtors' use; email G. Stein regarding letter on the same. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Review list of undeliverable mailings provided by GCG. |
| 07/10/2017 | SAGE SIGLER | 0.80 | 532.00 | Address stay relief motions in connection with medical malpractice claims including emails with K. Holland and N. Luria regarding the same. |
| 07/12/2017 | SAGE SIGLER | 0.20 | 133.00 | Confer with D. Wender regarding the transition of medical records. |
| 07/13/2017 | DAVID WENDER | 0.30 | 210.00 | Review emails relative to case status. |

**SUBTOTAL FOR D - Case Administration**                                          **$1,295.00**

## E - Claims Administration

| | | | | |
|---|---|---|---|---|
| 07/05/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of informal proof of claim law. |
| 07/05/2017 | DAVID WENDER | 0.10 | 70.00 | Review draft stipulation regarding MidCap. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Email to I. Nicklesberg, G. Stein regarding claims register. |
| 07/07/2017 | SAGE SIGLER | 0.10 | 66.50 | Respond to inquiry regarding bar date. |
| 07/10/2017 | SAGE SIGLER | 0.80 | 532.00 | Address solicitation and bar date issues including creditor calls regarding the same and service to additional creditor addresses. |
| 07/13/2017 | DAVID WENDER | 0.30 | 210.00 | Provide response to the Committee concerning unsecured claim inquiry. |
| 07/13/2017 | GRANT STEIN | 0.30 | 210.00 | Review Bar Date inquiry from Crescent City Surgical and respond to inquiry regarding same. |
| 07/13/2017 | SAGE SIGLER | 0.10 | 66.50 | Address creditor inquiry regarding bar date. |

# ALSTON & BIRD

| 07/17/2017 | DAVID WENDER | 0.60 | 420.00 | Analysis of filed claims. |
|---|---|---|---|---|
| 07/25/2017 | SAGE SIGLER | 0.40 | 266.00 | Analyze potential medical malpractice claims and addressed issues relating to the same. |
| 07/26/2017 | DAVID WENDER | 0.10 | 70.00 | Review claim filed by CCG. |
| 07/26/2017 | SAGE SIGLER | 0.70 | 465.50 | Review and analyze filed malpractice claims (.5); emails to N. Luria and K. Holland regarding the same (.2). |
| 07/26/2017 | SAGE SIGLER | 0.80 | 532.00 | Review and analyze medical malpractice claims as filed (.6); email to N. Luria regarding the same (.2). |
| 07/26/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails regarding medical malpractice claim issues. |
| 07/27/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with J. Hayden regarding CCG substantial contribution claim and report regarding same. |
| 07/27/2017 | SAGE SIGLER | 0.20 | 133.00 | Address inquiries regarding administrative claims bar date. |
| 07/27/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails regarding CCG substantial contribution claim. |
| 07/28/2017 | SAGE SIGLER | 0.10 | 66.50 | Respond to inquiry regarding administrative claims deadline. |
| 07/31/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails regarding medical malpractice claims issues. |

**SUBTOTAL FOR E - Claims Administration**      **$4,053.00**

### G - Fee/Employment Applicants

| 07/05/2017 | DAVID WENDER | 0.20 | 140.00 | Review fee application. |
|---|---|---|---|---|
| 07/05/2017 | GRANT STEIN | 1.00 | 700.00 | Revise application for interim compensation and provide same to client to review, and conference with A. Backus regarding finalization for filing. |
| 07/05/2017 | SAGE SIGLER | 0.20 | 133.00 | Address issues related to YCST fee app. |
| 07/06/2017 | GRANT STEIN | 1.60 | 1,120.00 | Review and edit draft bill for June time. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Calls and emails to M. Mintz regarding filing of first interim fee application. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Finalize first interim fee application and exhibits theereto for transmittal to local counsel. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call and email to R. Haas to discuss invoices and exhibits to first interim fee app for Debtor's use in internal billing system. |
| 07/10/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Conduct final review of first interim fee app; send same to local counsel for filing. |
| 07/10/2017 | GRANT STEIN | 0.90 | 630.00 | Prepare fee summary for interim compensation submission. |
| 07/10/2017 | SAGE SIGLER | 0.30 | 199.50 | Confer with Jones Walker and YCST regarding the UST's objections to YCST's fee application. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

Page 5 of 26
Invoice #10905891
August 14, 2017

| 07/11/2017 | GRANT STEIN | 0.40 | 280.00 | Finalize fee summary for interim compensation submission. |
| 07/11/2017 | SAGE SIGLER | 0.20 | 133.00 | Emails with YCST regarding fee applications. |
| 07/21/2017 | GRANT STEIN | 0.40 | 280.00 | Begin preparation for interim compensation hearing. |

**SUBTOTAL FOR G - Fee/Employment Applicants**          **$4,403.00**

## J - Litigation

| 07/01/2017 | GRANT STEIN | 0.50 | 350.00 | Conference with D. Wender regarding strategic issues implicated by the discovery request from King Plaintiffs, and follow up with W. Patrick, T. Manthey, J. Hayden, and B. Furr regarding same. |
| 07/03/2017 | DAVID WENDER | 1.00 | 700.00 | Review and revise documents relative to King discovery. |
| 07/03/2017 | GRANT STEIN | 1.70 | 1,190.00 | Prepare letter to address King Plaintiffs request for a discovery conference, including discussion of plan, disclosure statement, and stay of discovery issues. |
| 07/03/2017 | GRANT STEIN | 0.30 | 210.00 | Follow up with counsel for CCG regarding status of discovery requests and timing on the Rule 26 conference. |
| 07/03/2017 | GRANT STEIN | 7.20 | 5,040.00 | Prepare a motion to stay discovery in the King Adversary. |
| 07/04/2017 | DAVID WENDER | 0.40 | 280.00 | Email relative to King discovery. |
| 07/05/2017 | DAVID WENDER | 0.40 | 280.00 | Review correspondence to B. Barrier. |
| 07/05/2017 | DAVID WENDER | 1.00 | 700.00 | Confer with N. Luria relative to King discovery requests. |
| 07/05/2017 | DAVID WENDER | 0.70 | 490.00 | Confer with the Committee relative to King Discovery. |
| 07/05/2017 | DAVID WENDER | 1.20 | 840.00 | Attention to procedural posture of adversary proceedings. |
| 07/05/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Letter to counsel in Kusnick. |
| 07/05/2017 | GRANT STEIN | 1.50 | 1,050.00 | Prepare for and participate in strategy conference with N. Luria and D. Wender regarding the motion to stay discovery in the King Adversary and the related Rule 26(f) conference. |
| 07/05/2017 | GRANT STEIN | 0.40 | 280.00 | Prepare letter to Kusnick Adversary counsel regarding Section 1125(b) (.4). |
| 07/05/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with A. Backus regarding research on Section 1125(b), Rule 2019, and related areas. |
| 07/05/2017 | GRANT STEIN | 0.30 | 210.00 | Review materials from J. Garfinkle regarding WARN Act analysis. |
| 07/05/2017 | GRANT STEIN | 0.40 | 280.00 | Strategy conference with W. Patrick, C. Nobles, and D. Wender regarding response to letter from King Adversary Plaintiffs, the motion to stay discovery in the King Adversary, and the related Rule 26(f) conference. |

# ALSTON & BIRD

| 07/05/2017 | GRANT STEIN | 0.40 | 280.00 | Review and revise letter to King Plaintiffs in response to the request for a Rule 26 conference and follow up regarding same and motion to stay with L. Futrell and M. Mintz. |
| 07/05/2017 | GRANT STEIN | 1.30 | 910.00 | Begin analysis of the claims register with respect to WARN Act issues. |
| 07/05/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails regarding Weems litigation issues. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Review cases provided by G. Stein discussing opposition to class certification. |
| 07/06/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Research Fifth Circuit law on applicability of Rule 2019 to bankruptcy cases involving class litigation. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Review Fifth Circuit law on class certification in context of bankrupty case; evaluate in light of questions posed by G. Stein. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Review Fifth Circuit law on what qualifies as an "informal proof of claim," particularly with respect to class proof of claims. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Email with W. Hao regarding discovery issue in Weems matter; review discovery provided against that expected from litigants and orchestrate receipt and upload of new material. |
| 07/06/2017 | DAVID WENDER | 0.40 | 280.00 | Participate in conference call relative to discovery. |
| 07/06/2017 | DAVID WENDER | 0.70 | 490.00 | Return call from counsel to the King Plaintiffs. |
| 07/06/2017 | DAVID WENDER | 0.60 | 420.00 | Draft 2019 letter |
| 07/06/2017 | DAVID WENDER | 1.00 | 700.00 | Participate in call relative to WARN act procedures and applicable rules. |
| 07/06/2017 | DAVID WENDER | 0.40 | 280.00 | Email correspondence relative to Rule 26(f) conference. |
| 07/06/2017 | DAVID WENDER | 0.50 | 350.00 | Prepare for discovery conference. |
| 07/06/2017 | GRANT STEIN | 1.10 | 770.00 | Strategy meeting with D. Wender regarding the motion to stay and Rule 2019 issues. |
| 07/06/2017 | GRANT STEIN | 0.40 | 280.00 | Address issues with conference call with King Adversary counsel and defects in the participation process, and follow up with T. Manthey regarding same. |
| 07/06/2017 | GRANT STEIN | 1.30 | 910.00 | Review Rule 2019 case and Colliers, and conference with D. Wender regarding strategy regarding same and current approach to the stay and discovery issues in the WARN Act cases. |
| 07/06/2017 | GRANT STEIN | 0.20 | 140.00 | Review cases on LR 23.1 deadline and provide analysis regarding same. |
| 07/06/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails regarding Weems litigation issues. |
| 07/06/2017 | WILLIAM HAO | 0.40 | 280.00 | Review and consider Weems litigation chronology. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Review draft of motion to stay class proceedings and analyze case law started therein. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 7 of 26
Invoice #10905891
August 14, 2017

| 07/07/2017 | DAVID WENDER | 0.60 | 420.00 | Confer with N. Luria relative to discovery procedures and obligations. |
| 07/07/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails regarding Weems litigation issues. |
| 07/10/2017 | DAVID WENDER | 0.40 | 280.00 | Call with J. Burge relative to discovery. |
| 07/10/2017 | DAVID WENDER | 0.10 | 70.00 | Analyze discovery needs for WARN cases. |
| 07/10/2017 | LESLIE SALCEDO | 0.40 | 142.00 | Prepare binder for W. Hao of plan and disclosure statement. |
| 07/10/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Review and revise draft expert report. |
| 07/10/2017 | WILLIAM HAO | 1.20 | 840.00 | Attend to emails regarding Weems litigation issues. |
| 07/10/2017 | WILLIAM HAO | 0.80 | 560.00 | Attend to Weems document production issues. |
| 07/11/2017 | ALESSANDRA BACKUS | 1.30 | 682.50 | Search debtors' documents for those responsive to document requests related to WARN Act litigation. |
| 07/11/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Review list of employee IDs for which records are missing or improperly matched (.2); Correct items in this list for master list of claims. |
| 07/11/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to renewed mediation. |
| 07/11/2017 | DAVID WENDER | 0.90 | 630.00 | Analysis of information provided to counsel to the WARN plaintiffs. |
| 07/11/2017 | SAGE SIGLER | 0.20 | 133.00 | Correspondence regarding status of WARN settlement negotiations (.1); confer with D. Wender regarding WARN litigant claims (.1). |
| 07/11/2017 | WILLIAM HAO | 0.20 | 140.00 | Call with Clayton regarding Weems litigation issues. |
| 07/11/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails regarding Weems litigation issues. |
| 07/11/2017 | WILLIAM HAO | 1.10 | 770.00 | Attend to Weems document production issues. |
| 07/11/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails regarding Weems expert retention issues. |
| 07/12/2017 | DAVID WENDER | 0.40 | 280.00 | Confer with L. Futrell relative to continued mediation |
| 07/12/2017 | DAVID WENDER | 0.50 | 350.00 | Gather documents for proposed class counsel. |
| 07/12/2017 | GRANT STEIN | 0.30 | 210.00 | Review and provide materials to D. Wender regarding prepetition shutdown planning. |
| 07/12/2017 | LESLIE SALCEDO | 0.50 | 177.50 | Assist W. Hao with Weems litigation and databse. |
| 07/12/2017 | WILLIAM HAO | 1.20 | 840.00 | Review and consider Weems litigation production documents. |
| 07/12/2017 | WILLIAM HAO | 1.00 | 700.00 | Call with A. Sanders regarding Weems litigation issues. |
| 07/12/2017 | WILLIAM HAO | 0.30 | 210.00 | Call with Spaniol regarding Weems litigation issues. |
| 07/12/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails regarding Weems litigation issues. |
| 07/12/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Call with Owens, Elliot Davis regarding expert report issues. |
| 07/12/2017 | WILLIAM HAO | 0.60 | 420.00 | Attend to emails regarding Weems expert retention issues. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/13/2017 | AIMEE SANDERS | 3.20 | 1,424.00 | Develop litigation strategy with W. Hao via conference call and review the Weems task list in preparation for the call (1.5); review of Weems First Production and other case documents (1.3); review emails from J. Frizzell, C. Hartley and associated correspondence regarding emails archives, FTP account creation and matters associated with document review (.4). |
| 07/13/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to continued mediation. |
| 07/13/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to order appointing lead counsel. |
| 07/13/2017 | DAVID WENDER | 0.20 | 140.00 | Gather information concerning shut down. |
| 07/13/2017 | LESLIE SALCEDO | 1.60 | 568.00 | Assist with review of interrogatories served. |
| 07/13/2017 | SAGE SIGLER | 0.10 | 66.50 | Review order appointing interim class counsel. |
| 07/13/2017 | WILLIAM HAO | 0.80 | 560.00 | Call with A. Sanders regarding Weems discovery issues. |
| 07/13/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails regarding Weems litigation issues. |
| 07/13/2017 | WILLIAM HAO | 1.00 | 700.00 | Draft and revise Weems discovery task list. |
| 07/13/2017 | WILLIAM HAO | 1.60 | 1,120.00 | Draft and revise outline of response to disclosure statement objections. |
| 07/13/2017 | WILLIAM HAO | 0.60 | 420.00 | Call with E. Davis regarding Weems litigation issues. |
| 07/13/2017 | WILLIAM HAO | 1.00 | 700.00 | Communicate with E. Davis regarding expert report issues. |
| 07/13/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails regarding Weems expert retention issues. |
| 07/14/2017 | AIMEE SANDERS | 0.20 | 89.00 | Review email and of response to settlement offer |
| 07/14/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to potential discussions with interim lead counsel. |
| 07/14/2017 | DAVID WENDER | 1.10 | 770.00 | Analysis of matters relative to class certification. |
| 07/14/2017 | DAVID WENDER | 0.30 | 210.00 | Review Motion to Certify Class. |
| 07/14/2017 | DAVID WENDER | 0.90 | 630.00 | Confer with N. Luria relative to Employee Claim developments. |
| 07/14/2017 | DAVID WENDER | 1.20 | 840.00 | Call with counsel to the Committee relative to the WARN Act. |
| 07/14/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with A. Backus relative to Motion to Certify. |
| 07/14/2017 | GRANT STEIN | 0.40 | 280.00 | Review the motion for class certification and consider approach to response regarding same. |
| 07/14/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails regarding Weems litigation issues. |
| 07/14/2017 | WILLIAM HAO | 0.30 | 210.00 | Review eCW amended answer. |
| 07/14/2017 | WILLIAM HAO | 0.60 | 420.00 | Attend to communications with defendant parties regarding Weems litigation issues. |
| 07/14/2017 | WILLIAM HAO | 0.60 | 420.00 | Review and consider responses to Change discovery requests. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/16/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to potential WARN settlement. |
| 07/16/2017 | GRANT STEIN | 4.80 | 3,360.00 | Begin drafting response in opposition to motion to certify the Kusnick class and opposition to the motion to set a pre-trial conference. |
| 07/17/2017 | AIMEE SANDERS | 1.60 | 712.00 | Research responses to possible objection to Disclosures submitted at the end of June; review of bankruptcy documents. |
| 07/17/2017 | DAVID WENDER | 1.40 | 980.00 | Gather documents in respect of King informal requests. |
| 07/17/2017 | DAVID WENDER | 2.10 | 1,470.00 | Review Motion to Stay and Response to Motion for Class Certification. |
| 07/17/2017 | DAVID WENDER | 0.60 | 420.00 | Follow up with counsel to the Kusnick Plaintiffs. |
| 07/17/2017 | DAVID WENDER | 0.20 | 140.00 | Confer with N. Luria regarding proposed class action. |
| 07/17/2017 | GRANT STEIN | 0.80 | 560.00 | Supplemental edits to response in opposition to motion to certify the Kusnick class. |
| 07/17/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to Weems document production issues. |
| 07/17/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails regarding Weems litigation issues. |
| 07/18/2017 | ALESSANDRA BACKUS | 3.60 | 1,890.00 | Draft and revise protective order for filing in connection with joint discovery in WARN Act settlement discussions. |
| 07/18/2017 | DAVID WENDER | 0.80 | 560.00 | Review document set for production. |
| 07/18/2017 | DAVID WENDER | 0.20 | 140.00 | Review revised Response to Motion for Class Certification. |
| 07/18/2017 | DAVID WENDER | 1.40 | 980.00 | Confer with G. Stein and N. Luria relative to Class Certification Motion. |
| 07/18/2017 | DAVID WENDER | 0.80 | 560.00 | Draft protective order. |
| 07/18/2017 | DAVID WENDER | 0.90 | 630.00 | Confer with Interim Class Counsel concerning settlement discussions. |
| 07/18/2017 | DAVID WENDER | 1.70 | 1,190.00 | Settlement conference relative to potential WARN Settlement. |
| 07/18/2017 | DAVID WENDER | 0.40 | 280.00 | Advise N. Luria relative to potential WARN Settlement. |
| 07/18/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with D. Wender regarding supplemental edits to response in opposition to motion to certify the Kusnick class. |
| 07/18/2017 | GRANT STEIN | 3.70 | 2,590.00 | Research and edits to response in opposition to motion to certify the Kusnick class. |
| 07/18/2017 | WILLIAM HAO | 1.00 | 700.00 | Communicate with defendants' counsel regarding Weems litigation issues. |
| 07/18/2017 | WILLIAM HAO | 1.00 | 700.00 | Prepare for and call with N. Luria, E. Futrell regarding Weems litigation issues. |
| 07/18/2017 | WILLIAM HAO | 0.80 | 560.00 | Attend to emails regarding potential settlement of Weems litigation. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/18/2017 | WILLIAM HAO | 0.20 | 140.00 | Call with A. Sanders regarding Weems litigation issues. |
| 07/18/2017 | WILLIAM HAO | 0.40 | 280.00 | Review and consider Change second set of discovery requests. |
| 07/18/2017 | WILLIAM HAO | 0.80 | 560.00 | Attend to emails regarding Weems document review issues. |
| 07/18/2017 | WILLIAM HAO | 0.80 | 560.00 | Communicate with experts regarding Weems expert report issues. |
| 07/18/2017 | WILLIAM HAO | 0.50 | 350.00 | Draft and revise responses to Change discovery requests. |
| 07/19/2017 | DAVID WENDER | 1.90 | 1,330.00 | Revise Response to Certification Motion. |
| 07/19/2017 | DAVID WENDER | 0.60 | 420.00 | Review draft protective order. |
| 07/19/2017 | DAVID WENDER | 0.70 | 490.00 | Attention to potential continued mediation. |
| 07/19/2017 | DAVID WENDER | 1.80 | 1,260.00 | Multiple conference calls relative to proposed mediation. |
| 07/19/2017 | GRANT STEIN | 2.80 | 1,960.00 | Supplemental revisions to the response in opposition to motion to certify the Kusnick class to add analysis of the class certification argument and supplemental case law on the interface of class actions with the plan process. |
| 07/19/2017 | LESLIE SALCEDO | 1.00 | 355.00 | Assist with review of pst files. |
| 07/19/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to communications regarding potential settlement of Weems litigation. |
| 07/19/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Review and comment on expert reports. |
| 07/19/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding Weems litigation issues. |
| 07/19/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider eCW discovery requests. |
| 07/20/2017 | AIMEE SANDERS | 3.50 | 1,557.50 | Document Review Coordination; Research of litigation objections; review of the Disclosure filed on 06/29/17. |
| 07/20/2017 | DAVID WENDER | 1.20 | 840.00 | Prepare for potential mediation. |
| 07/20/2017 | DAVID WENDER | 0.50 | 350.00 | Confer with counsel relative to potential settlement and mediation. |
| 07/20/2017 | DAVID WENDER | 0.60 | 420.00 | Revise opposition to class certification. |
| 07/20/2017 | DAVID WENDER | 0.70 | 490.00 | Gather information in response of informal request from Outten Golden. |
| 07/20/2017 | DAVID WENDER | 0.30 | 210.00 | Communicate with N. Luria relative to Outten mediation conversation. |
| 07/20/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Weems litigation. |
| 07/20/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Response to Motion to Certify Class. |
| 07/20/2017 | GRANT STEIN | 2.40 | 1,680.00 | Supplemental edits to the response in opposition to motion to certify the Kusnick class to add further analysis of the claims allowance process and Rule 26(b)(3) superiority standard. |

