**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| LMCHH PCP, LLC,[1] | ) | Case No. 17-10353 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | SECTION B |

**OBJECTION TO PROOF OF CLAIM NUMBER 152 FILED BY
ST. JUDE MEDICAL D/B/A ABBOTT AGAINST LOUISIANA MEDICAL
CENTER AND HEART HOSPITAL, LLC (CASE NO. 17-10354)**

**NOW INTO COURT**, through undersigned counsel, comes Clifford A. Zucker ("Plan Administrator"), appointed under the confirmed Amended Joint Plan of Liquidation [Dkt. No. 470] (the "Plan")[2] in the Chapter 11 Bankruptcy cases of LMCHH PCP, LLC and Louisiana Medical Center and Heart Hospital, LLC, (collectively, the "Debtors") who, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this objection (the "Objection") to Proof of Claim Number 152 (the "Claim") filed by St. Jude Medical d/b/a Abbott ("Abbott") against Louisiana Medical Center and Heart Hospital, LLC ("LA Heart") in Case Number 17-10354, and in support thereof, state as follows:

**FACTS AND PROCEDURAL HISTORY**

1. On January 30, 2017, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On October 2, 2017, this Court entered an order [Dkt No. 566] confirming the Plan [Dkt No. 470]. The Plan became effective on November 1, 2017. *See*, Dkt No. 608.

---

[1] The Debtors in these cases are LMCHH PCP, LLC (Bankr. Case No. 17-10353 -JAB) and Louisiana Medical Center and Heart Hospital, LLC (Case No. 17-10354 -JAB)). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

[2] Capitalized terms not defined herein are as defined in the Plan.

{00363939-1}

2

3. In accordance with Section 5.6 of the Plan, Clifford A. Zucker of CohnReznick LLP was appointed the Plan Administrator.

4. Pursuant to the Plan, the Plan Administrator is charged with the responsibility to file objections to Claims. *See*, Section 6.12 of the Plan.

5. Per this Court's order entered on May 17, 2017 [Dkt. No. 368], the last day to file proofs of claim against the Debtors was July 10, 2017.

6. On May 22, 2017, Abbott filed the Claim against LA Heart in Case Number 17-10354, asserting a general unsecured claim in the amount of $263,097.81 based on goods sold to the Debtors.

## RELIEF REQUESTED

7. By this Objection, the Plan Administrator seeks an order allowing the Claim as a general unsecured Claim in the amount of $217,216.10.

## BASIS FOR OBJECTION

8. The Plan Administrator has reviewed the Debtors' books and records which reflect that the Debtors' account was credited $5,952.58 in August 2017, and that the Debtors made four payments totaling $39,929.13 on Abbott's invoices numbered 9006490323, 9006490324, 9006490325, and 9006494054.

9. Accordingly, the Claim should be reduced by $45,881.71 and allowed as a general unsecured claim in the amount of $217,216.10.

## RESERVATION OF RIGHT

10. This Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Plan Administrator, the Debtors, or any other party in interest to object to any of the Claim on any grounds whatsoever and the Plan Administrator and Debtors

expressly reserve all further substantive or procedural objections they may have. Nothing contained herein should be construed as: (a) an admission as to the validity of all or any portion of a prepetition claim against any Debtor, except to the extent described in the Debtors' schedules; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief this objection requests; (e) a request or authorization to assume any prepetition agreement, contract, or lease under Section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

### NOTICE

11. The Plan Administrator has served a copy of this Objection on (i) the Office of the United States Trustee, and (ii) St. Jude Medical d/b/a Abbott and/or its counsel. The Plan Administrator submits that notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter an Order allowing Proof of Claim Number 152 filed by St. Jude Medical d/b/a Abbott against Louisiana Medical Center and Heart Hospital, LLC in Case Number 17-10354 as a general unsecured claim in the amount of $217,216.10 and granting such other further relief to which they may be entitled.

Dated: August 23, 2018.

Respectfully submitted,

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Clifford Zucker, Plan Administrator**