## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| LMCHH PCP, LLC,1 | ) | Case No. 17-10353 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | SECTION B |

### AGREED ORDER ON OBJECTION TO PROOF OF CLAIM NUMBER 152 FILED BY ST. JUDE MEDICAL D/B/A ABBOTT AGAINST LOUISIANA MEDICAL CENTER AND HEART HOSPITAL, LLC (CASE NO. 17-10353)

Upon consideration of the *Objection to Proof of Claim Number 152 Filed by St. Jude Medical D/B/A Abbott Against Louisiana Medical Center and Heart Hospital, LLC (Case No. 17-10353)* [**Dkt. No. 888**] ("Claim Objection"), filed by Clifford Zucker, the Plan Administrator ("Plan Administrator"), which is set for hearing before this Court on October 3, 2018, and the agreement reflected in this Agreed Order, by and between the Plan Administrator and St. Jude Medical, a Division of Abbott Laboratories, Inc. ("St. Jude"), and the representations of counsel herein:

**WHEREAS**, on May 22, 2017, St. Jude filed Proof of Claim Number 152 (the "Claim") against LA Medical Center and Heart Hospital, LLC in Case Number 17-10354, asserting a general unsecured claim in the amount of $263,097.81 based on goods sold;

**WHEREAS,** on August 23, 2018, the Plan Administrator filed the Claim Objection seeking an Order reducing the Claim by $45,881.71 and in turn, allowing the Claim as a general unsecured claim in the amount of $217,216.10;

---

1 The Debtors in these cases are LMCHH PCP, LLC (Bankr. Case No. 17-10353 -JAB) and Louisiana Medical Center and Heart Hospital, LLC (Case No. 17-10354 -JAB)). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

**NOW THEREFORE**, the parties having reached an agreement on the Claim and the Claim Objection as set forth below, and it appearing to the Court that good cause and sufficient basis exist for the entry of the agreed order approving the agreement as set forth herein, therefore;

**IT IS ORDERED** that the Claim shall be Allowed as a Class 7 General Unsecured Claim in the amount of $236,506.62 and paid in accordance with the *Joint Plan Proponents' Amended Joint Plan of Liquidation* [P-470].

**IT IS FURTHER ORDERED** that St. Jude shall not have any other Claims against the Debtors, including any other Claims evidenced by the schedules or filed (or unfiled) proofs of claims; however, provided that this Agreed Order does not impact any other claims filed by or scheduled for Abbott Laboratories, Inc. or any other divisions, subsidiaries or affiliates of Abbott Laboratories, Inc.

**IT IS FURTHER ORDERED** that nothing herein shall have any effect whatsoever on any claims of the Debtors, Post-Effective Debtors or the Plan Administrator against St. Jude arising under chapter 5 of the Bankruptcy Code and all similar actions under applicable law, including, but not limited to, preferences under Section 547 of the Bankruptcy Code, turnover Claims arising under Sections 542 or 543 of the Bankruptcy Code, and fraudulent transfers under Section 548 of the Bankruptcy Code (collectively, the "Retained Claims"). Likewise, nothing herein shall serve to limit or have any effect whatsoever on any defenses St. Jude may have against any and all Retained Claims, all of which are preserved.

{00364819-2}

**IT IS FURTHER ORDERED** that the Plan Administrator shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three days.

New Orleans, Louisiana, September 28, 2018.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge

AGREED TO BY:

 /s/ Tristan Manthey
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Clifford Zucker, Plan Administrator**

 /s/ Devon E. Daughety
Devon E. Daughety
**Kohner, Mann & Kailas, S.C.**
4650 N. Port Washington Road
Milwaukee, Wisconsin 53212
Telephone: 414.962.5110
Email: ddaughety@kmksc.com
*Attorneys for St. Jude Medical, a Division of Abbott Laboratories, Inc.*

{00364819-2}