# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: LMCHH PCP LLC § Case No. 17-10353
§
§
Debtor(s) § ☐ Jointly Administered

## Post-confirmation Report                                    Chapter 11

Quarter Ending Date: 06/30/2021          Petition Date: 01/30/2017

Plan Confirmed Date: 10/02/2017          Plan Effective Date: 11/01/2017

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor
                                           ◯ Other Authorized Party or Entity: _____
                                              Name of Authorized Party or Entity

/s/ Tristan Manthey                      Tristan Manthey
Signature of Responsible Party           Printed Name of Responsible Party

07/21/2021
Date
                                         201 St. Charles Avenue, 46th Floor
                                         New Orleans, Louisiana 70170
                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name LMCHH PCP LLC                                  Case No. 17-10353

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $139,973 | $6,732,683 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $139,973 | $6,732,683 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $6,366,188 | $0 | $6,366,188 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alston & Bird LLP | Lead Counsel | $0 | $2,794,507 | $0 | $2,794,507 |
| ii | SOLIC Capital Advisors, LLC | Financial Professional | $0 | $2,583,984 | $0 | $2,583,984 |
| iii | Young Conaway Stargatt & Tay | Co-Counsel | $0 | $88,328 | $0 | $88,328 |
| iv | Jones Walker LLP | Co-Counsel | $0 | $282,606 | $0 | $282,606 |
| v | Garden City Group, LLC | Other | $0 | $524,648 | $0 | $524,648 |
| vi | Garden City Group, LLC | Other | $0 | $92,116 | $0 | $92,116 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $8,374,738 | $0 | $8,374,738 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $703,442 | $703,442 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $1,253,578 | $1,253,578 | 100% |
| d. General unsecured claims | $0 | $0 | $340,713 | $3,612,506 | 9% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                 Yes ○   No ●

　If yes, give date Final Decree was entered: _____

　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

UST Form 11-PCR (06/07/2021)                          2

Debtor's Name LMCHH PCP LLC    Case No. 17-10353

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Clifford Zucker | Clifford Zucker |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 07/21/2021 |
| Title | Date |