# ALSTON & BIRD

| 07/20/2017 | GRANT STEIN | 0.20 | 140.00 | Address potential Weems settlement approval logistics and legal requirements. |
|---|---|---|---|---|
| 07/20/2017 | LESLIE SALCEDO | 0.60 | 213.00 | Assist W. Hao with review of second document requests. |
| 07/20/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Communicate with parties regarding potential settlement. |
| 07/20/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to review of documents produced in Weems litigation. |
| 07/20/2017 | WILLIAM HAO | 0.60 | 420.00 | Attend to emails regarding opposition to class certification. |
| 07/21/2017 | AIMEE SANDERS | 1.60 | 712.00 | Discussion regarding strategic plan for document review of discovery produced to date in the case; email to W. Hao; summarizing review plans and meeting notes for file. |
| 07/21/2017 | DAVID WENDER | 0.20 | 140.00 | Prepare for settlement meeting with Outten Golden. |
| 07/21/2017 | DAVID WENDER | 3.30 | 2,310.00 | Participate in meeting with Interim Class Counsel. |
| 07/21/2017 | DAVID WENDER | 0.80 | 560.00 | Attention to potential settlement and continued mediation. |
| 07/21/2017 | GRANT STEIN | 0.40 | 280.00 | Conferences with L. Futrell, W. Hao, and T. Manthey regarding settlement of the Weems/NSC/eCW litigation. |
| 07/21/2017 | LESLIE SALCEDO | 0.50 | 177.50 | Assist W. Hao with preparing motion to extend deadlines. |
| 07/21/2017 | WILLIAM HAO | 0.40 | 280.00 | Call with G. Stein, L. Futrell regarding settlement of Weems litigation. |
| 07/21/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Communicate with counsel for Dr. Weems regarding settlement. |
| 07/21/2017 | WILLIAM HAO | 0.60 | 420.00 | Communicate with counsel for Change regarding settlement. |
| 07/21/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Attend to emails regarding Weems settlement issues. |
| 07/22/2017 | GRANT STEIN | 2.40 | 1,680.00 | Review W. Patrick edits to the response in opposition to the motion to certify the Kusnick Adversary as a class action and initiate revisions regarding same. |
| 07/22/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Draft and revise Weems settlement agreement. |
| 07/23/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise Weems settlement agreement. |
| 07/24/2017 | AIMEE SANDERS | 5.50 | 2,447.50 | Research and summary on a series of possible objections to the disclosures submitted by LHH; Investigate sources of additional objections; review of case file |
| 07/24/2017 | ALESSANDRA BACKUS | 0.10 | 52.50 | Discussion with D. Wender regarding mediation strategy. |
| 07/24/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Weems settlement communications. |
| 07/24/2017 | DAVID WENDER | 0.30 | 210.00 | Prepare for Mediation. |
| 07/24/2017 | DAVID WENDER | 5.00 | 3,500.00 | Participate in Mediation. |

# ALSTON & BIRD

| 07/24/2017 | DAVID WENDER | 0.50 | 350.00 | Revise Opposition to Class Certification. |
|---|---|---|---|---|
| 07/24/2017 | DAVID WENDER | 0.50 | 350.00 | Confer with G. Stein post mediation relative to next steps. |
| 07/24/2017 | GRANT STEIN | 0.70 | 490.00 | Edit draft response in opposition to the motion to certify the Kusnick Adversary. |
| 07/24/2017 | WILLIAM HAO | 0.30 | 210.00 | Call with D. Wender regarding Weems settlement issues; attend to emails regarding same. |
| 07/24/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails regarding Weems settlement issues. |
| 07/25/2017 | AIMEE SANDERS | 4.40 | 1,958.00 | Review of draft of responses to potential disclosure statement objections (.2); review of case file in preparation to draft motion to approve settlement and research for 5th Circuit standards for Motion to Approve settlement under Rule 9019 and Section 105. (4.2) |
| 07/25/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Research case law discussing measurement of PDO claims under section 507(a)(4); Research law on similar cases for measurement basis. |
| 07/25/2017 | DAVID WENDER | 0.60 | 420.00 | Attention to potential WARN settlement. |
| 07/25/2017 | DAVID WENDER | 0.20 | 140.00 | Telephone call relative to WARN litigation. |
| 07/25/2017 | DAVID WENDER | 0.10 | 70.00 | Prepare for Rule 26(f) conference. |
| 07/25/2017 | DAVID WENDER | 0.40 | 280.00 | Participate in Rule 36(f) conference. |
| 07/25/2017 | DAVID WENDER | 0.30 | 210.00 | Analysis of claims asserted in WARN action. |
| 07/25/2017 | DAVID WENDER | 3.10 | 2,170.00 | Conference call relative to potential settlement. |
| 07/25/2017 | DAVID WENDER | 0.30 | 210.00 | Analyze King discovery requests. |
| 07/25/2017 | GRANT STEIN | 0.40 | 280.00 | Participate in rule 26(f) conference in the Kusnick case. |
| 07/25/2017 | GRANT STEIN | 2.30 | 1,610.00 | Finalize the working draft of the response in opposition to the Kusnick Plaintiffs Motion to Certify. |
| 07/25/2017 | SAGE SIGLER | 0.30 | 199.50 | Confer with D. Wender regarding the status of the WARN litigation and necessary changes to the plan. |
| 07/25/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails regarding Weems motion to hold deadlines in abeyance. |
| 07/26/2017 | AIMEE SANDERS | 7.40 | 3,293.00 | Draft Motion to Approve Settlement; additional research on objections to forward to W. Hao. (5.2). |
| 07/26/2017 | DAVID WENDER | 0.20 | 140.00 | Proposed revisions to discovery schedule. |
| 07/26/2017 | DAVID WENDER | 0.80 | 560.00 | Review revised Opposition to Class Certification Motion. |
| 07/26/2017 | GRANT STEIN | 4.60 | 3,220.00 | Supplemental and concluding edits to the response in opposition to the Kusnick Plaintiffs Motion to Certify and conference with N. Luria regarding same. |
| 07/26/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and comment on draft opposition to class certification. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/26/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise Weems settlement agreement; Attend to emails regarding same. |
| 07/27/2017 | AIMEE SANDERS | 2.90 | 1,290.50 | Draft Motion to Approve Weems Settlement; draft Affidavit to support motion to Approve Settlement. |
| 07/27/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Opposition to Motion to Certify. |
| 07/27/2017 | DAVID WENDER | 0.60 | 420.00 | Attention to proposed settlement. |
| 07/27/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with D. Wender regarding argument strategy with respect to the opposition to the motion to certify in the Kusnick Adversary. |
| 07/27/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise Weems settlement agreement; attend to emails regarding same. |
| 07/28/2017 | AIMEE SANDERS | 4.10 | 1,824.50 | Conference with W. Hao regarding Affidavit, and changes to Motion (.6); draft Affidavit of N. F. Luara in support of Rule 9019 Motion. |
| 07/28/2017 | DAVID WENDER | 0.20 | 140.00 | Review pleadings relative to class certification. |
| 07/28/2017 | GRANT STEIN | 0.60 | 420.00 | Review CCG opposition to motion to certify, King Motion to Vacate and Motion to Continue. |
| 07/28/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and revise Weems settlement agreement motion. |
| 07/31/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Discovery timeline. |
| 07/31/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of information from the King Plaintiffs. |
| 07/31/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and revise Weems settlement agreement motion. |

**SUBTOTAL FOR J - Litigation**                                      **$132,612.50**

## L - Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 07/03/2017 | DAVID WENDER | 1.10 | 770.00 | Email correspondence relative to Employee PDO claim. |
| 07/05/2017 | ALESSANDRA BACKUS | 3.50 | 1,837.50 | Research Fifth Circuit law on the restriction under section 1125(b) of soliciting acceptance/rejection of a plan pre-disclosure statement approval (1.3); research Fifth Circuit law on applicability of Bankr. R. 2019 to parties coalescing for or against a plan, including class counsel (1.5); review draft motion to impose stay with regard to WARN Act adversary proceedings (.4); confer with G. Stein regarding all of the above (.3). |
| 07/05/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Review claims register for number of employee claims filed thus far; email to G. Stein, D. Wender, W. Hao regarding class certification. |
| 07/05/2017 | DAVID WENDER | 0.30 | 210.00 | Analysis of employee claims. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Call with GCG to discuss ability to cross reference list of scheduled employees with claims register to comile list of employeee claims filed against Debtors. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/06/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Meeting with G. Stein, D. Wender to discuss response to WARN Act plaintiffs' discovery requests and potential objection to disclosure statement. |
| 07/06/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Review claims register as of July 6 to anticipate number and type of claims filed before passing of bar date. |
| 07/06/2017 | ALESSANDRA BACKUS | 1.10 | 577.50 | Review list of employee claims provided by GCG and determine origin of claims lodged by employees whose claims do not stem from employment by Debtors. |
| 07/06/2017 | DAVID WENDER | 1.40 | 980.00 | Analysis of employee claim matters. |
| 07/06/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with B. Patrick relative to potential settlement structure. |
| 07/06/2017 | GRANT STEIN | 0.70 | 490.00 | Conferences with W. Patrick and D. Wender regarding meet and confer with King Plaintiffs and plan structure with settlement. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with vendor discussing status of proof of claim and rights as a holder of a GUC generally. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Review Fifth Circuit case law on third party releases in chapter 11 plans as it applies to settlements of employee claims. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Calls to creditors in responses to inquiries regarding plan and disclosure statement. |
| 07/07/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Review vendor inquiry into rejection of contract and bar date on related rejection damages (.2); call vendor's counsel to discuss the same (.1). |
| 07/07/2017 | DAVID WENDER | 0.70 | 490.00 | Analyze plan structural issues. |
| 07/07/2017 | DAVID WENDER | 1.30 | 910.00 | Review claims in respect of employees. |
| 07/07/2017 | GRANT STEIN | 0.70 | 490.00 | Status and strategy conference with N. Luria and D. Wender to discuss the plan and WARN Act claim resolution. |
| 07/07/2017 | GRANT STEIN | 1.30 | 910.00 | Conference call with W. Patrick, B. Furr, and D. Wender regarding WARN Act settlement and plan structure, and follow up report to N. Luria regarding same. |
| 07/08/2017 | DAVID WENDER | 3.00 | 2,100.00 | Multiple telephone conferences relative to potential settlement of Employee Claims. |
| 07/08/2017 | GRANT STEIN | 0.70 | 490.00 | Prepare outline of analysis for D. Wender re issues implicated by the potential WARN Act settlement and plan structure. |
| 07/08/2017 | GRANT STEIN | 0.90 | 630.00 | Conference call with B. Barriere, W. Patrick, B. Furr, and D. Wender regarding issues implicated by the potential WARN Act settlement and plan structure. |
| 07/08/2017 | GRANT STEIN | 1.20 | 840.00 | Report to and conference call with N. Luria regarding issues implicated by the potential WARN Act settlement and plan structure, and draft emails to participating counsel regarding same. |
| 07/09/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of plan strategy. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/09/2017 | MICHAEL SENGER | 0.60 | 243.00 | Research FICA tax withholding under WARN Act. |
| 07/10/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of issues raised by Medtronic. |
| 07/10/2017 | DAVID WENDER | 1.70 | 1,190.00 | Analysis of Plan structure. |
| 07/10/2017 | DAVID WENDER | 1.90 | 1,330.00 | Review employee claims. |
| 07/10/2017 | GRANT STEIN | 0.30 | 210.00 | Review WARN Act settlement structure materials. |
| 07/10/2017 | GRANT STEIN | 0.10 | 70.00 | Analyze information request from King Adversary parties. |
| 07/10/2017 | MICHAEL SENGER | 1.00 | 405.00 | Report on FICA tax withholding obligations under the WARN Act. |
| 07/10/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider disclosure statement and plan. |
| 07/11/2017 | DAVID WENDER | 1.70 | 1,190.00 | Revise Disclosure Statement based on potential WARN Class Settlement. |
| 07/11/2017 | DAVID WENDER | 0.30 | 210.00 | Review employee claims. |
| 07/11/2017 | DAVID WENDER | 0.30 | 210.00 | Prepare for Employee discovery call. |
| 07/11/2017 | DAVID WENDER | 1.60 | 1,120.00 | Conference call relative to request for information in respect of potential WARN Settlement. |
| 07/11/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to employee claims. |
| 07/11/2017 | GRANT STEIN | 0.60 | 420.00 | Address mediation strategic issues with a modified plan structure. |
| 07/11/2017 | SAGE SIGLER | 0.50 | 332.50 | Review the motion to approve solicitation procedures and conferred with L. Futrell regarding the same. |
| 07/11/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding disclosure statement issues. |
| 07/12/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Cull debtors employee benefits records for any policy on waiver of PDO and corresponding benefit (.7); email to G. Stein, D. Wender, S. Sigler regarding the same. |
| 07/12/2017 | BRIAN HARVEL | 0.30 | 204.00 | Conference with D. Wender regarding tax issues. |
| 07/12/2017 | DAVID WENDER | 0.10 | 70.00 | Review emails relative to plan process. |
| 07/12/2017 | DAVID WENDER | 0.70 | 490.00 | Analysis of FICA Tax withholding. |
| 07/12/2017 | DAVID WENDER | 1.10 | 770.00 | Analysis of employee claims. |
| 07/12/2017 | DAVID WENDER | 0.80 | 560.00 | Review and revise disclosure statement. |
| 07/12/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with N. Luria to address mediation strategic issues with a modified plan structure. |
| 07/12/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to research regarding disclosure statement issues. |
| 07/13/2017 | DAVID WENDER | 2.20 | 1,540.00 | Revise disclosure statement in anticipation of class settlement. |
| 07/13/2017 | DAVID WENDER | 0.80 | 560.00 | Analyze potential employee claims related to Severance Policy. |
| 07/13/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of employee claims filed. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 16 of 26
Invoice #10905891
August 14, 2017

| 07/13/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to disclosure statement procedures. |
|---|---|---|---|---|
| 07/13/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with D. Wender regarding settlement status including status of document production responsive to the information request from the King Plaintiffs and follow up with W. Patrick regarding same. |
| 07/13/2017 | GRANT STEIN | 0.50 | 350.00 | Review the order appointing interim class counsel, address the issues it raises with D. Wender, and take steps to begin to address the effect of appointment of interim class counsel. |
| 07/13/2017 | SAGE SIGLER | 0.60 | 399.00 | Call with GCG regarding plan solicitation issues (.4); revise proposed order approving solicitation procedures (.1); conferred with L. Futrell regarding the same (.1). |
| 07/13/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding responses to disclosure statement objections. |
| 07/14/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up relative to Disclosure Statement and Plan. |
| 07/14/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of issues relative to severance claims. |
| 07/14/2017 | GRANT STEIN | 1.00 | 700.00 | Prepare for and status and strategy call with N. Luria, L. Futrell, and D. Wender to address the plan process and the impact of the motion for class certification and response thereto. |
| 07/14/2017 | GRANT STEIN | 1.00 | 700.00 | Conference with W. Patrick, T. Manthey, B. Furr, N. Luria, and D. Wender regarding the impact on the plan process arising out of the selection of interim class counsel and approaches to case resolution. |
| 07/14/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Attend to research regarding disclosure statement objection responses. |
| 07/15/2017 | GRANT STEIN | 0.30 | 210.00 | Analyze proposed settlement structure with King Plaintiffs and follow up regarding same with N. Luria. |
| 07/17/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Preparation for and calls to employees regarding proposed settlement and compromise contained in plan. |
| 07/17/2017 | BECKY BLACKWELL | 1.90 | 484.50 | Per attorney request, provide technical support for e-discovery document review platform; load client data to Relativity workspace; image documents; generate production set; export production set. |
| 07/17/2017 | DAVID WENDER | 0.40 | 280.00 | Telephone call with employee concerning settlement worksheet. |
| 07/17/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to FICA withholding. |
| 07/17/2017 | WILLIAM HAO | 4.00 | 2,800.00 | Attend to research regarding disclosure statement objection responses. |
| 07/18/2017 | BECKY BLACKWELL | 1.60 | 408.00 | Per attorney request, provide technical support for e-discovery document review platform; load client data to Relativity workspace; image documents; generate production set; export production set; post production data sets to FTP; copy opposing production data to secured server location. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/18/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to list of employees who elected to waive benefits and severance. |
| 07/18/2017 | GRANT STEIN | 1.40 | 980.00 | Conferences with D. Wender and N. Luria regarding Kusnick Adversary issues including plan, settlement, and response to information request. |
| 07/18/2017 | GRANT STEIN | 1.30 | 910.00 | Conference call with J. Burge, J. Bruno, T. Peak, B. Furr, W. Patrick, T. Manthey, and D. Wender regarding Plan and employee settlement, and follow up conference with T. Peak, B. Furr, W. Patrick, T. Manthey, and D. Wender regarding same. |
| 07/18/2017 | GRANT STEIN | 0.50 | 350.00 | Conferences with D. Wender and N. Luria regarding Plan and employee settlement. |
| 07/19/2017 | BECKY BLACKWELL | 1.30 | 331.50 | Per attorney request, provide technical support for e-discovery document review platform; process Change production data into Relativity workspace; update dtSearch index. |
| 07/19/2017 | DAVID WENDER | 0.80 | 560.00 | Analysis of employee claims. |
| 07/19/2017 | GRANT STEIN | 1.30 | 910.00 | Address issues raised by W. Patrick inquiry on approach to settlement, conferences with D. Wender and N. Luria regarding same, and follow up with L. Futrell regarding status and strategy. |
| 07/19/2017 | GRANT STEIN | 1.00 | 700.00 | Conference call with W. Patrick and D. Wender regarding approach to settlement and report to N. Luria regarding same. |
| 07/19/2017 | WILLIAM HAO | 1.20 | 840.00 | Attend to research regarding disclosure statement objection responses. |
| 07/20/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to disclosure statement and plan solicitation. |
| 07/20/2017 | DAVID WENDER | 0.40 | 280.00 | Analysis of employee claims. |
| 07/20/2017 | GRANT STEIN | 0.60 | 420.00 | Conference with D. Wender regarding discussion with Interim Class Counsel with respect to settlement and mediation. |
| 07/20/2017 | GRANT STEIN | 1.10 | 770.00 | Revise Disclosure Statement. |
| 07/20/2017 | GRANT STEIN | 1.60 | 1,120.00 | Address WARN Act settlement parameters from W. Patrick and B. Furr. |
| 07/20/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding disclosure statement objection responses. |
| 07/21/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Plan and Disclosure Statement to address reclamation. |
| 07/21/2017 | DAVID WENDER | 0.20 | 140.00 | Review information concerning employee claimants not reflected in Debtor's books and records. |
| 07/21/2017 | GRANT STEIN | 0.80 | 560.00 | Conferences with N. Luria, D. Wender, and W. Patrick regarding results of the settlement meeting with Kusnick Plaintiffs. |
| 07/21/2017 | GRANT STEIN | 0.40 | 280.00 | Conferences with W. Patrick and D. Wender regarding potential plan amendments. |
| 07/21/2017 | GRANT STEIN | 0.10 | 70.00 | Review response from the Committee to the Kusnick Plaintiffs regarding mediation. |

# ALSTON & BIRD

| 07/21/2017 | GRANT STEIN | 0.80 | 560.00 | Conference with M. Bair regarding Weems case, Kusnick Adversary, King Adversary, Mediation, and Plan status. |
|---|---|---|---|---|
| 07/21/2017 | GRANT STEIN | 1.00 | 700.00 | Conferences with D. Wender and N. Luria regarding strategies for settlement meeting with Kusnick Plaintiffs. |
| 07/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding disclosure statement objection responses. |
| 07/22/2017 | DAVID WENDER | 0.40 | 280.00 | Review revised Plan. |
| 07/22/2017 | DAVID WENDER | 0.60 | 420.00 | Attention to proposed revisions to the Plan. |
| 07/22/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with D. Wender regarding Plan edits suggested by the Committee. |
| 07/24/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Review committee markup to plan adjusting employee settlement. |
| 07/24/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Review amounts proposed by committee counel for adjusted settlement against figures prepared by SOLIC. |
| 07/24/2017 | DAVID WENDER | 0.30 | 210.00 | Prepare for Motion to Approve Disclosure Statement. |
| 07/24/2017 | DAVID WENDER | 1.10 | 770.00 | Analyze matter relative to revised Plan and Disclosure Statement. |
| 07/24/2017 | GRANT STEIN | 2.20 | 1,540.00 | Revise draft plan and Employee Settlement spreadsheet to reflect potential agreement. |
| 07/24/2017 | GRANT STEIN | 4.60 | 3,220.00 | Prepare for and participate in telephonic mediation with Judge Summerhays, and post call-strategy and structuring discussions with N. Luria, L. Futrell, B. Patrick, and D. Wender. |
| 07/24/2017 | GRANT STEIN | 0.80 | 560.00 | Conferences with N. Luria and D. Wender re settlement of the King and Kusnick Adversaries. |
| 07/24/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Attend to research regarding disclosure statement objection responses. |
| 07/25/2017 | ALESSANDRA BACKUS | 0.50 | 262.50 | Review GCG comements to order on draft proposed order. |
| 07/25/2017 | DAVID WENDER | 2.20 | 1,540.00 | Attention to revised plan. |
| 07/25/2017 | GRANT STEIN | 0.20 | 140.00 | Analyze revised Employee Settlement Spreadsheet calculation. |
| 07/25/2017 | GRANT STEIN | 1.50 | 1,050.00 | Conference with D. Wender regarding edits to the draft plan and Employee Settlement spreadsheet and provide same to the working group (W. Patrick, B. Furr, J. Hayden) with comments and explanations. |
| 07/25/2017 | GRANT STEIN | 0.50 | 350.00 | Review and consider W. Patrick plan revisions and initial report regarding same to N. Luria. |
| 07/25/2017 | GRANT STEIN | 2.40 | 1,680.00 | Conference call with W. Patrick. B. Barriere, J. Bruno, B. Furr, and D. Wender regarding settlement of the King Adversary and application of terms to all former employees in the plan. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/25/2017 | GRANT STEIN | 1.40 | 980.00 | Conference with W. Patrick regarding WARN Act settlement fee structure and issues related thereto, and reports regarding same to D. Wender and N. Luria. |
| 07/25/2017 | GRANT STEIN | 0.20 | 140.00 | Review and distribute US Trustee questions on the plan releases. |
| 07/25/2017 | GRANT STEIN | 0.40 | 280.00 | Address supplemental plan edits by D. Wender to memorialize the King Adversary settlement. |
| 07/25/2017 | LESLIE SALCEDO | 0.20 | 71.00 | Email ballots and notice to W. Hao. |
| 07/25/2017 | WILLIAM HAO | 4.00 | 2,800.00 | Attend to research regarding disclosure statement objection responses. |
| 07/25/2017 | WILLIAM HAO | 8.00 | 5,600.00 | Draft and revise disclosure statement objection responses. |
| 07/26/2017 | DAVID WENDER | 1.50 | 1,050.00 | Revise Joint Plan. |
| 07/26/2017 | DAVID WENDER | 2.30 | 1,610.00 | Revise Disclosure Statement. |
| 07/26/2017 | DAVID WENDER | 0.80 | 560.00 | Conference with N. Luria relative to revised Employee Settlement. |
| 07/26/2017 | DAVID WENDER | 0.30 | 210.00 | Follow up with counsel to King Plaintiffs concerning comments to Disclosure Statement. |
| 07/26/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to UST release inquiry. |
| 07/26/2017 | DAVID WENDER | 0.90 | 630.00 | Analysis of potential response in support of Disclosure Statement. |
| 07/26/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of CMS claim letter. |
| 07/26/2017 | GRANT STEIN | 0.20 | 140.00 | Address CMS comments on the plan and disclosure statement. |
| 07/26/2017 | GRANT STEIN | 0.30 | 210.00 | Address supplemental plan edits by D. Wender to memorialize the KIng Adversary settlement. |
| 07/26/2017 | GRANT STEIN | 0.90 | 630.00 | Prepare for and participate in status conference with N. Luria and D. Wender to address the plan modifications, disclosure statement hearing, and opposition to certification of the Kusnick Adversary as a class. |
| 07/26/2017 | GRANT STEIN | 3.20 | 2,240.00 | Address US Trustee concerns regarding plan releases, conference with D. Wender regarding same, and follow up with M. Langston, J. Hayden, and B. Furr regarding same. |
| 07/26/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with D. Wender regarding modifications to the ballot. |
| 07/26/2017 | GRANT STEIN | 1.30 | 910.00 | Edit the revised draft disclosure statement. |
| 07/26/2017 | WILLIAM HAO | 4.50 | 3,150.00 | Draft and revise disclosure statement objection responses. |
| 07/27/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Disclosure Statement. |
| 07/27/2017 | DAVID WENDER | 0.30 | 210.00 | Revise Joint Plan. |
| 07/27/2017 | GRANT STEIN | 0.80 | 560.00 | Review Gifted Nurses disclosure statement objection and begin work on a reply. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 20 of 26
Invoice #10905891
August 14, 2017

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/27/2017 | GRANT STEIN | 2.40 | 1,680.00 | Prepare direct examination outline for N. Luria for the Disclosure Statement hearing. |
| 07/27/2017 | GRANT STEIN | 1.00 | 700.00 | Conference with N. Luria re Disclosure Statement amendments, and the upcoming disclosure statement hearing, and report regarding same to D. Wender. |
| 07/27/2017 | GRANT STEIN | 0.90 | 630.00 | Prepare for and conference with M. Langston regarding US Trustee questions on the release and exculpations and report to the working group regarding same. |
| 07/27/2017 | LESLIE SALCEDO | 0.60 | 213.00 | Obtain cited cases for reply to disclosure statement objections. |
| 07/27/2017 | SAGE SIGLER | 2.90 | 1,928.50 | Calls with Garden City Group regarding solicitation and balloting procedures (.8); review of motion, proposed order and ballots in connection with the same and revisions to the disclosure statement order in connection with the same (1.4); conferred with Alston team regarding necessary changes to the plan and disclosure statement with respect to administrative and rejection damage claims (.7). |
| 07/27/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Attend to research regarding objections to disclosure statement. |
| 07/27/2017 | WILLIAM HAO | 0.30 | 210.00 | Review and consider Gifted Nurses objection to disclosure statement. |
| 07/27/2017 | WILLIAM HAO | 0.60 | 420.00 | Review and consider revised disclosure statement and plan. |
| 07/28/2017 | DAVID WENDER | 1.60 | 1,120.00 | Review objections to disclosure statement. |
| 07/28/2017 | DAVID WENDER | 1.60 | 1,120.00 | Revise Plan. |
| 07/28/2017 | DAVID WENDER | 0.10 | 70.00 | Prepare for disclosure statement hearing. |
| 07/28/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Disclosure Statement. |
| 07/28/2017 | GRANT STEIN | 1.30 | 910.00 | Review and analyze Kusnick objection to the disclosure statement and provide strategic comments for us in the reply. |
| 07/28/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with D. Wender and W. Hao regarding reply to objection to the Disclosure Statement. |
| 07/28/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with D. Wender regarding Disclosure Statement edits and preparation for the Disclosure Statement Hearing. |
| 07/28/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with W. Patrick regarding plan and disclosure statement status and prosecution. |
| 07/28/2017 | LESLIE SALCEDO | 0.30 | 106.50 | Obtain requested docket and pleadings for W. Hao |
| 07/28/2017 | SAGE SIGLER | 2.60 | 1,729.00 | Review and revise plan and disclosure statement. |
| 07/28/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Draft and revise response to objections to disclosure statement approval. |
| 07/28/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research regarding responses to objections to disclosure statement. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 07/28/2017 | WILLIAM HAO | 0.20 | 140.00 | Call with S. Stein, D. Wender regarding response to objections to disclosure statement. |
| 07/28/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider objections to disclosure statement and WARN Act adversary proceeding pleadings. |
| 07/29/2017 | DAVID WENDER | 1.10 | 770.00 | Revise Disclosure Statement. |
| 07/29/2017 | SAGE SIGLER | 0.40 | 266.00 | Emails with David Wender regarding the plan and disclosure statement (.1); further review and revisions to the plan and disclosure statement (.3). |
| 07/29/2017 | WILLIAM HAO | 6.00 | 4,200.00 | Draft and revise disclosure statement objection responses. |
| 07/29/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to research regarding responses to objections to disclosure statement. |
| 07/30/2017 | DAVID WENDER | 0.50 | 350.00 | Revise Disclosure Statement. |
| 07/30/2017 | SAGE SIGLER | 2.10 | 1,396.50 | Revisions to the plan and disclosure statement. |
| 07/30/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Review and revise responses to disclosure statement objections. |
| 07/31/2017 | DAVID WENDER | 1.60 | 1,120.00 | Revise Disclosure Statement. |
| 07/31/2017 | DAVID WENDER | 0.80 | 560.00 | Analyze Reply to Disclosure Statement Objections. |
| 07/31/2017 | DAVID WENDER | 4.10 | 2,870.00 | Prepare for DS hearing. |
| 07/31/2017 | DAVID WENDER | 0.60 | 420.00 | Confer with N. Luria concerning Disclosure Statement Hearing. |
| 07/31/2017 | DAVID WENDER | 0.30 | 210.00 | Call to counsel to Gifted Nurses. |
| 07/31/2017 | DAVID WENDER | 1.10 | 770.00 | Call to discuss revisions to Plan and Disclosure Statement. |
| 07/31/2017 | GRANT STEIN | 1.90 | 1,330.00 | Edit response to Gifted Nurses and Kusnick objections to the disclosure statement and follow up with the working group and the Committee regarding finalization regarding same, and strategic issues implicated by the response or the upcoming hearing. |
| 07/31/2017 | GRANT STEIN | 1.30 | 910.00 | Review the Committee responses to the Kusnick Disclosure Statement Objection and to the request to continue the Motion to Certify the Kusnick Adversary, and address the strategic issues implicated by the drafts. |
| 07/31/2017 | GRANT STEIN | 0.10 | 70.00 | Review Bruno engagement agreements. |
| 07/31/2017 | SAGE SIGLER | 1.10 | 731.50 | Finalize revised order approving disclosure statement (.3); review and analysis of objections to approval of disclosure statement (.8). |
| 07/31/2017 | WILLIAM HAO | 0.60 | 420.00 | Review and consider draft responses to objections to disclosure statement. |
| 07/31/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Further review and revise reponse to objections to disclosure statement. |
| 07/31/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails regarding responses to objection to disclosure statement. |

# ALSTON & BIRD

| 07/31/2017 | WILLIAM HAO | 1.20 | 840.00 | Review and consider revisions to disclosure statement and plan. |
|---|---|---|---|---|

**SUBTOTAL FOR L - Plan and Disclosure Statement**      **$131,609.50**

### M - Relief From Stay Proceedings

| 07/14/2017 | SAGE SIGLER | 0.40 | 266.00 | Review Toney stay relief motion (.1); draft proposed consent order regarding the same (.2); email to counsel for the Toneys regarding the foregoing (.1). |
|---|---|---|---|---|
| 07/17/2017 | SAGE SIGLER | 0.20 | 133.00 | Finalize consent order on stay relief motion and emails with opposing counsel regarding the same. |
| 07/26/2017 | SAGE SIGLER | 0.20 | 133.00 | Review stay relief motion and email to K. Holland regarding the same. |
| 07/31/2017 | SAGE SIGLER | 0.50 | 332.50 | Confer with counsel for Kevin Wise regarding stay relief motion (.2); draft and finalize consent order in connection with the same (.2); emails with K. Holland and L. Futrell regarding the same (.1). |

**SUBTOTAL FOR M - Relief From Stay Proceedings**      **$864.50**

### Q - Data Analysis

| 07/17/2017 | ALESSANDRA BACKUS | 1.70 | 892.50 | Review and file Debtors' MORs for June 2017. |
|---|---|---|---|---|

**SUBTOTAL FOR Q - Data Analysis**      **$892.50**

### U - Tax Issues

| 07/08/2017 | BRIAN HARVEL | 0.80 | 544.00 | WARN - Research tax rules. |
|---|---|---|---|---|

**SUBTOTAL FOR U - Tax Issues**      **$544.00**

### Z - Non-Working Travel Time

| 07/20/2017 | DAVID WENDER | 4.40 | 3,080.00 | Non-working travel. |
|---|---|---|---|---|
| 07/21/2017 | DAVID WENDER | 4.60 | 3,220.00 | Nonworking travel (on-flight wifi not operational) |

**SUBTOTAL FOR Z - Non-Working Travel Time**      **$6,300.00**

TASK CODE SUMMARY:

| | | | |
|---|---|---|---|
| DAVID WENDER | 1.50 hours at 700/HR = | | 1,050.00 |
| ALESSANDRA BACKUS | 0.90 hours at 525/HR = | | 472.50 |
| **Sub-total Task:  B - Asset Disposition** | | **2.40 hrs** | **1,522.50** |
| DAVID WENDER | 0.60 hours at 700/HR = | | 420.00 |
| DAWNMARIE MATLOCK | 2.80 hours at 700/HR = | | 1,960.00 |
| **Sub-total Task:  C - Business Operations** | | **3.40 hrs** | **2,380.00** |
| DAVID WENDER | 0.30 hours at 700/HR = | | 210.00 |
| SAGE SIGLER | 1.00 hours at 665/HR = | | 665.00 |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 23 of 26
Invoice #10905891
August 14, 2017

| | | | |
|---|---|---|---|
| ALESSANDRA BACKUS | 0.80 hours at 525/HR = | | 420.00 |
| **Sub-total Task: D - Case Administration** | | **2.10 hrs** | **1,295.00** |
| | | | |
| DAVID WENDER | 1.30 hours at 700/HR = | | 910.00 |
| GRANT STEIN | 0.60 hours at 700/HR = | | 420.00 |
| WILLIAM HAO | 0.70 hours at 700/HR = | | 490.00 |
| SAGE SIGLER | 3.20 hours at 665/HR = | | 2,128.00 |
| ALESSANDRA BACKUS | 0.20 hours at 525/HR = | | 105.00 |
| **Sub-total Task: E - Claims Administration** | | **6.00 hrs** | **4,053.00** |
| | | | |
| DAVID WENDER | 0.20 hours at 700/HR = | | 140.00 |
| GRANT STEIN | 4.30 hours at 700/HR = | | 3,010.00 |
| SAGE SIGLER | 0.70 hours at 665/HR = | | 465.50 |
| ALESSANDRA BACKUS | 1.50 hours at 525/HR = | | 787.50 |
| **Sub-total Task: G - Fee/Employment Applicants** | | **6.70 hrs** | **4,403.00** |
| | | | |
| DAVID WENDER | 54.10 hours at 700/HR = | | 37,870.00 |
| GRANT STEIN | 44.90 hours at 700/HR = | | 31,430.00 |
| WILLIAM HAO | 56.90 hours at 700/HR = | | 39,830.00 |
| SAGE SIGLER | 0.60 hours at 665/HR = | | 399.00 |
| ALESSANDRA BACKUS | 11.70 hours at 525/HR = | | 6,142.50 |
| AIMEE SANDERS | 34.40 hours at 445/HR = | | 15,308.00 |
| LESLIE SALCEDO | 4.60 hours at 355/HR = | | 1,633.00 |
| **Sub-total Task: J - Litigation** | | **207.20 hrs** | **132,612.50** |
| | | | |
| DAVID WENDER | 51.70 hours at 700/HR = | | 36,190.00 |
| GRANT STEIN | 52.50 hours at 700/HR = | | 36,750.00 |
| WILLIAM HAO | 61.60 hours at 700/HR = | | 43,120.00 |
| BRIAN HARVEL | 0.30 hours at 680/HR = | | 204.00 |
| SAGE SIGLER | 10.20 hours at 665/HR = | | 6,783.00 |
| ALESSANDRA BACKUS | 12.00 hours at 525/HR = | | 6,300.00 |
| MICHAEL SENGER | 1.60 hours at 405/HR = | | 648.00 |
| LESLIE SALCEDO | 1.10 hours at 355/HR = | | 390.50 |
| BECKY BLACKWELL | 4.80 hours at 255/HR = | | 1,224.00 |
| **Sub-total Task: L - Plan and Disclosure Statement** | | **195.80 hrs** | **131,609.50** |
| | | | |
| SAGE SIGLER | 1.30 hours at 665/HR = | | 864.50 |
| **Sub-total Task: M - Relief From Stay Proceedings** | | **1.30 hrs** | **864.50** |
| | | | |
| ALESSANDRA BACKUS | 1.70 hours at 525/HR = | | 892.50 |
| **Sub-total Task: Q - Data Analysis** | | **1.70 hrs** | **892.50** |
| | | | |
| BRIAN HARVEL | 0.80 hours at 680/HR = | | 544.00 |
| **Sub-total Task: U - Tax Issues** | | **0.80 hrs** | **544.00** |
| | | | |
| DAVID WENDER | 9.00 hours at 700/HR = | | 6,300.00 |

# ALSTON & BIRD

---

**Sub-total Task: Z - Non-Working Travel Time**                                          **9.00 hrs**          **6,300.00**

SUMMARY OF SERVICES:

| Timekeeper | Title | Department | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BRIAN HARVEL | PARTNER | FEDERAL & INTERNATIONAL TAX | 1.10 | 680.00 | 748.00 |
| DAWNMARIE MATLOCK | PARTNER | HEALTH CARE | 2.80 | 700.00 | 1,960.00 |
| SAGE SIGLER | PARTNER | BANKRUPTCY | 17.00 | 665.00 | 11,305.00 |
| GRANT STEIN | PARTNER | BANKRUPTCY | 102.30 | 700.00 | 71,610.00 |
| DAVID WENDER | PARTNER | BANKRUPTCY | 118.70 | 700.00 | 83,090.00 |
| ALESSANDRA BACKUS | ASSOCIATE | BANKRUPTCY | 28.80 | 525.00 | 15,120.00 |
| AIMEE SANDERS | ASSOCIATE | BANKRUPTCY | 34.40 | 445.00 | 15,308.00 |
| MICHAEL SENGER | ASSOCIATE | FEDERAL & INTERNATIONAL TAX | 1.60 | 405.00 | 648.00 |
| LESLIE SALCEDO | PARALEGAL | BANKRUPTCY | 5.70 | 355.00 | 2,023.50 |
| BECKY BLACKWELL | CASE SUPPORT | ABSR Case Management | 4.80 | 255.00 | 1,224.00 |
| WILLIAM HAO | STAFF ATTY PG | BANKRUPTCY | 119.20 | 700.00 | 83,440.00 |
| **Totals** | | | **436.40** | | **286,476.50** |

Subtotal Fees                                                                                         286,476.50

OTHER CHARGES:

| | |
|---|---|
| Document Production Charges | 21.01 |
| Tab and Acco Binder Charges | 3.60 |
| UPS Charges | 52.28 |
| Travel (M&E) Expenses (IRS Code Sec 274(n)) | 9.66 |
| Travel (Non M&E) Expenses | 2,273.00 |
| Publication Fees | 2,733.49 |
| Filing Fees | 30.00 |
| Search Fees | 40.00 |
| Lexis Research | 722.41 |
| Westlaw Research | 1,021.21 |
| Conference Calling Services | 191.36 |
| Relativity Data Hosting | 165.75 |
| Relativity License Fee | 280.00 |
| Relativity Data Processing | 777.00 |

# ALSTON & BIRD

| | |
|---|---|
| Pacer Service Center | 97.40 |
| Subtotal Other Charges | 8,418.17 |
| **Total This Invoice** | **294,894.67  USD** |

# EXHIBIT D

# ALSTON & BIRD

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

September 13, 2017
Client:  065419
Matter:  486502
Invoice #:  10911730
STEVEN POTTLE

## INVOICE SUMMARY

| Re: | Restructuring / Distressed Sale |
| --- | --- |

| | |
| --- | --- |
| Services Billed | 267,208.50 |
| Other Charges | 5,365.37 |
| **Invoice Total** | **272,573.87  USD** |

TERMS:  DUE UPON RECEIPT

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
| --- | --- |
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia  30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, GA 30363**<br>**For the Account Of:  Alston & Bird LLP**<br>ROUTING: ACH: 061000227     WIRE: 121000248<br>Account #:  2000016952111<br>Swift Code:  WFBIUS6S<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# ALSTON & BIRD

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615

September 13, 2017
Client: 065419
Matter: 486502
Invoice #: 10911730
STEVEN POTTLE

Re:         Restructuring / Distressed Sale

For services rendered on the above-referenced matter:

## B - Asset Disposition

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/06/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to liquidation analysis and potential distribution. |
| 08/21/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with SOLIC relative to asset disposition. |
| 08/24/2017 | DAVID WENDER | 0.70 | 490.00 | Draft Bill of Sale related to Miscellaneous Asset Sale to Stirling. |

**SUBTOTAL FOR B - Asset Disposition**                    **$910.00**

## D - Case Administration

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/02/2017 | SAGE SIGLER | 0.20 | 133.00 | Addressed issues regarding patient record requests. |
| 08/04/2017 | DAVID WENDER | 0.10 | 70.00 | Review correspondence relative to open matters. |
| 08/04/2017 | GRANT STEIN | 0.30 | 210.00 | Address amendment to Schedules. |
| 08/07/2017 | ALESSANDRA BACKUS | 3.20 | 1,680.00 | Draft and revise motion to Debtors' omnibus motion to reject contracts; combined proposed exhibits contaiuining contracts with respect to the same. |
| 08/07/2017 | GRANT STEIN | 1.70 | 1,190.00 | Edit revised Schedule G on executory contracts and conference with S. Sigler re same, and provide to client and L. Futrell. |
| 08/07/2017 | GRANT STEIN | 1.70 | 1,190.00 | Edit fifth motion to reject executory contracts and address same with A. Backus. |
| 08/07/2017 | SAGE SIGLER | 0.30 | 199.50 | Reviewed motion to reject contracts and conferred with Alessandra Backus and Grant Stein regarding the same. |
| 08/07/2017 | SAGE SIGLER | 0.30 | 199.50 | Reviewed amendment to Schedule G and conferred with Grant Stein regarding the same. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/2017 | ALESSANDRA BACKUS | 4.40 | 2,310.00 | Revise Debtors' fifth motion to reject to include all contract dates for subject contracts (1.5); Finalize fifth motion to reject and email to G. Stein (.4); Revise and revise memorandum of law (.8); Collect addresses for motion and revise complaint (1.5); Revuse motion per comments of G. Stein (.2) |
| 08/08/2017 | DAVID WENDER | 1.60 | 1,120.00 | Analysis of potential distribution and related factors. |
| 08/08/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up concerning Bankruptcy Rule 2019. |
| 08/08/2017 | GRANT STEIN | 0.70 | 490.00 | Supplemental edits to the fifth motion to reject executory contracts. |
| 08/09/2017 | GRANT STEIN | 0.20 | 140.00 | Address filing of amended Schedule G. |
| 08/09/2017 | GRANT STEIN | 0.40 | 280.00 | Review materials re revision to the fifth motion to reject executory contracts and revise same. |
| 08/10/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Rule 2019 Letter |
| 08/15/2017 | GRANT STEIN | 0.90 | 630.00 | Conference with L. Futrell re and finalize fifth motion and order to reject executory contracts including reservation of rights language. |
| 08/17/2017 | DAVID WENDER | 0.40 | 280.00 | Review Outten 2019 submission. |
| 08/18/2017 | GRANT STEIN | 1.00 | 700.00 | Conferences with W. Patrick and D. Wender re Rule 2019 submission and questions about authority of the Kusnick Plaintiffs counsel to act for persons with whom they do not have written representation agreements, and strategy for dealing with same. |
| 08/18/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Research re Rule 2019 compliance issues. |
| 08/21/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Attend to research re Rule 2019 compliance issues. |
| 08/21/2017 | WILLIAM HAO | 1.30 | 910.00 | Draft and revise motion to compel compliance with rule 2019. |
| 08/22/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with N. Luria and D Wender re the Plan Committee and Plan Administrator Agreements. |
| 08/22/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with N. Luria and D Wender re the recent developments with the Rule 2019 filings and submission of a motion seeking relief re same. |
| 08/22/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with L. Futrell re Rule 2019 filings and submission of a motion seeking relief re same and strategies re the King Plaintiffs request for Interlocutory appeal. |
| 08/22/2017 | GRANT STEIN | 0.50 | 350.00 | Conference call with N. Luria, R. Pittman, and R. Stillwell re Med-Mal claims and the Louisiana patients compensation fund. |
| 08/22/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to research re Rule 2019 compliance issues. |
| 08/22/2017 | WILLIAM HAO | 4.00 | 2,800.00 | Draft and revise motion to compel compliance with rule 2019. |
| 08/23/2017 | DAVID WENDER | 0.10 | 70.00 | Review emails relative to case status. |
| 08/23/2017 | DAVID WENDER | 0.80 | 560.00 | Revise Rule 2019 Motion. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 08/23/2017 | GRANT STEIN | 2.10 | 1,470.00 | Edit draft response to the motion to preclude the submission of opt-outs based on the failure of the Outten firm to comply with Bankruptcy Rule 2019. |
| 08/23/2017 | GRANT STEIN | 2.30 | 1,610.00 | Prepare for and conference with W. Hao re Louisiana Med-Mal claims and the Louisiana patients compensation fund, and follow up with S. Duhe and K. Holland re same, and analyze information on claims. |
| 08/23/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Review and revise motion to compel compliance with rule 2019. |
| 08/24/2017 | DAVID WENDER | 0.90 | 630.00 | Revise Draft Rule 2019 pleading. |
| 08/24/2017 | GRANT STEIN | 1.70 | 1,190.00 | Study the status of the Louisiana Med-Mal claims and the Louisiana patients compensation fund claims and follow up with K. Holland and C. Moss, Louisiana PCF. |
| 08/24/2017 | GRANT STEIN | 0.20 | 140.00 | Respond to S. Pittman re status of review of the Louisiana Med-Mal claims and the Louisiana patients compensation fund issues. |
| 08/24/2017 | GRANT STEIN | 1.20 | 840.00 | Review final edit to the draft response to the motion to preclude the submission of opt-outs based on the failure of the Outten firm to comply with Bankruptcy Rule 2019 and follow up re same with N. Luria and W. Patrick. |
| 08/25/2017 | DAVID WENDER | 2.00 | 1,400.00 | Attention to Rule 2019 Statement |
| 08/25/2017 | GRANT STEIN | 0.50 | 350.00 | Review materials from K. Holland re investigation and analysis of the Louisiana Med-Mal claims and the Louisiana patients compensation fund issues. |
| 08/25/2017 | GRANT STEIN | 1.40 | 980.00 | Address W. Patrick questions re the Rule 2019 motion and discuss strategy re filing of same with D. Wender, L. Futrell, W. Patrick, and N. Luria. |
| 08/25/2017 | GRANT STEIN | 0.80 | 560.00 | Meet with W. Hao and A. Backus re investigation and analysis of the Louisiana Med-Mal claims and the Louisiana patients compensation fund issues. |
| 08/25/2017 | GRANT STEIN | 0.40 | 280.00 | Respond to C. Moss and conference with N. Luria re information and analysis of the Louisiana Med-Mal claims and the Louisiana patients compensation fund issues focusing on the Rosenthal claim. |
| 08/25/2017 | WILLIAM HAO | 0.70 | 490.00 | Call w/ Stein, Backus re analysis of medical malpractice claims issues. |
| 08/25/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Review documents and prepare analysis of medical malpractice claims. |
| 08/25/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ K. Holland re medical malpractice claims issues. |
| 08/25/2017 | WILLIAM HAO | 0.80 | 560.00 | Research re medical malpractice patient compensation fund and claim issues. |
| 08/28/2017 | GRANT STEIN | 1.30 | 910.00 | Prepare for and conference call with W. Hao and A. Backus to discuss expiration of Med-Mal insurance and impact on PCF coverage, and related issues. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/28/2017 | GRANT STEIN | 2.40 | 1,680.00 | Conference call with K. Holland, N. Luria, S. Duhe, W. Hao, and A. Backus re expiration of Med-Mal insurance and impact on PCF coverage, and related issues, and follow up with C. Moss, W. Patrick, N. Luria, and A. Backus re same. |
| 08/29/2017 | GRANT STEIN | 1.40 | 980.00 | Follow up on bar date notice inquiry and conference with I. Nickelsberg of GCG and prepare report re same to N. Luria. |
| 08/30/2017 | GRANT STEIN | 1.00 | 700.00 | Conclude initial report to N. Luria on bar date notice inquiry and respond to questions re same. |
| 08/30/2017 | GRANT STEIN | 0.40 | 280.00 | Analyze Louisiana RS 40:1231 |
| 08/30/2017 | GRANT STEIN | 1.40 | 980.00 | Conferences with C. Moss, R. Pittman, and N. Luria re PCF and tail insurance on med-mal claims, and respond to inquiries re same. |
| 08/30/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with I. Nickelsberg re bar date notices. |
| 08/31/2017 | GRANT STEIN | 0.50 | 350.00 | Conference with R. Stillwell re med-mal tail insurance and follow up with S. Pittman and C. Moss re same. |

**SUBTOTAL FOR D - Case Administration**                                **$42,952.00**

**E - Claims Administration**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/03/2017 | SAGE SIGLER | 0.80 | 532.00 | Reviewed data regarding employee claims (.3); reviewed data regarding administrative claims and conferred with Alessandra Backus regarding reconciliation of data (.5). |
| 08/04/2017 | DAVID WENDER | 0.20 | 140.00 | Review claims docket summary. |
| 08/08/2017 | DAVID WENDER | 0.70 | 490.00 | Analysis of disputed claims. |
| 08/08/2017 | GRANT STEIN | 0.40 | 280.00 | Conferences with D. Wender re claims objections. |
| 08/09/2017 | DAVID WENDER | 0.40 | 280.00 | Analysis of potential employee claims. |
| 08/10/2017 | DAVID WENDER | 0.70 | 490.00 | Review employee claims to determine status. |
| 08/11/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to claims analysis. |
| 08/14/2017 | DAVID WENDER | 0.60 | 420.00 | Analyze claims relative to potential objections. |
| 08/14/2017 | DAVID WENDER | 0.20 | 140.00 | Analyze employee claim for inclusion in settlement worksheet. |
| 08/14/2017 | GRANT STEIN | 1.40 | 980.00 | Analyze the CCG administrative expense claim and provide analysis to and conference with N. Luria re same. |
| 08/15/2017 | GRANT STEIN | 0.40 | 280.00 | Respond to and conference with T. Manthey re the CCG administrative expense claim, and report re same to N. Luria. |
| 08/15/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider CCG substantial contribution motion. |
| 08/15/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re CCG substantial contribution claim. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 08/16/2017 | DAVID WENDER | 0.80 | 560.00 | Analyze issue relative to Employee claim amount and proposed employee settlement. |
| 08/17/2017 | DAVID WENDER | 0.40 | 280.00 | Follow up concerning Employee Claim. |
| 08/18/2017 | DAVID WENDER | 0.60 | 420.00 | Analysis of claims and proposed Employee Settlement. |
| 08/18/2017 | DAVID WENDER | 0.10 | 70.00 | Respond to inquiry relative to claim objection. |
| 08/21/2017 | DAVID WENDER | 0.40 | 280.00 | Respond to inquiry from Hollis Bertrand and Cynthia Valentine.. |
| 08/22/2017 | DAVID WENDER | 0.90 | 630.00 | Follow up on employee claim. |
| 08/22/2017 | DAVID WENDER | 1.10 | 770.00 | Analysis of issues related to ECW. |
| 08/23/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to ECW payables. |
| 08/23/2017 | DAVID WENDER | 2.50 | 1,750.00 | Respond to employee inquiries relative to their claims |
| 08/23/2017 | GRANT STEIN | 0.50 | 350.00 | Respond to N. Luria inquiry re employee health claims. |
| 08/23/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re medical malpractice claim issues; Review documents re same. |
| 08/24/2017 | DAVID WENDER | 0.30 | 210.00 | Confer with counsel relative to revised settlement. |
| 08/24/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider pleadings in connection with Kusnick confirmation issues. |
| 08/25/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with Ulmer Berne re Delta Pathology administrative claim |
| 08/28/2017 | WILLIAM HAO | 0.70 | 490.00 | Call w/ Stein, Backus re medical malpractice claim issues. |
| 08/28/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ Luria, Duhe, Stein, Holland, Backus re medical malpractice claim issues. |
| 08/28/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Review and revise chart and analysis of med mal claims. |
| 08/28/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails re medical malpractice claim lift stay ssues. |
| 08/28/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re medical malpractice claims insurance issues. |
| 08/29/2017 | DAVID WENDER | 0.60 | 420.00 | Analysis of employee claim. |
| 08/29/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ W. Pratt, counsel to claimant R. Gruner, re med mal claim opt out; Attend to emails re same. |
| 08/30/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to Employee Inquiry |
| 08/30/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise proposed order re Gruner lift/stay; Attend to emails re same. |
| 08/30/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re medical malpractice claims issues. |
| 08/31/2017 | DAVID WENDER | 0.40 | 280.00 | Respond to inquiry from Bruno and Bruno client. |
| 08/31/2017 | DAVID WENDER | 0.60 | 420.00 | Respond to inquiry from Employee. |
| 08/31/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re medical malpractice issues. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 08/31/2017 | WILLIAM HAO | 0.50 | 350.00 | Communicate w/ W. Pratt re Gruner lift stay motion to be filed. |

**SUBTOTAL FOR E - Claims Administration**  **$17,542.00**

**G - Fee/Employment Applicants**

| | | | | |
|---|---|---|---|---|
| 08/02/2017 | GRANT STEIN | 0.90 | 630.00 | Review filings to prepare for interim compensation hearing. |
| 08/03/2017 | GRANT STEIN | 1.10 | 770.00 | Final preparation for and attendance at interim compensation hearing. |
| 08/10/2017 | GRANT STEIN | 1.80 | 1,260.00 | Work on LHH bill for July time. |
| 08/14/2017 | GRANT STEIN | 0.50 | 350.00 | Finalize Alston & Bird fee summary and distribute same. |
| 08/30/2017 | GRANT STEIN | 0.40 | 280.00 | Prepare request for payment of interim compensation. |

**SUBTOTAL FOR G - Fee/Employment Applicants**  **$3,290.00**

**J - Litigation**

| | | | | |
|---|---|---|---|---|
| 08/01/2017 | AIMEE SANDERS | 1.20 | 534.00 | Review and revision of pleadings. |
| 08/01/2017 | GRANT STEIN | 2.10 | 1,470.00 | Prepare for presentation at the upcoming hearing on the Kusnick motion to certify. |
| 08/01/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re Weems settlement motion. |
| 08/01/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ Futrell re Weems settlement motion. |
| 08/01/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise Weems settlement motion. |
| 08/02/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and revise Weems settlement agreement. |
| 08/02/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re Weems settlement agreement and motion to approve. |
| 08/02/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise motion to approve settlement agreement. |
| 08/03/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider comments from various parties to Weems Settlement Agreement. |
| 08/03/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re Weems settlement agreement and motion to approve. |
| 08/03/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Revise Weems Settlement Agreement and integrate comments from various parties. |
| 08/04/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re Weems settlement agreement and motion to approve. |
| 08/04/2017 | WILLIAM HAO | 0.10 | 70.00 | Call w/ Futrell re: Weems settlement motion. |
| 08/04/2017 | WILLIAM HAO | 0.50 | 350.00 | Communicate w/ Clayton re Weems settlement agreement issues. |
| 08/04/2017 | WILLIAM HAO | 0.20 | 140.00 | Call w/ A. Gilbert re Weems settlement issues. |
| 08/04/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and revise Weems settlement approval motion. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 08/04/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to revisions to Weems settlement agreement. |
| 08/04/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider comments to Weems settlement agreement. |
| 08/05/2017 | GRANT STEIN | 0.60 | 420.00 | Address false information being disseminated by Rose Delaney, and review and analyze waterfall analysis related to same. |
| 08/05/2017 | SAGE SIGLER | 0.40 | 266.00 | Conferred with Grant Stein and David Wender regarding unauthorized solicitation materials. |
| 08/06/2017 | GRANT STEIN | 1.40 | 980.00 | Review law file and address filing a complaint and TRO arising out of the false information being disseminated by Rose Delaney. |
| 08/06/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider potential TRO motion documents. |
| 08/07/2017 | ALESSANDRA BACKUS | 0.60 | 315.00 | Call with LHH to discuss proposed employee settlement and communications amongst former employees. |
| 08/07/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Research Fifth Circuit case law on improper solicitation under section 1125 by use of misleading or inaccurate information by creditor (.7); Research case law on fiduciary duty owed by class representative to class members with respect to the same (.4); Draft email summaraizing results of the same) (.1). |
| 08/07/2017 | DAVID WENDER | 0.70 | 490.00 | Review case law relative to WARN. |
| 08/07/2017 | DAVID WENDER | 3.90 | 2,730.00 | Attention to misinformation from WARN Plaintiffs. |
| 08/07/2017 | GRANT STEIN | 3.50 | 2,450.00 | Revise draft letter to address the false information being disseminated by Rose Delaney and conferences with D. Wender, L. Futrell, W. Patrick, and N. Luria re same. |
| 08/07/2017 | LESLIE SALCEDO | 0.80 | 284.00 | Assist W. Hao with preparing memo in support of TRO |
| 08/07/2017 | SAGE SIGLER | 1.40 | 931.00 | Addressed issues regarding plan balloting and solicitation including calls with Garden City Group (.7); call with Neil Luria regarding unauthorized solicitation materials and review of letter regarding the same (.7). |
| 08/07/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ Luria, Futrell, Sigler, Stein, Wender re solicitation issues. |
| 08/07/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Draft and revise TRO motion re Delaney solicitations in contravention of 1125. |
| 08/07/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails re Weems settlement agreement. |
| 08/07/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re TRO motion, complaint and related documents. |
| 08/07/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and revise Weems settlement agreement per party comments. |
| 08/08/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Update motion for TRO per W. Hao. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 9 of 21
Invoice #10911730
September 13, 2017

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Emails with N. Luria, G. Koutsonicolis, G. Stein, D. Wender, and W. Hao regarding motion for TRO and motion to reject. |
| 08/08/2017 | ALESSANDRA BACKUS | 1.20 | 630.00 | Edit motion and proposed order on TRO for both content and for consistency of defined terms amongst relevant documents. |
| 08/08/2017 | DAVID WENDER | 1.60 | 1,120.00 | Revise Motion for TRO relative to Rose Delaney. |
| 08/08/2017 | DAVID WENDER | 0.40 | 280.00 | Review information relative to false statements made by Rose Delaney. |
| 08/08/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with D. Wender re Delaney complaint and TRO. |
| 08/08/2017 | GRANT STEIN | 2.10 | 1,470.00 | Edit draft Delaney TRO memorandum. |
| 08/08/2017 | WILLIAM HAO | 0.70 | 490.00 | Revise Weems Settlement Agreement and integrate comments from various parties. |
| 08/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems settlement agreement. |
| 08/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Communicate w/ A. Gilbert re Weems settlement issues. |
| 08/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Communicate w/ counsel for NSC and Weems re Weems settlement issues. |
| 08/08/2017 | WILLIAM HAO | 5.00 | 3,500.00 | Draft and revise motion for TRO re unlawful solicitations. |
| 08/08/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re TRO motion issues. |
| 08/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re TRO motion related issues. |
| 08/09/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Draft and revise motion for TRO and proposed order of relief. |
| 08/09/2017 | ALESSANDRA BACKUS | 1.30 | 682.50 | Review and revise complaint to be served alongside motion to enjoin WARN plaintiffs' improper 1125 communioiciations (1.1); Review local rules and orders for proovisions addressing the same (.2). |
| 08/09/2017 | DAVID WENDER | 3.00 | 2,100.00 | Draft pleadings relative to Delaney false statements. |
| 08/09/2017 | DAVID WENDER | 1.50 | 1,050.00 | Communications in furtherance of TRO against Rose Delaney. |
| 08/09/2017 | GRANT STEIN | 1.60 | 1,120.00 | Draft written outline for corrective action by R. Delaney and address same with D. Wender and W. Hao, and prepare response to J. Raisner re same. |
| 08/09/2017 | GRANT STEIN | 2.80 | 1,960.00 | Review developments with respect to R. Delaney communications, conference with D. Wender re strategy and responses to J. Raisner and R. Roupinian re same, and evaluate and modify the revised TRO Motion and draft Complaint. |
| 08/09/2017 | LESLIE SALCEDO | 1.10 | 390.50 | Assist with preparing exhibits to complaint. |
| 08/09/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to finalization of Weems settlement agreement for execution. |
| 08/09/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Draft and revise TRO motion, complaint and related documents. |

# ALSTON & BIRD

| 08/09/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re comments and revisions to TRO motion, complaint, and related documents. |
|---|---|---|---|---|
| 08/09/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to communications w/ Outten Golden re Delaney solicitation issues. |
| 08/10/2017 | DAVID WENDER | 2.70 | 1,890.00 | Attention to Complaint for TRO. |
| 08/10/2017 | DAVID WENDER | 0.40 | 280.00 | Follow up relative to deposition scheduling. |
| 08/10/2017 | DAVID WENDER | 1.40 | 980.00 | Review belated correspondence from counsel to Rose Delaney. |
| 08/10/2017 | GRANT STEIN | 0.30 | 210.00 | Edit the motion for expedited hearing and finding of fact and conclusions of law on the TRO motion in the Delaney adversary. |
| 08/10/2017 | GRANT STEIN | 0.20 | 140.00 | Address discovery strategy issues in the Delaney adversary. |
| 08/10/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with D. Wender regarding strategy for oral argument at Delaney TRO hearing. |
| 08/10/2017 | GRANT STEIN | 1.80 | 1,260.00 | Review R. Delaney response to request for retraction, conference with D. Wender regarding same, and prepare and revise response for consideration. |
| 08/10/2017 | GRANT STEIN | 0.40 | 280.00 | Address Delaney partial retractions. |
| 08/10/2017 | LINA LOCKE WATSON | 0.80 | 228.00 | Cite check (blue book and quotation check) Memo of Law in Support of the Joint Plan Proponents' Emergency Motion for Temporary Restraining Order and Preliminary and Permanent Injunction. |
| 08/10/2017 | WILLIAM HAO | 0.50 | 350.00 | Call w/ R. Deleo re Weems settlement agreement; Attend to emails re same. |
| 08/10/2017 | WILLIAM HAO | 1.20 | 840.00 | Attend to emails re finalization of Weems settlement agreement. |
| 08/10/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Attend to review and finalization of TRO motion and related documents for filing. |
| 08/10/2017 | WILLIAM HAO | 0.30 | 210.00 | Review and consider letter re Delaney solicitation issues. |
| 08/10/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re service of TRO motion and related complaint. |
| 08/11/2017 | DAVID WENDER | 4.50 | 3,150.00 | Attention to TRO and potential resolution. |
| 08/11/2017 | GRANT STEIN | 2.60 | 1,820.00 | Supplemental edits to request for retraction by R. Delaney and address same and strategy for TRO hearing with D. Wender. (2.4); Revise inquiry to A. Hilbert regarding access to former LHH Employee Facebook page. (0.2) |
| 08/11/2017 | LESLIE SALCEDO | 0.30 | 106.50 | Assisted W. Hao with preparing executed version on settlement stipulation. |
| 08/11/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails re finalization of Weems settlement agreement. |
| 08/12/2017 | DAVID WENDER | 1.40 | 980.00 | Email correspondence in furtherance of TRO. |
| 08/13/2017 | DAVID WENDER | 1.10 | 770.00 | Attention to resolution of TRO. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/13/2017 | GRANT STEIN | 0.20 | 140.00 | Address final terms of settlement with R. Delaney. |
| 08/14/2017 | DAVID WENDER | 3.30 | 2,310.00 | Attention to resolution of TRO. |
| 08/14/2017 | GRANT STEIN | 0.90 | 630.00 | Address implementation of settlement with R. Delaney and edit draft of the stipulated order re same, and conference with N. Luria re settlement. |
| 08/14/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re TRO motion and resolution thereof. |
| 08/15/2017 | DAVID WENDER | 1.00 | 700.00 | Attention to resolution of TRO action. |
| 08/15/2017 | GRANT STEIN | 0.10 | 70.00 | Conference with D. Wender re Delaney settlement and new Facebook page. |
| 08/15/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Delaney solicitation issues. |
| 08/16/2017 | DAVID WENDER | 0.30 | 210.00 | Analysis of Kusnick appeal. |
| 08/16/2017 | GRANT STEIN | 5.50 | 3,850.00 | Review Kusnick Plaintiffs notice of appeal and motion for interlocutory appeal, and prepare initial outline of the response in opposition. |
| 08/17/2017 | DAVID WENDER | 3.10 | 2,170.00 | Attention to Kusnick appeal. |
| 08/17/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Delaney's compliance with TRO Order. |
| 08/17/2017 | GRANT STEIN | 0.90 | 630.00 | Conferences with N. Luria, L. Futrell, and D. Wender re analysis of the Kusnick Plaintiffs motion for interlocutory appeal. |
| 08/17/2017 | GRANT STEIN | 1.70 | 1,190.00 | Review the Kusnick Plaintiffs motion to continue the hearing on the King Plaintiffs motion to reconsider the appointment of interim class counsel, prepare analysis of strategic considerations related thereto, and conferences re same with N. Luria, L. Futrell, and D. Wender. |
| 08/17/2017 | GRANT STEIN | 2.80 | 1,960.00 | Prepare response in opposition to the Kusnick Plaintiffs motion for interlocutory appeal. |
| 08/17/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider Kusnick Plaintiffs appeal brief. |
| 08/17/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re Kusnick Plaintiffs appeal brief. |
| 08/17/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Delaney solicitation issues. |
| 08/18/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Confer with G.Stein, D. Wender regarding appeal of motion to continue (.3); Research case law on standard for review of motion for appeal and email to G. Stein (.6); Research case law on "death knell" appeals in WARN Act claims, Rule 23(f) standard and 5th Cir. law on 158(a)/1292(b) (1.2). |
| 08/18/2017 | DAVID WENDER | 1.20 | 840.00 | Attention to Adversary Proceeding pleadings. |
| 08/18/2017 | DAVID WENDER | 0.40 | 280.00 | Review correspondence relative to solicitation procedures. |
| 08/18/2017 | GRANT STEIN | 1.10 | 770.00 | Edit draft response in opposition to the Kusnick Plaintiffs motion to continue the hearing on the King Plaintiffs motion to reconsider the appointment of interim class counsel. |

# ALSTON & BIRD

| 08/18/2017 | GRANT STEIN | 4.80 | 3,360.00 | Supplement the working draft of the response in opposition to the Kusnick Plaintiffs motion for interlocutory appeal to focus on the factual section. |
| 08/18/2017 | GRANT STEIN | 0.60 | 420.00 | Conference with W. Patrick re the Kusnick Plaintiffs motion to continue the hearing on the King Plaintiffs motion to reconsider the appointment of interim class counsel. |
| 08/18/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider pleadings in connection with motion to continue Kusnick class counsel motion; Attend to emails re same. |
| 08/18/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider draft opposition to Kusnick motion for leave to appeal. |
| 08/18/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Kusnick adversary and class counsel issues. |
| 08/21/2017 | DAVID WENDER | 2.70 | 1,890.00 | Revise response to Notice of Appeal ad Request for Interlocutory Appeal. |
| 08/21/2017 | DAVID WENDER | 0.40 | 280.00 | Review pleading in respect of Motion to Continue. |
| 08/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re Kusnick Plaintiffs appeal brief. |
| 08/21/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Kusnick adversary and continuance motion issues. |
| 08/21/2017 | WILLIAM HAO | 0.70 | 490.00 | Review recently filed pleadings in connection with Kusnick appeal and adversary issues. |
| 08/22/2017 | DAVID WENDER | 0.20 | 140.00 | Revise response to interlocutory appeal. |
| 08/22/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with N. Luria and D Wender re the responses to the motion to remove the Outten firm as interim class counsel and the responses to same. |
| 08/22/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with N. Luria and D Wender re the issues and timing with respect to the King Plaintiffs request for Interlocutory appeal. |
| 08/22/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re certificate of good standing in connection with Kusnick appeal. |
| 08/23/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Confer with G. Stein regarding response to notice of appeal. |
| 08/23/2017 | DAVID WENDER | 1.50 | 1,050.00 | Revise response to interlocutory appeal. |
| 08/23/2017 | GRANT STEIN | 3.80 | 2,660.00 | Analyze edits to the opposition to the King Plaintiffs request for Interlocutory appeal and make supplemental edits re same, and conferences with D. Wender and A. Backus re same. |
| 08/23/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re opposition to motion for leave to appeal. |
| 08/23/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and comment on opposition to motion for leave to appeal. |
| 08/24/2017 | DAVID WENDER | 0.90 | 630.00 | Attention to pleadings filed by Outten Golden. |
| 08/24/2017 | DAVID WENDER | 2.30 | 1,610.00 | Revise Response to Interlocutory Appeal. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/24/2017 | GRANT STEIN | 0.70 | 490.00 | Analyze the Kusnick Plaintiffs response to motion to vacate the appointment of interim class counsel and conf with D. Wender re strategy issues implicated by same. |
| 08/24/2017 | GRANT STEIN | 2.70 | 1,890.00 | Work on intermediate finalization of the opposition to the King Plaintiffs request for Interlocutory appeal and provide same to N. Luria and W. Patrick for review and comment. |
| 08/24/2017 | LESLIE SALCEDO | 2.40 | 852.00 | Prepare binder of WARN act motion for classification and continuance pleadings. |
| 08/24/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and provide comments to opposition to Kusnick motion for leave to appeal. |
| 08/24/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re pro hac and certificate of good standing in connection with Kusnick appeal. |
| 08/24/2017 | WILLIAM HAO | 0.80 | 560.00 | Attend to emails re Weems settlement order. |
| 08/25/2017 | DAVID WENDER | 0.20 | 140.00 | Review pleading relative to Outten appeal. |
| 08/25/2017 | DAVID WENDER | 1.10 | 770.00 | Prepare for hearing on motion to vacate Kusnick interim counsel. |
| 08/28/2017 | DAVID WENDER | 0.10 | 70.00 | Review and respond to email relative to Outten pleading. |
| 08/28/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to Response to Request for Interlocutory Appeal. |
| 08/28/2017 | DAVID WENDER | 0.50 | 350.00 | Prepare for hearing on Motion to Vacate Order Appointing Outten & Golden. |
| 08/28/2017 | GRANT STEIN | 5.60 | 3,920.00 | Finalize the opposition to the King Plaintiffs request for Interlocutory appeal. |
| 08/28/2017 | LINA LOCKE WATSON | 3.40 | 969.00 | Cite check (blue book and quotation check) Response to LMCHH Petition for Leave to Appeal or in the Alternative Notice of Motion for Leave to Appeal the August 1, 2017 Order Continuing the Hearing on Class Certification. |
| 08/29/2017 | DAVID WENDER | 1.30 | 910.00 | Review and finalize response to interlocutory appeal. |
| 08/29/2017 | DAVID WENDER | 2.40 | 1,680.00 | Prepare for hearing. |
| 08/29/2017 | GRANT STEIN | 1.70 | 1,190.00 | Finalize the opposition to the Kusnick Plaintiffs request for Interlocutory appeal. |
| 08/30/2017 | DAVID WENDER | 0.80 | 560.00 | Analysis of matters from the hearing. |
| 08/30/2017 | DAVID WENDER | 6.50 | 4,550.00 | Prepare for hearing on Motion to Vacate. |
| 08/30/2017 | GRANT STEIN | 0.90 | 630.00 | Review King Opposition to the Kusnick Plaintiffs request for Interlocutory appeal. |
| 08/30/2017 | GRANT STEIN | 3.10 | 2,170.00 | Conferences with D. Wender and N. Luria re Kusnick/King hearing and the strategic issues it implicates, and prepare analysis and agenda for meetings re same. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 08/30/2017 | GRANT STEIN | 1.30 | 910.00 | Work on the cross-designation of the record on appeal and raise internal strategic issues re same and Rule 8009, and conference with D. Wender re same. |
| 08/30/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems settlement payment issues. |
| 08/30/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider King opposition to motion for leave to appeal. |
| 08/31/2017 | DAVID WENDER | 1.10 | 770.00 | Conference with Neil Luria concerning ongoing WARN Litigation. |
| 08/31/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of issues related to personal injury claims. |
| 08/31/2017 | GRANT STEIN | 0.30 | 210.00 | Edit draft Rule 8009 submission in the Kusnick/Delaney appeal. |

**SUBTOTAL FOR J - Litigation**                                              **$133,221.00**

**L - Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 08/01/2017 | DAVID WENDER | 7.90 | 5,530.00 | Prepare for DS hearing |
| 08/01/2017 | DAVID WENDER | 0.10 | 70.00 | Revise DS Objection Response. |
| 08/01/2017 | DAVID WENDER | 0.80 | 560.00 | Finalize plan and disclosure statement. |
| 08/01/2017 | GRANT STEIN | 0.80 | 560.00 | Finalize the response to the objections to the Disclosure Statement filed by the Kusnick Plaintiffs and by Gifted Nurses. |
| 08/01/2017 | GRANT STEIN | 0.60 | 420.00 | Review and edit N. Luria revised examination outline. |
| 08/01/2017 | GRANT STEIN | 0.70 | 490.00 | Review revised Committee draft of the separate response to the Kusnick Disclosure Statement objection and provide comments re same. |
| 08/01/2017 | GRANT STEIN | 1.30 | 910.00 | Conferences with N. Luria and D. Wender re Kusnick certification developments and the upcoming disclosure statement hearing and strategy re same. |
| 08/01/2017 | SAGE SIGLER | 0.40 | 266.00 | Addressed solicitation and balloting issues and finalized order regarding the same. |
| 08/02/2017 | DAVID WENDER | 5.40 | 3,780.00 | Prepare for DS hearing. |
| 08/02/2017 | DAVID WENDER | 3.70 | 2,590.00 | Review proposed communication from Interim Class Counsel. |
| 08/02/2017 | GRANT STEIN | 1.20 | 840.00 | Conference with N. Luria re testimony and cross-examination areas with respect to the Plan and Disclosure Statement. |
| 08/02/2017 | GRANT STEIN | 4.70 | 3,290.00 | Review draft disclosure statement letter from the Kusnick Plaintiffs and conferences with D. Wender, W. Patrick, N. Luria, B. Barriere, and B. Furr re same, response, and upcoming disclosure statement hearing and related strategy issues. |
| 08/02/2017 | SAGE SIGLER | 0.50 | 332.50 | Addressed solicitation and balloting issues. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

Page 15 of 21
Invoice #10911730
September 13, 2017

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/02/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider Kusnick Plaintiffs supplement to disclosure statement; Attend to emails re same. |
| 08/03/2017 | DAVID WENDER | 2.00 | 1,400.00 | Prepare for hearing on Disclosure Statement.. |
| 08/03/2017 | DAVID WENDER | 3.60 | 2,520.00 | Participate in Disclosure Statement Hearing. |
| 08/03/2017 | DAVID WENDER | 0.70 | 490.00 | Post hearing analysis. |
| 08/03/2017 | GRANT STEIN | 1.80 | 1,260.00 | Consider revised disclosure statement letter from the Kusnick and King Plaintiffs and conferences with D. Wender and N. Luria re same, attend disclosure statement hearing. |
| 08/03/2017 | GRANT STEIN | 0.50 | 350.00 | Conference with B. Furr re Employee Settlement opt out issues and report to N. Luria and D. Wender re same. |
| 08/04/2017 | ALESSANDRA BACKUS | 2.10 | 1,102.50 | Review and edit exhibits to disclosure statement. |
| 08/04/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Review and incorporate letters from WARN Act attorneys into disclosure statement and plan, including relevant dates from court order setting confirmation hearing. |
| 08/04/2017 | DAVID WENDER | 0.60 | 420.00 | Review and attention to Disclosure Statement Order. |
| 08/04/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to Fishman Haygood Letter. |
| 08/04/2017 | GRANT STEIN | 0.30 | 210.00 | Address Plan solicitation package. |
| 08/05/2017 | DAVID WENDER | 1.50 | 1,050.00 | Review and respond to multiple emails relative to Plan and Disclosure Statement. |
| 08/07/2017 | ALESSANDRA BACKUS | 2.90 | 1,522.50 | Review, revise, finalize, and compile disclosure statement and related exhibits for dissemination to creditors. |
| 08/07/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Call with D. Wender, S. Sigler, and GCG re solicitation packages and dissemination of disclosure statement. |
| 08/07/2017 | DAVID WENDER | 0.50 | 350.00 | Review and revise Disclosure Statement to take into account dates from Order Approving Disclosure Statement. |
| 08/07/2017 | DAVID WENDER | 0.60 | 420.00 | Review Plan Administrator Agreement. |
| 08/07/2017 | DAVID WENDER | 0.40 | 280.00 | Revise Plan Committee Agreement. |
| 08/07/2017 | DAVID WENDER | 1.30 | 910.00 | Attention to Solicitation Procedures. |
| 08/08/2017 | DAVID WENDER | 0.30 | 210.00 | Prepare list of retained causes of action. |
| 08/08/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Solicitation procedures and packet. |
| 08/08/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Plan Committee Agreement. |
| 08/08/2017 | GRANT STEIN | 0.60 | 420.00 | Review and respond to questions re balloting from GCG and internally, and review balloting results spreadsheet. |
| 08/08/2017 | GRANT STEIN | 0.20 | 140.00 | Review and approve revisions to the working draft of the Plan Committee and Plan Administrator agreements. |

# ALSTON & BIRD

| 08/08/2017 | GRANT STEIN | 0.80 | 560.00 | Review materials re R. Delaney communications and strategy conference with D. Wender re same. |
|---|---|---|---|---|
| 08/08/2017 | SAGE SIGLER | 0.20 | 133.00 | Addressed plan classification issues. |
| 08/09/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with GCG, D. Wender to discuss solicitation process. |
| 08/09/2017 | DAVID WENDER | 0.20 | 140.00 | Attention to solicitation procedures |
| 08/14/2017 | ALESSANDRA BACKUS | 2.70 | 1,417.50 | Investigate claims of alleged employees of debtors who filed proofs of claims for whom debtors have no record of employment. |
| 08/15/2017 | DAVID WENDER | 1.40 | 980.00 | Follow up relative to questions concerning employee settlement. |
| 08/15/2017 | DAVID WENDER | 0.10 | 70.00 | Respond to inquiry relative to ballots. |
| 08/17/2017 | DAVID WENDER | 0.50 | 350.00 | Respond to inquiry relative to ballot. |
| 08/17/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up concerning secured claims. |
| 08/17/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to solicitation procedures. |
| 08/17/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with L. Futrell re Old Master lien claim and internal report re same. |
| 08/18/2017 | LESLIE SALCEDO | 0.60 | 213.00 | Assist with review of amended disclosure statement |
| 08/18/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Stein, Wender, Backus re plan confirmation issues. |
| 08/18/2017 | WILLIAM HAO | 0.60 | 420.00 | Attend to emails re claims objections and plan supplement issues. |
| 08/18/2017 | WILLIAM HAO | 0.80 | 560.00 | Review Plan, Disclosure Statement, and other documents in connection with preparation of Plan Supplement documents. |
| 08/21/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of revised Plan Settlement calculation. |
| 08/21/2017 | LESLIE SALCEDO | 0.20 | 71.00 | Assist with review of amended plan of liquidation. |
| 08/22/2017 | DAVID WENDER | 1.40 | 980.00 | Revise Plan Committee Agreement. |
| 08/23/2017 | ALESSANDRA BACKUS | 2.40 | 1,260.00 | Investigate claims of alleged employees of debtors who filed proofs of claims for whom debtors have no record of employment. |
| 08/23/2017 | DAVID WENDER | 0.20 | 140.00 | Follow up concerning Plan votes. |
| 08/23/2017 | GRANT STEIN | 0.60 | 420.00 | Review initial information on ballots and opt-outs and conference with D. Wender re same. |
| 08/24/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Investigate claims of alleged employees of debtors who filed proofs of claims for whom debtors have no record of employment. |
| 08/24/2017 | DAVID WENDER | 0.10 | 70.00 | Analysis of plan voting tabulation. |
| 08/24/2017 | GRANT STEIN | 0.20 | 140.00 | Follow up with the internal working group to address plan confirmation issues raised by the Kusnick Plaintiffs. |
| 08/24/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with B. Furr re plan modification and current status. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/24/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to preparation of plan supplement. |
| 08/25/2017 | DAVID WENDER | 1.10 | 770.00 | Attention to tabulation figures. |
| 08/25/2017 | GRANT STEIN | 0.50 | 350.00 | Conference with D. Wender re strategy considerations for the upcoming hearing on vacatur of the interim class counsel order. |
| 08/25/2017 | GRANT STEIN | 0.20 | 140.00 | Review and comment on interim ballot report. |
| 08/28/2017 | DAVID WENDER | 0.70 | 490.00 | Attention to balloting information. |
| 08/28/2017 | DAVID WENDER | 0.10 | 70.00 | Follow up on inquiry relative to employee solicitation packet. |
| 08/28/2017 | DAVID WENDER | 1.90 | 1,330.00 | Draft Notice of Plan Revision. |
| 08/28/2017 | GRANT STEIN | 0.40 | 280.00 | Edit supplemental notice to 36 employees re adjustment to the Employee Settlement. |
| 08/29/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to solicitation process. |
| 08/29/2017 | DAVID WENDER | 0.30 | 210.00 | Revise Plan Administrator Agreement. |
| 08/30/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider documents in connection with plan confirmation issues. |
| 08/30/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re plan confirmation issues. |
| 08/31/2017 | DAVID WENDER | 0.20 | 140.00 | Review information relative to plan inquires. |
| 08/31/2017 | DAVID WENDER | 0.30 | 210.00 | Review tabulation matters. |
| 08/31/2017 | DAVID WENDER | 1.20 | 840.00 | Analysis of issues related to plan solicitation process. |
| 08/31/2017 | GRANT STEIN | 0.30 | 210.00 | Consider and edit the response to R. Roupinian for a copy of the J. Lee ballot. |
| 08/31/2017 | GRANT STEIN | 1.20 | 840.00 | Meet with D. Wender and W. Hao re status and approach to resolution of the Kusnick/Delaney issues and related plan confirmation questions. |
| 08/31/2017 | GRANT STEIN | 1.60 | 1,120.00 | Conferences with N. Luria, D. Wender, and W. Patrick re status, possible resolution of the Kusnick/Delaney issues, and related plan confirmation questions. |
| 08/31/2017 | WILLIAM HAO | 1.00 | 700.00 | Call w/ Stein, Wender re plan confirmation issues. |
| 08/31/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research and review documents re plan confirmation issues. |

**SUBTOTAL FOR L - Plan and Disclosure Statement**                                              **$55,020.50**

**M - Relief From Stay Proceedings**

| | | | | |
|------|------|-------|--------|-------------|
| 08/01/2017 | SAGE SIGLER | 0.20 | 133.00 | Emails with counsel for the Wise plantiffs regarding stay relief order. |

**SUBTOTAL FOR M - Relief From Stay Proceedings**                                              **$133.00**

**Z - Non-Working Travel Time**

| | | | | |
|------|------|-------|--------|-------------|
| 08/02/2017 | DAVID WENDER | 1.80 | 1,260.00 | Travel to New Orleans for Disclosure Statement Hearing. |

# ALSTON & BIRD

| 08/02/2017 | GRANT STEIN | 3.50 | 2,450.00 | Non-working travel time. |
| 08/03/2017 | DAVID WENDER | 3.70 | 2,590.00 | Return travel. |
| 08/03/2017 | GRANT STEIN | 4.50 | 3,150.00 | Non-working travel time. |
| 08/29/2017 | DAVID WENDER | 3.50 | 2,450.00 | Non-working travel to New Orleans. |
| 08/30/2017 | DAVID WENDER | 3.20 | 2,240.00 | Nonworking travel |

**SUBTOTAL FOR Z - Non-Working Travel Time**                                 **$14,140.00**

TASK CODE SUMMARY:

| DAVID WENDER | 1.30 hours at 700/HR = | | 910.00 |
| **Sub-total Task:  B - Asset Disposition** | | **1.30 hrs** | **910.00** |

| DAVID WENDER | 6.10 hours at 700/HR = | | 4,270.00 |
| GRANT STEIN | 27.30 hours at 700/HR = | | 19,110.00 |
| WILLIAM HAO | 21.50 hours at 700/HR = | | 15,050.00 |
| SAGE SIGLER | 0.80 hours at 665/HR = | | 532.00 |
| ALESSANDRA BACKUS | 7.60 hours at 525/HR = | | 3,990.00 |
| **Sub-total Task:  D - Case Administration** | | **63.30 hrs** | **42,952.00** |

| DAVID WENDER | 12.20 hours at 700/HR = | | 8,540.00 |
| GRANT STEIN | 2.90 hours at 700/HR = | | 2,030.00 |
| WILLIAM HAO | 9.20 hours at 700/HR = | | 6,440.00 |
| SAGE SIGLER | 0.80 hours at 665/HR = | | 532.00 |
| **Sub-total Task:  E - Claims Administration** | | **25.10 hrs** | **17,542.00** |

| GRANT STEIN | 4.70 hours at 700/HR = | | 3,290.00 |
| **Sub-total Task:  G - Fee/Employment Applicants** | | **4.70 hrs** | **3,290.00** |

| DAVID WENDER | 54.40 hours at 700/HR = | | 38,080.00 |
| GRANT STEIN | 58.90 hours at 700/HR = | | 41,230.00 |
| WILLIAM HAO | 63.60 hours at 700/HR = | | 44,520.00 |
| SAGE SIGLER | 1.80 hours at 665/HR = | | 1,197.00 |
| ALESSANDRA BACKUS | 9.20 hours at 525/HR = | | 4,830.00 |
| AIMEE SANDERS | 1.20 hours at 445/HR = | | 534.00 |
| LESLIE SALCEDO | 4.60 hours at 355/HR = | | 1,633.00 |
| LINA LOCKE WATSON | 4.20 hours at 285/HR = | | 1,197.00 |
| **Sub-total Task:  J - Litigation** | | **197.90 hrs** | **133,221.00** |

| DAVID WENDER | 41.00 hours at 700/HR = | | 28,700.00 |
| GRANT STEIN | 19.20 hours at 700/HR = | | 13,440.00 |
| WILLIAM HAO | 7.80 hours at 700/HR = | | 5,460.00 |
| SAGE SIGLER | 1.10 hours at 665/HR = | | 731.50 |
| ALESSANDRA BACKUS | 12.20 hours at 525/HR = | | 6,405.00 |
| LESLIE SALCEDO | 0.80 hours at 355/HR = | | 284.00 |

# ALSTON & BIRD

| | | | |
|---|---|---|---|
| **Sub-total Task:  L - Plan and Disclosure Statement** | | **82.10 hrs** | **55,020.50** |
| | | | |
| SAGE SIGLER | 0.20 hours at 665/HR = | | 133.00 |
| **Sub-total Task:  M - Relief From Stay Proceedings** | | **0.20 hrs** | **133.00** |
| | | | |
| DAVID WENDER | 12.20 hours at 700/HR = | | 8,540.00 |
| GRANT STEIN | 8.00 hours at 700/HR = | | 5,600.00 |
| **Sub-total Task:  Z - Non-Working Travel Time** | | **20.20 hrs** | **14,140.00** |

SUMMARY OF SERVICES:

| Timekeeper | Title | Department | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SAGE SIGLER | PARTNER | BANKRUPTCY | 4.70 | 665.00 | 3,125.50 |
| GRANT STEIN | PARTNER | BANKRUPTCY | 121.00 | 700.00 | 84,700.00 |
| DAVID WENDER | PARTNER | BANKRUPTCY | 127.20 | 700.00 | 89,040.00 |
| ALESSANDRA BACKUS | ASSOCIATE | BANKRUPTCY | 29.00 | 525.00 | 15,225.00 |
| AIMEE SANDERS | ASSOCIATE | BANKRUPTCY | 1.20 | 445.00 | 534.00 |
| LESLIE SALCEDO | PARALEGAL | BANKRUPTCY | 5.40 | 355.00 | 1,917.00 |
| LINA LOCKE WATSON | PARALEGAL | LABOR & EMPLOYMENT | 4.20 | 285.00 | 1,197.00 |
| WILLIAM HAO | STAFF ATTY PG | BANKRUPTCY | 102.10 | 700.00 | 71,470.00 |
| **Totals** | | | **394.80** | | **267,208.50** |

Subtotal Fees                                                                                                    267,208.50

OTHER CHARGES:

| | |
|---|---|
| Binding Charges | 169.87 |
| Postage Charges | 2.76 |
| Document Production Charges | 709.83 |
| Tab and Acco Binder Charges | 910.20 |
| Working Meals | 26.25 |
| Working Meals | 33.00 |
| Georgia Messenger Services | 50.32 |
| Travel (M&E) Expenses (IRS Code Sec 274(n)) | 344.88 |
| Travel (Non M&E) Expenses | 1,222.17 |
| Publication Fees | 786.46 |
| Certificates of Good Standing | 57.00 |
| Filing Fees | 102.00 |
| Catering Services | 114.49 |
| Search Fees | 13.05 |

# ALSTON & BIRD

| | |
|---|---:|
| Lexis Research | 103.74 |
| Westlaw Research | 343.62 |
| Conference Calling Services | 110.28 |
| Relativity Data Hosting | 165.75 |
| Pacer Service Center | 99.70 |
| **Subtotal Other Charges** | 5,365.37 |

**Total This Invoice**                    **272,573.87  USD**

# EXHIBIT E

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SAN FRANCISCO**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

October 5, 2017
Client:  065419
Matter:  486502
Invoice #:  10917096
STEVEN POTTLE

## INVOICE SUMMARY

| Re: | Restructuring / Distressed Sale |
| --- | --- |

| | |
| --- | --- |
| Services Billed | 269,414.50 |
| Other Charges | 6,349.83 |
| **Invoice Total** | **275,764.33  USD** |

TERMS:  DUE UPON RECEIPT

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
| --- | --- |
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia  30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, GA 30363**<br>**For the Account Of:  Alston & Bird LLP**<br>**ROUTING: ACH: 061000227     WIRE: 121000248**<br>**Account #:  2000016952111**<br>**Swift Code:  WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SAN FRANCISCO**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 W PEACHTREE ST
ATLANTA, GA 30309-3424
(404) 881-7000
(404) 881-7777
www.alston.com

Tax ID: 58-0137615

Louisiana Heart Hospital, LLC
160 Mine Lake Ct., Ste 200
Raleigh, NC  27615

October 5, 2017
Client:  065419
Matter:  486502
Invoice #:  10917096
STEVEN POTTLE

Re:              Restructuring / Distressed Sale

For services rendered on the above-referenced matter:

### B - Asset Disposition

| | | | | |
|---|---|---|---|---|
| 09/07/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to proposed Bill of Sale. |
| 09/12/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to Medtronic assets. |
| 09/28/2017 | DAVID WENDER | 0.30 | 210.00 | Confer with counsel to Medtronic relative to goods. |

**SUBTOTAL FOR B - Asset Disposition**                                    **$630.00**

### C - Business Operations

| | | | | |
|---|---|---|---|---|
| 09/05/2017 | DAWNMARIE MATLOCK | 0.60 | 420.00 | Calls with Louisiana Board of Pharmacy; draft and submit letter regarding investigation. |
| 09/07/2017 | DAVID WENDER | 0.20 | 140.00 | Analysis of executory contract. |
| 09/07/2017 | DAWNMARIE MATLOCK | 0.30 | 210.00 | Receive and review proposed consent order from Louisiana Board of Pharmacy and forward same to N Luria with note. |
| 09/08/2017 | DAWNMARIE MATLOCK | 0.30 | 210.00 | Emails with N Luria regarding consent order and voicemail to general counsel of Lousiana Board of Pharmacy. |
| 09/13/2017 | DAVID WENDER | 0.20 | 140.00 | Confer with counsel to First Financial relative to financing lease. |
| 09/28/2017 | DAWNMARIE MATLOCK | 0.40 | 280.00 | Call with general counsel of the Louisiana Board of Pharmacy regarding changes to consent order and timing considerations. |
| 09/28/2017 | DAWNMARIE MATLOCK | 0.20 | 140.00 | Emails with N Luria regarding consent order issues. |
| 09/29/2017 | DAVID WENDER | 0.60 | 420.00 | Call relative to ECW contract. |
| 09/29/2017 | DAWNMARIE MATLOCK | 0.50 | 350.00 | Multiple emails with general counsel of Louisana Board of Pharmacy to finalize consent order and review final version of same. |
| 09/29/2017 | DAWNMARIE MATLOCK | 0.10 | 70.00 | Emails with N Luria regarding final consent order with Louisiana Pharmacy Board and logistics. |

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 3 of 17
Invoice #10917096
October 5, 2017

**SUBTOTAL FOR C - Business Operations**                                        **$2,380.00**

### D - Case Administration

| | | | | |
|---|---|---|---|---|
| 09/01/2017 | GRANT STEIN | 0.40 | 280.00 | Locate materials requested by the Committee FA with respect to Dr. Finger. |
| 09/07/2017 | ANTHONY GREENE | 3.90 | 2,008.50 | Research and draft outline regarding Rule 9019 and Rule 23 per Grant Stein call. |
| 09/07/2017 | GRANT STEIN | 0.80 | 560.00 | Conference with N. Luria and G. Koutsonicolos regarding contract rejection and review selected contracts and fifth motion to reject regarding impact of rejection. |
| 09/11/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with N. Luria relative to First Financial Lease. |
| 09/12/2017 | ALESSANDRA BACKUS | 1.70 | 892.50 | Calls and emails with G. Koutsonicolis and J.F. Kraemer regarding executory contracts (.2); Locate and review the same (.3); Upload contracts relevant to leased property for debtor review (.2); Review chart provided regarding the same and update regarding the status of individual equipment (1.0). |
| 09/12/2017 | DAVID WENDER | 0.50 | 350.00 | Analysis of WARN Case law. |
| 09/18/2017 | GRANT STEIN | 0.20 | 140.00 | Address issues raised by the state of Louisiana with respect to closing the pharmacy. |
| 09/28/2017 | ANTHONY GREENE | 1.70 | 875.50 | Review lease/contract rejection issues and related docs. |

**SUBTOTAL FOR D - Case Administration**                                        **$5,176.50**

### E - Claims Administration

| | | | | |
|---|---|---|---|---|
| 09/05/2017 | DAVID WENDER | 0.60 | 420.00 | Respond to employee inquiry. |
| 09/05/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to O&G Estimation Motion. |
| 09/06/2017 | DAVID WENDER | 0.50 | 350.00 | Respond to inquiry from employees related to proposed settlement. |
| 09/07/2017 | DAVID WENDER | 0.10 | 70.00 | Respond to inquiry relative to employee claim. |
| 09/08/2017 | DAVID WENDER | 1.00 | 700.00 | Respond to employee inquiry. |
| 09/13/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with GCG regarding service of 5th motion to reject. |
| 09/13/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Emails with D. Wender, G. Stein regarding the same. |

**SUBTOTAL FOR E - Claims Administration**                                        **$1,960.00**

### G - Fee/Employment Applicants

| | | | | |
|---|---|---|---|---|
| 09/06/2017 | GRANT STEIN | 0.70 | 490.00 | Revise bill for interim fee request. |
| 09/13/2017 | GRANT STEIN | 1.20 | 840.00 | Finalize September bill and fee summary. |

# ALSTON & BIRD

---

| 09/28/2017 | GRANT STEIN | 1.90 | 1,330.00 | Analyze and modify the supplemental edits from other parties to the draft findings of fact and conclusions of law. |

**SUBTOTAL FOR G - Fee/Employment Applicants**        **$2,660.00**

## J - Litigation

| 08/11/2017 | ALESSANDRA BACKUS | 0.70 | 367.50 | Draft response to motion to continue hearing on vacatur motion. |
| 08/11/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Confer with D. Wender, G. Stein regarding status of TRO and Delaney resolution. |
| 09/06/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re Weems settlment payment issues. |
| 09/06/2017 | WILLIAM HAO | 0.30 | 210.00 | Calls w/ Cazalot and Dr. Weems re settlement payment issues. |
| 09/08/2017 | DAVID WENDER | 0.30 | 210.00 | Attention to Kusnick appeal. |
| 09/08/2017 | GRANT STEIN | 0.50 | 350.00 | Review motion to set a submission date on the request for interlocutory appeal, and analyze same with respect to the requirements of the local rules and conference with D. Wender re same. |
| 09/08/2017 | WILLIAM HAO | 0.30 | 210.00 | Review and consider Kusnick Plaintiffs motion re submission date and filing of reply; Attend to emails re same. |
| 09/08/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems settlement payment issues. |
| 09/11/2017 | DAVID WENDER | 0.10 | 70.00 | Review response in respect if appeal. |
| 09/11/2017 | GRANT STEIN | 0.20 | 140.00 | Edit response to motion to set a submission date on the request for interlocutory appeal. |
| 09/12/2017 | BECKY BLACKWELL | 1.20 | 306.00 | Per attorney request, provide project management and technical support for e-discovery document review platform; process Ballot data into Relativity workspace; update dtSearch index. |
| 09/12/2017 | DAVID WENDER | 0.20 | 140.00 | Review pleading relative to Motion to Compel. |
| 09/12/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Weems stipulation of discontinuance issues. |
| 09/14/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re Weems settlement issues. |
| 09/24/2017 | GRANT STEIN | 0.20 | 140.00 | Review Kusnick/Delaney Reply in support of their Interlocutory Appeal. |
| 09/25/2017 | GRANT STEIN | 1.20 | 840.00 | Attend hearing on motion to compel in the WARN Act adversary and post-hearing report re same. |
| 09/28/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails re entry of Weems discontinuance stip. |
| 09/29/2017 | WILLIAM HAO | 1.00 | 700.00 | Draft and revise oppositions to Kusnick appeal motions. |

**SUBTOTAL FOR J - Litigation**        **$5,941.00**

Client: 065419
Matter: 486502

**ALSTON & BIRD**

Page 5 of 17
Invoice #10917096
October 5, 2017

### L - Plan and Disclosure Statement

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/10/2017 | ALESSANDRA BACKUS | 2.00 | 1,050.00 | Review list of employees for whom no ballot was sent and that have requested ballot and obtain relevant background details from debtor related to the same. |
| 09/01/2017 | DAVID WENDER | 0.20 | 140.00 | Email relative to solicitation process. |
| 09/01/2017 | DAVID WENDER | 0.90 | 630.00 | Attention to Plan Process and prepare for hearing. |
| 09/01/2017 | DAVID WENDER | 0.60 | 420.00 | Review Motion to Establish Reserve. |
| 09/01/2017 | GRANT STEIN | 0.80 | 560.00 | Conferences with L Futrell and D. Wender re status, possible resolution of the Kusnick/Delaney issues, and related plan confirmation questions. |
| 09/03/2017 | DAVID WENDER | 0.80 | 560.00 | Review and analyze Kusnick Reserve Motion. |
| 09/03/2017 | GRANT STEIN | 0.70 | 490.00 | Review Kusnick/Delaney motion to establish reserve and conference with D. Wender re strategy re response to same. |
| 09/04/2017 | GRANT STEIN | 0.30 | 210.00 | Edit interim report to N. Luria re Kusnick/Delaney motion to establish reserve. |
| 09/05/2017 | DAVID WENDER | 1.30 | 910.00 | Prepare for contested confirmation hearing. |
| 09/05/2017 | GRANT STEIN | 0.70 | 490.00 | Analysis of and conferences with A. Backus and D. Wender re response to the Kusnick motion to establish a reserve. |
| 09/05/2017 | GRANT STEIN | 0.90 | 630.00 | Prepare for and conference with D. Wender re plan confirmation hearing preparation and issues |
| 09/05/2017 | GRANT STEIN | 3.20 | 2,240.00 | Draft modification of exculpation provision in the Joint Plan and follow up with D. Wender and L. Futrell re same. |
| 09/05/2017 | WILLIAM HAO | 1.00 | 700.00 | Review and consider motion to establish reserve. |
| 09/05/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re plan confirmation issues. |
| 09/06/2017 | DAVID WENDER | 0.30 | 210.00 | Confer with labor team relative to Motion to establish a reserve. |
| 09/06/2017 | DAVID WENDER | 1.20 | 840.00 | Attention to plan solicitation matters. |
| 09/06/2017 | DAVID WENDER | 0.10 | 70.00 | Confer with counsel relative to Motion to Establish Reserve. |
| 09/06/2017 | DAVID WENDER | 0.30 | 210.00 | Review correspondence relative to Exculpation. |
| 09/06/2017 | ELEANOR DEGOLIAN | 0.40 | 194.00 | Participate in discussions with C. Morgan and D. Wender regarding WARN notice research. |
| 09/06/2017 | ELEANOR DEGOLIAN | 2.30 | 1,115.50 | Perform research on WARN notice requirements for response to motion. |
| 09/06/2017 | GRANT STEIN | 0.30 | 210.00 | Conference with L. Futrell re modification of the exculpation provision and the releases in the plan and review revised draft re same. |
| 09/06/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with A. Greene re settlement approval legal standards for purposes of the confirmation hearing. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

| 09/06/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ Wender, Futrell, GCG team re local rule confirmation issues. |
|---|---|---|---|---|
| 09/07/2017 | DAVID WENDER | 1.40 | 980.00 | Analysis of contentions raised in Motion to Establish Reserve. |
| 09/07/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to status of employee settlement and need for a reserve. |
| 09/07/2017 | DAVID WENDER | 1.20 | 840.00 | Discussion of Plan and potential objection raised by the UST. |
| 09/07/2017 | ELEANOR DEGOLIAN | 3.40 | 1,649.00 | Participate in research for LHH response to motion, specifically including whether email can enhance WARN notice. |
| 09/07/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with D. Wender regarding confirmation hearing evidence and response to Kusnick/Delaney confirmation objections. |
| 09/07/2017 | GRANT STEIN | 3.30 | 2,310.00 | Conferences with N. Luria, D. Wender, and L. Futrell regarding modification of the exculpation provision and the releases in the plan, and follow up with W. Patrick, B. Furr, and J. Hayden regarding same. |
| 09/07/2017 | GRANT STEIN | 2.80 | 1,960.00 | Prepare N. Luria confirmation hearing testimony examination outline. |
| 09/07/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re plan confirmation issues. |
| 09/07/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Draft and revise outline of plan objections and responses. |
| 09/08/2017 | ANTHONY GREENE | 2.40 | 1,236.00 | Research rules 9019 and 23. |
| 09/08/2017 | CHARLES H. MORGAN | 0.80 | 560.00 | Review and discuss claims and defenses related to WARN (.6); review WARN regulations preamble regarding notice (.2). |
| 09/08/2017 | DAVID WENDER | 0.80 | 560.00 | Review information relative to solicitation. |
| 09/08/2017 | DAVID WENDER | 0.50 | 350.00 | Prepare outline for confirmation hearing. |
| 09/10/2017 | ELEANOR DEGOLIAN | 1.40 | 679.00 | Complete research on administrative priorities of wages. |
| 09/11/2017 | ANTHONY GREENE | 1.20 | 618.00 | Rule 23 research. |
| 09/11/2017 | DAVID WENDER | 0.50 | 350.00 | Attention to solicitation questions. |
| 09/11/2017 | GRANT STEIN | 0.20 | 140.00 | Consider response to requests for ballot access by the Kusnick/Delaney and King Plaintiffs. |
| 09/11/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise outline for plan confirmation objection responses. |
| 09/12/2017 | ALESSANDRA BACKUS | 0.80 | 420.00 | Review production to committee and WARN Act plaintiffs' counsel to determine scope of documents produced to counsel. |
| 09/12/2017 | ANTHONY GREENE | 2.20 | 1,133.00 | Drafting Memo for Grant Stein regarding rules 9019 and 23. |
| 09/12/2017 | ANTHONY GREENE | 2.80 | 1,442.00 | Review and pull caselaw per conversation with Grant Stein and Will Hao regarding confirmation brief. |

# ALSTON & BIRD

| 09/12/2017 | DAVID WENDER | 1.70 | 1,190.00 | Attention to certification of tabulation. |
|---|---|---|---|---|
| 09/12/2017 | DAVID WENDER | 0.60 | 420.00 | Research relative to response to Kusnick Motion to Establish Reserve. |
| 09/12/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to solicitation results. |
| 09/12/2017 | GRANT STEIN | 1.10 | 770.00 | Conferences with D. Wender and N. Luria re evidence and strategy for confirmation hearing, request for ballots from the Kusnick/Delaney and King Plaintiffs, and case resolution opportunities. |
| 09/12/2017 | GRANT STEIN | 2.70 | 1,890.00 | Edit the GCG draft Declaration on the voting results. |
| 09/12/2017 | GRANT STEIN | 2.90 | 2,030.00 | Draft response in opposition to the Kusnick/Delaney Motion to establish a disputed employee claims reserve. |
| 09/12/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re plan supplement issues. |
| 09/13/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Sort and review ballots. |
| 09/13/2017 | ALESSANDRA BACKUS | 1.40 | 735.00 | Review ballots slated for production to WARN Act plaintiffs. |
| 09/13/2017 | ALESSANDRA BACKUS | 0.20 | 105.00 | Call with W. Hao to discuss confirmation issues/deadlines. |
| 09/13/2017 | ANTHONY GREENE | 0.30 | 154.50 | Discuss confirmation memo with Will Hao. |
| 09/13/2017 | ANTHONY GREENE | 2.50 | 1,287.50 | Update and finalize research memo for Grant Stein regarding rules 9019 and 23. |
| 09/13/2017 | BECKY BLACKWELL | 1.60 | 408.00 | Per attorney request, provide project management and technical support for e-discovery document review platform; generate production data set; create FTP site; create zip file of production data set; coordinate with copy center to print production documents and deliver to attorney. |
| 09/13/2017 | DAVID WENDER | 4.20 | 2,940.00 | Revise response to Kusnick Reserve Motion. |
| 09/13/2017 | DAVID WENDER | 0.20 | 140.00 | Call to Committee relative to Plan Administrator appointment. |
| 09/13/2017 | DAVID WENDER | 0.10 | 70.00 | Revise Notice of Plan Administrator. |
| 09/13/2017 | DAVID WENDER | 0.20 | 140.00 | Prepare for Plan confirmation Hearing (review cases previously cited to by Kusnick Plaintiffs). |
| 09/13/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Outten request for ballots. |
| 09/13/2017 | DAVID WENDER | 1.10 | 770.00 | Attention to solicitation results. |
| 09/13/2017 | GRANT STEIN | 1.20 | 840.00 | Review analysis of reserve amount and voting results and conferences with N. Luria and D. Wender re same and related evidentiary presentation at the confirmation hearing. |
| 09/13/2017 | GRANT STEIN | 0.20 | 140.00 | Respond to M. Bair/CCG inquiry re Plan Administrator Agreement. |
| 09/13/2017 | GRANT STEIN | 1.10 | 770.00 | Revise memo re compromise and settlement standards under Bankruptcy Rules 9019 and 7023. |
| 09/13/2017 | GRANT STEIN | 1.80 | 1,260.00 | Revise N. Luria trial outline. |

# ALSTON & BIRD

| 09/13/2017 | GRANT STEIN | 0.80 | 560.00 | Supplemental edits to the draft response in opposition to the Kusnick/Delaney Motion to establish a disputed employee claims reserve. |
| 09/13/2017 | GRANT STEIN | 0.70 | 490.00 | Conference call with W. Patrick. B. Furr, D. Wender, and G. Koutsonicolos re analysis of reserve amount and opposition to the Kusnick/Delaney Motion to establish a disputed employee claims reserve. |
| 09/13/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re plan confirmation issues. |
| 09/13/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Review and revise outline of responses to plan confirmation objections. |
| 09/14/2017 | ANTHONY GREENE | 0.30 | 154.50 | Review Grant Stein comments and updates to memo regarding rule 23. |
| 09/14/2017 | ANTHONY GREENE | 0.70 | 360.50 | Pull and circulate additional cases regarding confirmation issues. |
| 09/14/2017 | DAVID WENDER | 2.30 | 1,610.00 | Attention to O&G request for ballots. |
| 09/14/2017 | DAVID WENDER | 1.80 | 1,260.00 | Review case law in respect of confirmation hearing. |
| 09/14/2017 | DAVID WENDER | 0.40 | 280.00 | Call relative to vote certification. |
| 09/14/2017 | DAVID WENDER | 0.20 | 140.00 | Confer with George K relative to potential distirbutions. |
| 09/14/2017 | DAVID WENDER | 1.40 | 980.00 | Attention to Confirmation evidence. |
| 09/14/2017 | GRANT STEIN | 3.70 | 2,590.00 | Continue edits to the N. Luria examination outline for the confirmation hearing and conference with D. Wender re same. |
| 09/14/2017 | GRANT STEIN | 3.40 | 2,380.00 | Draft plan amendment to address the modification of the exculpation provision and provide to Committee counsel for approval, and address service questions. |
| 09/14/2017 | GRANT STEIN | 0.60 | 420.00 | Prepare for and conference call with C. Johnson (GCG) and D. Wender re ballot certification. |
| 09/14/2017 | GRANT STEIN | 0.70 | 490.00 | Supplemental edits to the memo re compromise and settlement standards under Bankruptcy Rules 9019 and 7023. |
| 09/14/2017 | WILLIAM HAO | 0.20 | 140.00 | Call with Backus re preparation of confirmation memo and plan supplement. |
| 09/14/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re plan confirmation issues. |
| 09/14/2017 | WILLIAM HAO | 0.40 | 280.00 | Call with GCG team, Stein, Wender, Backus re final certification of ballots. |
| 09/15/2017 | ALESSANDRA BACKUS | 0.30 | 157.50 | Call with G. Koutsonicolis, J.F. Kraemer, S. Duhe to discuss notice required for non-material plan amendment. |
| 09/15/2017 | ALESSANDRA BACKUS | 0.40 | 210.00 | Review local rule 3015-2 and Bankruptcy Rule 3019. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 09/15/2017 | ALESSANDRA BACKUS | 1.60 | 840.00 | Review local rules on plan modification and notice (.2); Review Bankruptcy Rule 3019 and related case law to determine scope of request for relief and factual findings needed from Court (1.0); Revise plan modification to include material on Rule 3019 (.4). |
| 09/15/2017 | BECKY BLACKWELL | 1.10 | 280.50 | Per attorney request, provide project management and technical support for e-discovery document review platform; generate production data set; create FTP site; create zip file of production data set; email zip file to attorney. |
| 09/15/2017 | DAVID WENDER | 2.20 | 1,540.00 | Prepare for confirmation hearing. |
| 09/15/2017 | GRANT STEIN | 0.20 | 140.00 | Address strategic issues with the response to the motion to set a plan reserve. |
| 09/15/2017 | GRANT STEIN | 0.20 | 140.00 | Conference with A. Backus re service and notice issues on the modification of Section 9.2 and 9.3 of the Joint Plan and follow up re approvals re same. |
| 09/15/2017 | WILLIAM HAO | 4.50 | 3,150.00 | Draft and revise response to objections to confirmation. |
| 09/15/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Draft and revise sections for memo in support of plan confirmation. |
| 09/15/2017 | WILLIAM HAO | 0.30 | 210.00 | Attend to emails re plan supplement issues. |
| 09/17/2017 | ANTHONY GREENE | 1.20 | 618.00 | Draft Plan Confirmation Order. |
| 09/17/2017 | DAVID WENDER | 1.00 | 700.00 | Review and revise Response to Reserve Motion. |
| 09/17/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re plan confirmation issues. |
| 09/17/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise sections of plan confirmation memo. |
| 09/18/2017 | ANTHONY GREENE | 5.10 | 2,626.50 | Draft Plan Confirmation Order. |
| 09/18/2017 | ANTHONY GREENE | 1.20 | 618.00 | Reivew case law regarding confirmation issues. |
| 09/18/2017 | DAVID WENDER | 0.90 | 630.00 | Revise response to Reserve Motion. |
| 09/18/2017 | DAVID WENDER | 2.40 | 1,680.00 | Prepare for confirmation. |
| 09/18/2017 | DAVID WENDER | 4.10 | 2,870.00 | Attention to O&G Confirmation Objection. |
| 09/18/2017 | DAVID WENDER | 0.10 | 70.00 | Attention to Vote Certificataion. |
| 09/18/2017 | GRANT STEIN | 4.30 | 3,010.00 | Review the Kusnick/Delaney Confirmation Objection and begin drafting the response to same, and conferences with N. Luria, D. Wender, and W. Hao re structure of the response. |
| 09/18/2017 | GRANT STEIN | 0.60 | 420.00 | Prepare for N. Luria meeting in anticipation of evidentiary hearing on confirmation of the Amended Joint Plan. |
| 09/18/2017 | GRANT STEIN | 0.20 | 140.00 | Address questions raised by T. Manthey with respect to the response to the motion to set a plan reserve. |
| 09/18/2017 | GRANT STEIN | 0.70 | 490.00 | Address service and filing of the notice of hearing on the motion to modify the plan and prepare the notice. |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 09/18/2017 | GRANT STEIN | 0.30 | 210.00 | Conference call with T. Manthey, C. Zucker, J. Hayden, N. Luria, G. Koutsonicolos, and D. Wender re substantive terms of the response to the Kusnick/Delaney motion to establish a reserve. |
| 09/18/2017 | GRANT STEIN | 0.40 | 280.00 | Conference with D. Wender re confirmation hearing evidentiary strategy. |
| 09/18/2017 | GRANT STEIN | 0.60 | 420.00 | Conference with B. Barriere re confirmation hearing evidence. |
| 09/18/2017 | LESLIE SALCEDO | 0.70 | 248.50 | Review Kusnick confirmation objection, |
| 09/18/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider Kusnick objection to confirmation. |
| 09/18/2017 | WILLIAM HAO | 0.40 | 280.00 | Call w/ Stein, Wender re plan confirmation issues. |
| 09/18/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Attend to research re plan confirmation issues. |
| 09/18/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise sections of plan confirmation memo. |
| 09/18/2017 | WILLIAM HAO | 6.50 | 4,550.00 | Draft and revise response to objection to plan confirmation. |
| 09/19/2017 | ANTHONY GREENE | 4.80 | 2,472.00 | Review and annotate case law for Will Hao in connection with Response to Kusnick Objection. |
| 09/19/2017 | DAVID WENDER | 5.50 | 3,850.00 | Attention to Kusnick/Delaney Confirmation Objection. |
| 09/19/2017 | DAVID WENDER | 5.40 | 3,780.00 | Witness preparation for confirmation hearing. |
| 09/19/2017 | GRANT STEIN | 6.70 | 4,690.00 | Prepare for and meetings with N. Luria and D. Wender re evidentiary presentation at the confirmation hearing and overall plan confirmation strategy. |
| 09/19/2017 | GRANT STEIN | 0.50 | 350.00 | Address calculation of claims reserve with N. Luria and G. Koutsonicolos. |
| 09/19/2017 | LESLIE SALCEDO | 0.80 | 284.00 | Assist W. Hao with preparing list of retained causes of actions for Plan Supplement. |
| 09/19/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Attend to research re response to Kusnick plan confirmation objection issues. |
| 09/19/2017 | WILLIAM HAO | 8.00 | 5,600.00 | Draft and revise response to Kusnick confirmation objection. |
| 09/20/2017 | ANTHONY GREENE | 3.50 | 1,802.50 | Draft Findings of Fact and Conclusions of Law |
| 09/20/2017 | DAVID WENDER | 2.00 | 1,400.00 | Attention to Response to Outten & Golden Confirmation Objection. |
| 09/20/2017 | DAVID WENDER | 2.10 | 1,470.00 | Review and revise Luria Direct Examination. |
| 09/20/2017 | DAVID WENDER | 0.40 | 280.00 | Attention to Plan Supplement. |
| 09/20/2017 | DAVID WENDER | 2.40 | 1,680.00 | Revise Confirmation Memorandum. |
| 09/20/2017 | DAVID WENDER | 0.10 | 70.00 | Review Outten & Golden pleading. |
| 09/20/2017 | GRANT STEIN | 4.70 | 3,290.00 | Edit response to the objection to confirmation and provide to the working group for additional comments. |

Client: 065419
Matter: 486502

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| 09/20/2017 | GRANT STEIN | 1.20 | 840.00 | Edits revised witness outline for N. Luria. |
| 09/20/2017 | GRANT STEIN | 0.50 | 350.00 | Conference with D. Wender re trial strategy for the confirmation hearing. |
| 09/20/2017 | GRANT STEIN | 0.80 | 560.00 | Edits to the confirmation memorandum. |
| 09/20/2017 | LESLIE SALCEDO | 3.90 | 1,384.50 | Prepare notice of filing of plan supplement and related exhibits to same. |
| 09/20/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Draft and revise memo in support of confirmation. |
| 09/20/2017 | WILLIAM HAO | 5.50 | 3,850.00 | Draft and revise response to Kusnick Confirmation objection. |
| 09/20/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Draft and revise proposed order confirming plan. |
| 09/20/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Prepare and finalize Plan Supplement. |
| 09/20/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Attend to further revisions to response to Kusnick confirmation objection. |
| 09/20/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails re plan supplement issues. |
| 09/21/2017 | ANTHONY GREENE | 3.30 | 1,699.50 | Draft Findings of Fact and Conclusions of Law |
| 09/21/2017 | ANTHONY GREENE | 2.90 | 1,493.50 | Review and revise Confirmation memo and Response to Objections. |
| 09/21/2017 | ANTHONY GREENE | 0.20 | 103.00 | Review filed response to objection. |
| 09/21/2017 | ANTHONY GREENE | 2.80 | 1,442.00 | Review and revise confirmation memo and order. |
| 09/21/2017 | ANTHONY GREENE | 1.10 | 566.50 | Review and revise Exhibit List. |
| 09/21/2017 | DAVID WENDER | 3.80 | 2,660.00 | Prepare for Confirmation hearing. |
| 09/21/2017 | GRANT STEIN | 2.30 | 1,610.00 | Prepare evidence binder index for the confirmation hearing and address related trial strategy with W. Patrick and N. Luria. |
| 09/21/2017 | GRANT STEIN | 3.50 | 2,450.00 | Work on finalization of the response to the objection to confirmation. |
| 09/21/2017 | GRANT STEIN | 1.20 | 840.00 | Prepare witness outlines for Craig Johnson, Brent Barriere, and D. Wender. |
| 09/21/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to research re plan confirmation issues. |
| 09/21/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Draft and revise response to objection to confirmation filed by Kusnick Plaintiffs. |
| 09/21/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Draft and revise memo in support of confirmation. |
| 09/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to emails re comments to confirmation memo. |
| 09/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Draft and revise proposed order confirming plan. |
| 09/21/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Review and consider additional WARN Research re plan confirmation. |
| 09/22/2017 | ANTHONY GREENE | 0.80 | 412.00 | Review and revise Exhibit List. |
| 09/22/2017 | ANTHONY GREENE | 1.50 | 772.50 | Review and revise Response to Kusnick Objection. |
| 09/22/2017 | ANTHONY GREENE | 1.80 | 927.00 | Review and revise confirmation memo, including updating cases and citations. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/22/2017 | ANTHONY GREENE | 1.30 | 669.50 | Finalize confirmation order and discuss with Will Hao. |
| 09/22/2017 | DAVID WENDER | 7.30 | 5,110.00 | Prepare for Confirmation Hearing. |
| 09/22/2017 | GRANT STEIN | 0.50 | 350.00 | Respond to W. Patrick and T. Manthey inquiries re trial evidence and strategy, and the finalization of the Response to the Kusnick/Delaney confirmation objection. |
| 09/22/2017 | GRANT STEIN | 1.80 | 1,260.00 | Conferences with L. Futrell and D. Wender re trial evidence and strategy. |
| 09/22/2017 | GRANT STEIN | 0.20 | 140.00 | Review W. Patrick edits to the Response to the Kusnick/Delaney confirmation objection. |
| 09/22/2017 | GRANT STEIN | 1.90 | 1,330.00 | Supplement the B. Barriere witness outline and conference with B. Barriere re same. |
| 09/22/2017 | GRANT STEIN | 2.50 | 1,750.00 | Conferences with L. Futrell, D. Wender, and R. Roupinian re joint exhibit book and designation of witnesses and work on revised drafts re same, and review Kusnick/Delaney exhibit list. |
| 09/22/2017 | GRANT STEIN | 1.80 | 1,260.00 | Prepare for and conference with C. Johnson of Garden City Group re trial testimony. |
| 09/22/2017 | GRANT STEIN | 0.50 | 350.00 | Analyze ballots identified by Kusnick/Delaney and provide strategic analysis re same. |
| 09/22/2017 | LESLIE SALCEDO | 0.70 | 248.50 | Assist with preparing for confirmation hearing. |
| 09/22/2017 | WILLIAM HAO | 3.00 | 2,100.00 | Review and revise draft proposed findings of fact and conclusions of law and proposed order confirming plan. |
| 09/22/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Revise and finalize response to Kusnick confirmation objection for filing. |
| 09/22/2017 | WILLIAM HAO | 2.00 | 1,400.00 | Review and revise proposed confirmation order. |
| 09/24/2017 | DAVID WENDER | 13.10 | 9,170.00 | Prepare for Confirmation Hearing. |
| 09/24/2017 | GRANT STEIN | 5.20 | 3,640.00 | Prepare for the confirmation hearing including meetings with N. Luria and D. Wender, and work on witness examinations and exhibit finalization. |
| 09/24/2017 | GRANT STEIN | 0.10 | 70.00 | Review Kusnick/Delaney reserve reply. |
| 09/25/2017 | DAVID WENDER | 12.60 | 8,820.00 | Prepare for and participate in confirmation hearing. |
| 09/25/2017 | GRANT STEIN | 5.50 | 3,850.00 | Prepare for and attend confirmation hearing. |
| 09/25/2017 | GRANT STEIN | 0.90 | 630.00 | Begin edits to working draft of the confirmation order. |
| 09/25/2017 | LESLIE SALCEDO | 0.20 | 71.00 | Review reply filed by Kusnick defendants. |
| 09/25/2017 | WILLIAM HAO | 4.50 | 3,150.00 | Listen in telephonically on plan confirmation hearing. |
| 09/26/2017 | DAVID WENDER | 0.10 | 70.00 | Revise order regarding Employee expense reserve. |
| 09/26/2017 | DAVID WENDER | 0.10 | 70.00 | Consideration of Employee Settlement. |
| 09/26/2017 | DAVID WENDER | 2.70 | 1,890.00 | Revise Confirmation Order. |

# ALSTON & BIRD

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/26/2017 | GRANT STEIN | 0.80 | 560.00 | Supplemental edits to working draft of the short form confirmation order. |
| 09/26/2017 | GRANT STEIN | 5.30 | 3,710.00 | Material edits to the findings of fact confirming the Amended Joint Plan. |
| 09/26/2017 | GRANT STEIN | 0.70 | 490.00 | Initial review and analysis of issues raised by a request for certification of a direct appeal to the Fifth Circuit. |
| 09/26/2017 | GRANT STEIN | 0.40 | 280.00 | Edit the proposed form of order on the establishment of a reserve. |
| 09/26/2017 | WILLIAM HAO | 0.20 | 140.00 | Meet w/ Greene re research on direct appeal certification issues. |
| 09/27/2017 | DAVID WENDER | 0.60 | 420.00 | Revise Proposed Findings. |
| 09/27/2017 | DAVID WENDER | 0.10 | 70.00 | Revise Employee Reserve Order. |
| 09/27/2017 | GRANT STEIN | 2.10 | 1,470.00 | Consideration of final edits to the findings of fact and conclusions of law confirming the Amended Joint Plan and follow up with W. Patrick and N. Luria re same. |
| 09/27/2017 | GRANT STEIN | 0.60 | 420.00 | Conference with N. Luria re Effective Date, transition to Plan Administrator, and addressing the Kusnick/Delaney Plaintiffs requests for a stay pending appeal and for Direct Certification. |
| 09/27/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Attend to research re confirmation appeal issues. |
| 09/27/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re proposed confirmation order. |
| 09/27/2017 | WILLIAM HAO | 0.70 | 490.00 | Review and revise confirmation order. |
| 09/28/2017 | ANTHONY GREENE | 0.20 | 103.00 | Call regarding Certification of Appeal and Stay Pending Appeal. |
| 09/28/2017 | ANTHONY GREENE | 2.70 | 1,390.50 | Research issues for impending appeal. |
| 09/28/2017 | ANTHONY GREENE | 2.50 | 1,287.50 | Draft preliminary statement and facts/procedure for Opposition to Stay Pending Appeals request. |
| 09/28/2017 | DAVID WENDER | 1.00 | 700.00 | Attention to proposed findings of fact. |
| 09/28/2017 | GRANT STEIN | 0.70 | 490.00 | Strategy conference with D. Wender, W. Hao, and A. Greene to address the Kusnick/Delaney Plaintiffs requests for a stay pending appeal and for Direct Certification. |
| 09/28/2017 | GRANT STEIN | 0.40 | 280.00 | Prepare interim compensation submission. |
| 09/28/2017 | WILLIAM HAO | 0.30 | 210.00 | Call w/ Stein, Wender, Greene re plan confirmation appeal issues. |
| 09/28/2017 | WILLIAM HAO | 0.50 | 350.00 | Review and consider proposed confirmation order. |
| 09/28/2017 | WILLIAM HAO | 2.50 | 1,750.00 | Attend to research re plan confirmation appeal issues. |
| 09/28/2017 | WILLIAM HAO | 1.50 | 1,050.00 | Draft objection to motion to certify appeal of confirmation order. |
| 09/29/2017 | DAVID WENDER | 1.70 | 1,190.00 | Review and revise findings of fact. |

# ALSTON & BIRD

| 09/29/2017 | GRANT STEIN | 1.90 | 1,330.00 | Finalization of the draft findings of fact and conclusions of law and conferences with N. Luria, L. Futrell, and D. Wender re same. |
| 09/29/2017 | WILLIAM HAO | 3.50 | 2,450.00 | Attend to research re Kusnick Plaintiffs appeal issues. |
| 09/29/2017 | WILLIAM HAO | 0.30 | 210.00 | Meetings with A. Greene regarding Kusnick appeal issues. |

**SUBTOTAL FOR L - Plan and Disclosure Statement** — **$241,987.00**

### M - Relief From Stay Proceedings

| 09/08/2017 | WILLIAM HAO | 0.20 | 140.00 | Attend to emails re Gruner lift stay motion. |
| 09/11/2017 | WILLIAM HAO | 1.00 | 700.00 | Attend to emails Gruner lift stay motion issues. |
| 09/28/2017 | WILLIAM HAO | 0.50 | 350.00 | Attend to emails re Gruner lift stay motion. |

**SUBTOTAL FOR M - Relief From Stay Proceedings** — **$1,190.00**

### O - Business Analysis

| 09/12/2017 | DAVID WENDER | 1.70 | 1,190.00 | Analysis of First Financial lease. |

**SUBTOTAL FOR O - Business Analysis** — **$1,190.00**

### Z - Non-Working Travel Time

| 09/24/2017 | GRANT STEIN | 2.20 | 1,540.00 | Unbilled travel time. |
| 09/26/2017 | DAVID WENDER | 3.50 | 2,450.00 | Return travel. |
| 09/26/2017 | GRANT STEIN | 3.30 | 2,310.00 | Non-working travel time. |

**SUBTOTAL FOR Z - Non-Working Travel Time** — **$6,300.00**

TASK CODE SUMMARY:

| DAVID WENDER | 0.90 hours at 700/HR = | | 630.00 |
| **Sub-total Task:  B - Asset Disposition** | | **0.90 hrs** | **630.00** |
| | | | |
| DAVID WENDER | 1.00 hours at 700/HR = | | 700.00 |
| DAWNMARIE MATLOCK | 2.40 hours at 700/HR = | | 1,680.00 |
| **Sub-total Task:  C - Business Operations** | | **3.40 hrs** | **2,380.00** |
| | | | |
| DAVID WENDER | 0.60 hours at 700/HR = | | 420.00 |
| GRANT STEIN | 1.40 hours at 700/HR = | | 980.00 |
| ALESSANDRA BACKUS | 1.70 hours at 525/HR = | | 892.50 |
| ANTHONY GREENE | 5.60 hours at 515/HR = | | 2,884.00 |
| **Sub-total Task:  D - Case Administration** | | **9.30 hrs** | **5,176.50** |
| | | | |
| DAVID WENDER | 2.50 hours at 700/HR = | | 1,750.00 |
| ALESSANDRA BACKUS | 0.40 hours at 525/HR = | | 210.00 |

# ALSTON & BIRD

| | | | | |
|---|---|---|---|---|
| **Sub-total Task:  E - Claims Administration** | | | **2.90 hrs** | **1,960.00** |
| | | | | |
| GRANT STEIN | 3.80 hours at 700/HR = | | | 2,660.00 |
| **Sub-total Task:  G - Fee/Employment Applicants** | | | **3.80 hrs** | **2,660.00** |
| | | | | |
| DAVID WENDER | 0.60 hours at 700/HR = | | | 420.00 |
| GRANT STEIN | 2.10 hours at 700/HR = | | | 1,470.00 |
| WILLIAM HAO | 4.60 hours at 700/HR = | | | 3,220.00 |
| ALESSANDRA BACKUS | 1.00 hours at 525/HR = | | | 525.00 |
| BECKY BLACKWELL | 1.20 hours at 255/HR = | | | 306.00 |
| **Sub-total Task:  J - Litigation** | | | **9.50 hrs** | **5,941.00** |
| | | | | |
| CHARLES H. MORGAN | 0.80 hours at 700/HR = | | | 560.00 |
| DAVID WENDER | 97.00 hours at 700/HR = | | | 67,900.00 |
| GRANT STEIN | 97.40 hours at 700/HR = | | | 68,180.00 |
| WILLIAM HAO | 99.60 hours at 700/HR = | | | 69,720.00 |
| ALESSANDRA BACKUS | 7.00 hours at 525/HR = | | | 3,675.00 |
| ANTHONY GREENE | 49.30 hours at 515/HR = | | | 25,389.50 |
| ELEANOR DEGOLIAN | 7.50 hours at 485/HR = | | | 3,637.50 |
| LESLIE SALCEDO | 6.30 hours at 355/HR = | | | 2,236.50 |
| BECKY BLACKWELL | 2.70 hours at 255/HR = | | | 688.50 |
| **Sub-total Task:  L - Plan and Disclosure Statement** | | | **367.60 hrs** | **241,987.00** |
| | | | | |
| WILLIAM HAO | 1.70 hours at 700/HR = | | | 1,190.00 |
| **Sub-total Task:  M - Relief From Stay Proceedings** | | | **1.70 hrs** | **1,190.00** |
| | | | | |
| DAVID WENDER | 1.70 hours at 700/HR = | | | 1,190.00 |
| **Sub-total Task:  O - Business Analysis** | | | **1.70 hrs** | **1,190.00** |
| | | | | |
| DAVID WENDER | 3.50 hours at 700/HR = | | | 2,450.00 |
| GRANT STEIN | 5.50 hours at 700/HR = | | | 3,850.00 |
| **Sub-total Task:  Z - Non-Working Travel Time** | | | **9.00 hrs** | **6,300.00** |

SUMMARY OF SERVICES:

| Timekeeper | Title | Department | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DAWNMARIE MATLOCK | PARTNER | HEALTH CARE | 2.40 | 700.00 | 1,680.00 |
| CHARLES H. MORGAN | PARTNER | LABOR & EMPLOYMENT | 0.80 | 700.00 | 560.00 |
| GRANT STEIN | PARTNER | BANKRUPTCY | 110.20 | 700.00 | 77,140.00 |
| DAVID WENDER | PARTNER | BANKRUPTCY | 107.80 | 700.00 | 75,460.00 |
| ALESSANDRA BACKUS | ASSOCIATE | BANKRUPTCY | 10.10 | 525.00 | 5,302.50 |
| ELEANOR DEGOLIAN | ASSOCIATE | LABOR & EMPLOYMENT | 7.50 | 485.00 | 3,637.50 |

# ALSTON & BIRD

| Timekeeper | Title | Department | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ANTHONY GREENE | ASSOCIATE | BANKRUPTCY | 54.90 | 515.00 | 28,273.50 |
| LESLIE SALCEDO | PARALEGAL | BANKRUPTCY | 6.30 | 355.00 | 2,236.50 |
| BECKY BLACKWELL | CASE SUPPORT | ABSR Case Management | 3.90 | 255.00 | 994.50 |
| WILLIAM HAO | STAFF ATTY PG | BANKRUPTCY | 105.90 | 700.00 | 74,130.00 |
| **Totals** | | | **409.80** | | **269,414.50** |

Subtotal Fees                                                                                      269,414.50

OTHER CHARGES:

| | |
|---|---|
| Binding Charges | 95.25 |
| Postage Charges | 25.76 |
| Document Production Charges | 839.41 |
| Tab and Acco Binder Charges | 33.00 |
| Document Production - Color Copies | 36.00 |
| UPS Charges | 208.47 |
| Federal Express Charges | 40.22 |
| Travel (M&E) Expenses (IRS Code Sec 274(n)) | 503.42 |
| Travel (Non M&E) Expenses | 2,843.25 |
| Westlaw Research | 1,572.98 |
| Conference Calling Services | 9.27 |
| Pacer Service Center | 142.80 |

Subtotal Other Charges                                                                     6,349.83

**Total This Invoice**                                                          **275,764.33  USD**

# EXHIBIT F

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---|
| Binding Charges | $         265.12 |
| Document Production | $      1,652.09 |
| Postage Charges | $           31.28 |
| Tab and Acco Binder Charges | $         946.80 |
| Document Production - Color Copies | $           36.00 |
| Fed-X Charges | $           40.22 |
| UPS Charges | $         260.75 |
| Georgia Messenger Services | $           50.32 |
| Travel (M&E) Expenses | $      1,592.84 |
| Travel (Non M&E) Expenses | $    11,217.98 |
| Service Fees | $ |
| Certificate of Good Standing | $           57.00 |
| Professional Services | $ |
| Filing Fees | $         132.00 |
| Conference calling services | $         412.49 |
| Document Binding Materials | $ |
| Practice Support - Relativity License Fee | $         560.00 |
| Practice Support - Relativity Data Processing | $         922.00 |
| Practice Support - Relativity Hosting | $         432.00 |
| Lexis Research | $         940.95 |
| Westlaw Research | $      2,977.41 |
| Publication Fees | $      3,519.95 |
| Pacer Service Center | $         397.10 |
| Search Fees | $           53.05 |
| Catering Services | $         114.49 |
|  |  |
| **TOTAL EXPENSES** | **$      26,611.84*** |

\*      The expenses for which approval is sough herein have been adjusted for August, 2017, and do not include Working Meals of $59.25.